# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KELORA SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>          v.<br><br>TARGET CORPORATION; OFFICEMAX INCORPORATED; SHOPKO STORES OPERATING CO., LLC; BRIGGS & STRATTON CORPORATION; CHELSEA & SCOTT, LTD., d/b/a ONE STEP AHEAD & LEAPS AND BOUNDS; NATIONAL BUSINESS FURNITURE, LLC; BUYONLINENOW, INC.; ROCKLER COMPANIES, INC.; 1-800-FLOWERS.COM, INC.; PC CONNECTION, INC.; EASTBAY, INC.;  MASON COMPANIES, INC., d/b/a MARYLAND SQUARE; AMAZON.COM, INC.; DELL, INC.; OFFICE DEPOT, INC.; NEWEGG INC.; COSTCO WHOLESALE CORPORATION; HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.; & CIRCUITCITY.COM INC.,<br><br>      Defendants. | Case No. 10-CV-683<br><br>**STIPULATION OF DISMISSAL BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT CHELSEA & SCOTT, LTD., d/b/a ONE STEP AHEAD & LEAPS AND BOUNDS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kelora Systems, LLC ("Kelora"), and Defendant Chelsea & Scott, Ltd., d/b/a One Step Ahead & Leaps And Bounds ("Chelsea & Scott"), hereby inform the Court that they stipulate to dismiss all claims between them in this case with prejudice.  Kelora and Chelsea & Scott agree that each party shall bear its own attorneys' fees and costs.

DATED:  December 23, 2010

Respectfully submitted,

By:  /s/ Ronald S. Katz

Ronald S. Katz
Robert D. Becker
Shawn G. Hansen
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304
Telephone: (650) 812-1300
Email: rkatz@manatt.com
Email: rbecker@manatt.com
Email: shansen@manatt.com

Catherine Cetrangolo
BOARDMAN LAW FIRM LLP
One South Pinckney Street, 4th Floor
P.O. Box 927
Madison, WI 53701
Telephone: 608-283-1703
Email: ccetrangolo@boardmanlawfirm.com

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

By:  /s/ Anthony C. Valiulis

Anthony C. Valiulis
MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312.521.2691
Email: tvaliulis@muchshelist.com

*Attorneys for Defendant*
CHELSEA & SCOTT, LTD., d/b/a ONE STEP
AHEAD & LEAPS AND BOUNDS

PROOF OF SERVICE

I, Donna L. Wishon, declare as follows:

I am employed in Santa Clara County, Palo Alto, California.  I am over the age of eighteen years and not a party to this action.  My business address is MANATT, PHELPS & PHILLIPS, LLP, 1001 Page Mill Road, Building 2, Palo Alto, California  94304-1006.  On December 23, 2010, I served the foregoing document on the parties in this action addressed as follows:

**Richard Stephen Zembek**
**Fulbright & Jaworski**
1301 McKinney, Suite 5100
Houston, TX  77101
713-651-5283
rzembek@fulbright.com
(counsel for Target Corporation, Amazon.com, Inc., Costco Wholesale Corporation, and Hewlett-Packard Development Company, L.P.)

**Brian G. Gilpin**
**Godfrey & Kahn, S.C.**
780 North Water Street
Milwaukee, WI  53202-3590
414-273-3500 x5317
bgilpin@gklaw.com
(counsel for OfficeMax Inc.)

**Anthony A. Tomaselli**
**Kristin Graham Noel**
**Quarles & Brady LLP**
33 East Main Street, #900
Madison, WI 53717
608-283-2491
aat@quarles.com
kgn@quarles.com
(counsel for Shopko Stores Operating Co., LLC and National Business Furniture, LLC)

**Allen Arntsen**
**Foley & Lardner LLP**
150 East Gilman Street
Madison, WI  53701
608-225-4293
aarntsen@foley.com
(counsel for Briggs & Stratton, Chelsea & Scott Ltd., and PC Connection, Inc.)

**BuyOnlineNow, Inc.**
4865 19th St NW Ste 110
Rochester, MN 55901-8397

**Dave Pederson**
**Wendland Utz**
21 First Street SW
Rochester, MN  55902
(Counsel for BuyOnlineNow, Inc.)

**Robert A. Mich**
**Kay & Andersen, S.C.**
One Point Place, Ste. 201
Madison, WI  53719
608-833-0077
rmich@kayandandersen.com
(counsel for Rockler Companies, Inc.)

**Joseph P. Wright**
**Stafford Rosenbaum LLP**
222 W. Washington Ave., Ste. 900
Madison, WI  53701
608-256-0226
jwright@staffordlaw.com
(counsel for 1-800-Flowers.com, Inc. and Office Depot, Inc.)

**David G. Hanson**
**Reinhart Boerner Van Deuren S.C.**
P.O. Box 2965
Milwaukee, WI  53201
414-298-1000 x8324
dhanson@reinhartlaw.com
(counsel for Eastbay, Inc.)

**Joel Frederick Graham**
**Thomas Patrick Heneghan**
**Merchant & Gould**
10 E. Doty St., Ste. 600
Madison, WI  53703
608-280-6744
jfgraham@merchantgould.com
theneghan@merchantgould.com
(counsel for Mason Companies, Inc.)

**Marlon  Lutfiyya**
**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL  60601
312-558-7455
mlutifyya@winston.com
(counsel for Dell, Inc.)

**James Donald Peterson**
**Godfrey & Kahn**
One East Main St., Ste. 500
Madison, WI  53701
608-257-3911
jpeterson@gklaw.com
(counsel for Newegg Inc.)

**David Joyal**
**Greenberg & Traurig, LLP**
200 Park Avenue
Florham Park, NJ  07932
973-360-7900
joyald@gtlaw.com
(counsel for Circuitcity.com, Inc.)

☐      (BY ELECTRONIC MAIL) By transmitting such document(s) electronically from my e-mail address, krichardson@manatt.com at Manatt, Phelps & Phillips, to the person(s) at the electronic mail addresses listed above.  The transmission was reported as complete and without error.

☐      (BY OVERNIGHT MAIL) By placing such document(s) in a sealed envelope, for collection and overnight mailing at Manatt, Phelps & Phillips, Palo Alto, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of overnight service mailing, said practice being that in the ordinary course of business, correspondence is deposited with the overnight messenger service, Federal Express, for delivery as addressed.

☒      (BY FIRST CLASS US MAIL) By placing such document(s) in a sealed envelope, for collection and US Postal Service First Class mailing at Manatt, Phelps & Phillips, LLP, Palo Alto, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of US First Class mailing, said practice being that in the ordinary course of business, correspondence is deposited with the US Postal service for delivery as addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 23, 2010, at Palo Alto, California.

                    /s/  Donna L. Wishon
                    Donna L. Wishon