IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| KELORA SYSTEMS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:10-cv-683 |
| TARGET CORPORATION, et al., | § § § | |
| Defendants. | § § § | |

**DEFENDANTS SHOPKO STORES OPERATING CO., LLC'S
AND NATIONAL BUSINESS FURNITURE, LLC'S
MOTION TO TRANSFER**

Pursuant to 28 U.S.C. § 1404(a) Defendants Shopko Stores Operating Co., LLC ("Shopko") and National Business Furniture, LLC ("NBF"), by their attorneys Quarles & Brady LLP, move to transfer this case to the Northern District of California for all the reasons set forth in the Memorandum of Law in Support of Defendant Dell Inc.'s Motion to Dismiss Complaint or Transfer (Dkt. # 99). Shopko and NBF hereby incorporate by reference and adopt all argument for transfer in the Memorandum of Law in Support of Defendant Dell Inc.'s Motion to Dismiss Complaint or Transfer filed by Defendant Dell, Inc. ("Dell") on January 14, 2010, as if fully set forth herein. Shopko and NBF seek the same relief sought in Dell's motion as it relates to transfer on the same grounds set forth in Dell's memorandum.

Dated this 14th day of January, 2011.

*/s/ Martha Jahn Snyder*
Anthony A. Tomaselli
aat@quarles.com
Kristin Graham Noel
kgn@quarles.com
Martha Jahn Snyder
martha.snyder@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
P.O. Box 2113
Madison, WI 53701-2113
Tel: (608) 251-5000
Fax: (608) 251-9166

*Attorneys for Defendants*
*National Business Furniture, LLC and*
*Shopko Stores Operating Co., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated this 14th day of January 2011.

*/s/ Martha Jahn Snyder*
Martha Jahn Snyder

QB\12275255.1