**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

KELORA SYSTEMS, LLC,

Plaintiff,

v. Case No. 10-CV-683

TARGET CORPORATION, et. al,

Defendants.

---

**DEFENDANT MASON'S MOTION FOR PROTECTIVE ORDER**

---

Defendant Mason Companies, Inc. ("Mason"), hereby moves pursuant to Federal Rule of Civil Procedure 26(c) for a protective order barring Plaintiff Kelora Systems, LLC ("Kelora") from taking a Rule 30(b)(6) deposition of Mason on the topics set forth in its March 4, 2011 notice because those topics are inappropriate, premature, unduly burdensome and the information sought can be obtained through far less burdensome means. Counsel for Mason and Kelora have conferred in an effort to resolve this discovery dispute without court action, but were unable to reach a resolution. Support for Mason's motion is set forth in the accompanying memorandum.

Dated: March 22, 2011

Respectfully submitted,

/s/ Shane A. Brunner
Shane A. Brunner
Joel F. Graham
MERCHANT & GOULD, P.C.
10 E. Doty Street, Suite 600
Madison, WI 53703-3376
Phone: 608-280-6753
Facsimile: 612-332-9081
sbrunner@merchantgould.com
jfgraham@merchantgould.com

Attorneys for Defendant Mason Companies, Inc., d/b/a Maryland Square