IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC. and MICROSOFT CORPORATION,<br><br>     Plaintiffs,<br><br>     v.<br><br>PARTSRIVER, INC., and KELORA SYSTEMS, LLC,<br><br>     Defendants. | No. C 10-4947 CW<br><br>ORDER TO RESPOND TO INTENT TO RELATE CASE |

On April 1, 2011, <u>Kelora Systems, LLC v. Target Corporation</u>, Case No. C 11-1548 HRL, was transferred into this district from the Western District of Wisconsin. <u>Kelora</u> involves claims of infringement of U.S. Patent No. 6,275,821, which is at issue in this case. The similarities between the cases suggest that relating <u>Kelora</u> to Case No. C 10-4947 CW is appropriate. Civ. L.R. 3-12.

Within four days of the date of this Order, the parties may file any response in opposition to or in support of relating Case No. C 11-1548 HRL to Case No. C 10-1497 CW and assigning it to the undersigned, the judge assigned to the earliest-filed case. If no response is received, the case will be deemed related and the Clerk will be directed to re-assign it.

IT IS SO ORDERED.

Dated: April 4, 2011

_____
CLAUDIA WILKEN
United States District Judge