IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELORA SYSTEMS, LLC,

    Plaintiff,

  v.

TARGET CORPORATION, et al.,

    Defendants.
   /

No. C 11-01548 CW

CLERK'S NOTICE ADVANCING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for Tuesday, August 9, 2011, is advanced to **Tuesday, May 31, 2011, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 5/5/2011



                        Deputy Clerk