Bryan P. Clark (Pennsylvania Bar Assoc. No. 205708)
THE WEBB LAW FIRM
420 Ft. Duquesne Boulevard, Suite 1200
Pittsburgh, PA 15222
Tel: 412.471.8815; Fax: 412.471.4094; email: bclark@webblaw.com

**FILED**
MAY 23 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KELORA SYSTEMS, LLC,

    Plaintiff(s),

v.

TARGET CORPORATION, et al.

    Defendant(s).

CASE NO. 4:11-cv-01548-CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, BRYAN P. CLARK, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing NEWEGG, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Phillip F. Shinn (California State Bar No. 112051)
Fox Rothschild LLP, 235 Pine Street, Suite 1500, San Francisco, CA 94104-2734
Tel: 415-364-5540; Fax: 415-391-4436; email: pshinn@foxrothschild.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/10/11

BRYAN P. CLARK

SF1 63280v1 05/10/11