1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT D. BECKER (Bar No. CA 160648)
2  E-mail: rbecker@manatt.com
   RONALD S. KATZ (Bar No. CA 085713)
3  E-mail: rkatz@manatt.com
   SHAWN G. HANSEN (Bar No. CA 197033)
4  E-mail: shansen@manatt.com
   1001 Page Mill Road, Building 2
5  Palo Alto, CA  94304-1006
   Telephone:  (650) 812-1300
6  Facsimile:  (650) 213-0260

7  *Attorneys for Plaintiff*
   KELORA SYSTEMS, LLC
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                            **OAKLAND DIVISION**

12

13 | Kelora Systems, LLC, | No. 11-CV-1548-CW |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT BRIGGS & STRATTON CORPORATION** |
| vs. | |
| Target Corporation, et al., | |
| Defendant. | |

19     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Plaintiff
20 Kelora Systems, LLC ("Kelora"), and Defendant Briggs & Stratton Corporation ("Briggs &
21 Stratton"), hereby inform the Court that they have entered into a confidential and mutually
22 satisfactory settlement and therefore stipulate to dismiss all claims between them in this case with
23 prejudice. Kelora and Briggs & Stratton agree that each party shall bear its own attorneys' fees
24 and costs.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1 | DATED:      June 3, 2011

3 | By: */s/ Robert D. Becker*                          By: */s/ Aaron W. Moore*
   Robert D. Becker (rbecker@manatt.com)         Matthew B. Lowrie (mlowrie@foley.com)
   Ronald S. Katz (rkatz@manatt.com)             Aaron W. Moore (amoore@foley.com)
   Shawn G. Hansen (shansen@manatt.com)          FOLEY & LARDNER LLP
   MANATT, PHELPS & PHILLIPS, LLP                111 Huntington Avenue
   1001 Page Mill Road, Building 2               Suite 2600
   Palo Alto, CA 94304                           Boston, MA 02199-7610
   Tel: (650) 812-1300                           Tel: (617) 342-4000
   Fax: (650) 213-0260                           Fax: (617) 342-4001

   *Attorneys for Plaintiff*                     Allen A. Arntsen (aarntsen@foley.com)
   KELORA SYSTEMS, LLC                           FOLEY & LARDNER LLP
                                                 150 East Gilman Street
                                                 Madison, WI 53703-2808
                                                 Tel: (608) 257-5035
                                                 Fax: (608) 258-4258

                                                 *Attorneys for Defendant*
                                                 BRIGGS & STRATTON CORPORATION

## **SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the other signatory shown above.

                                         /s/*Robert D. Becker*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **6/7/2011**                      _____
                                         Hon. Claudia Wilken
                                         U.S. District Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 3, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT BRIGGS & STRATTON CORPORATION.

By: */s/ Robert D. Becker*
Robert D. Becker

300263054.1