MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC, | No.  11-CV-1548-CW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT SHOPKO STORES OPERATING CO., LLC** |
| vs. | |
| Target Corporation, et al., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Plaintiff Kelora Systems,  LLC ("Kelora"), and Defendant Shopko Stores Operating Co., LLC ("Shopko"), hereby inform the Court that they have entered into a confidential and mutually satisfactory settlement and therefore stipulate to dismiss all claims between them in this case with prejudice. Kelora and Shopko agree that each party shall bear its own attorneys' fees and costs.

DATED:        July 6, 2011

By: */s/ Robert D. Becker*

Robert D. Becker (rbecker@manatt.com)
Ronald S. Katz (rkatz@manatt.com)
Shawn G. Hansen (shansen@manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Tel: (650) 812-1300
Fax: (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

By: */s/ J. Daniel Harkins*

J. DANIEL HARKINS, pro hac vice
(dharkins@coxsmith.com)
MARISSA HELM, pro hac vice
(mhelm@coxsmith.com)
COX SMITH MATTHEWS
INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

M. DAVID BRYANT
California Bar No. 74067
(dbryant@coxsmith.com)
COX SMITH MATTHEWS
INCORPORATED
1201 Elm Street, Suite 3300
Dallas, Texas  75270
Telephone: (214) 698-7801
Facsimile: (214) 698-7899

*Attorneys for Defendant*
SHOPKO STORES OPERATING CO.,
LLC

## **SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the other signatory shown above.

/s/*Robert D. Becker*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **7/7/2011**

Hon. Claudia Wilken
U.S. District Judge

1

2

**CERTIFICATE OF SERVICE**

3

      The undersigned hereby certifies that on July 6, 2011, all counsel of record who are

4

deemed to have consented to electronic service are being served, via the Court's CM/ECF system

5

pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing STIPULATION

6

OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC,

7

AND DEFENDANT SHOPKO STORES OPERATING CO., LLC.

8

9

10

By: _/s/ Robert D. Becker_____
      Robert D. Becker

11

12

13

14

300330610.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto