MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail:  rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail:  rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail:  shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>Target Corporation, et al.,<br><br>           Defendant. | No.  11-CV-1548-CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT PC CONNECTION, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Plaintiff Kelora Systems, LLC ("Kelora"), and Defendant PC Connection, Inc. ("PCC"), hereby inform the Court that they have entered into a confidential and mutually satisfactory settlement and therefore stipulate to dismiss all claims between them in this case with prejudice.  Kelora and PCC agree that each party shall bear its own attorneys' fees and costs.

DATED:     July 7, 2011

By: */s/ Robert D. Becker*
   Robert D. Becker (rbecker@manatt.com)
   Ronald S. Katz (rkatz@manatt.com)
   Shawn G. Hansen (shansen@manatt.com)
   MANATT, PHELPS & PHILLIPS, LLP
   1001 Page Mill Road, Building 2
   Palo Alto, CA 94304
   Tel: (650) 812-1300
   Fax: (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

By: */s/ Aaron W. Moore*
   Matthew B. Lowrie (mlowrie@foley.com)
   Aaron W. Moore (amoore@foley.com)
   FOLEY & LARDNER LLP
   111 Huntington Avenue
   Suite 2600
   Boston, MA 02199-7610
   Tel: (617) 342-4000
   Fax: (617) 342-4001

   Gina A. Bibby (gbibby@foley.com)
   FOLEY & LARDNER LLP
   975 Page Mill Rd
   Palo Alto, CA 94304
   Tel:  (650) 856-3700
   Fax:  (650) 856-3710

*Attorneys for Defendant*
PC CONNECTION, INC.

## **SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the other signatory shown above.

                /s/Robert D. Becker

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **7/7/2011**         [signature: Claudia Wilken]
                Hon. Claudia Wilken
                U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT PC CONNECTION, INC.

By: /s/ Robert D. Becker
Robert D. Becker

300318707.1