MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail:  rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail:  rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail:  shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Target Corporation, et al., <br><br> Defendant. | No.  11-CV-1548-CW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT NATIONAL BUSINESS FURNITURE, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Plaintiff Kelora Systems,  LLC ("Kelora"), and Defendant National Business Furniture, LLC ("NBF"), hereby inform the Court that they have entered into a confidential and mutually satisfactory settlement and therefore stipulate to dismiss all claims between them in this case with prejudice. Kelora and NBF agree that each party shall bear its own attorneys' fees and costs.

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

1    DATED:        July 1, 2011

2

3    By: */s/ Robert D. Becker*                    By: */s/ Martha Jahn Snyder*
         Robert D. Becker (rbecker@manatt.com)          Kristin Graham Noel
4        Ronald S. Katz (rkatz@manatt.com)              Martha Jahn Snyder
         Shawn G. Hansen (shansen@manatt.com)           QUARLES & BRADY LLP
5        MANATT, PHELPS & PHILLIPS, LLP                 33 East Main Street, Suite 900
         1001 Page Mill Road, Building 2                P.O. Box 2113
6        Palo Alto, CA 94304                            Madison, WI 53701-2113
         Tel: (650) 812-1300                            Tel:  (608) 283-2491
7        Fax: (650) 213-0260                            Fax:  (608) 251-9166
                                                        Email:  anthony.tomaselli@quarles.com
8        *Attorneys for Plaintiff*                      Email:  kristin.noel@quarles.com
         KELORA SYSTEMS, LLC                            Email:  martha.snyder@quarles.com
9
                                                        Callie A. Bjurstrom
10                                                      LUCE, FORWARD, HAMILTON &
                                                        SCRIPPS LLP
11                                                      600 West Broadway, Suite 2600
                                                        San Diego, California 92101-3372
12                                                      Tel:  (619) 236.1414
                                                        Fax:  (619) 645.5323
13                                                      Email: cbjurstrom@luce.com

14                                                      *Attorneys for Defendant*
                                                        NATIONAL BUSINESS FURNITURE,
15                                                      LLC

16                            **SIGNATURE ATTESTATION**

17          Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of

18   this document has been obtained from the other signatory shown above.

19

20                                      */s/Robert D. Becker*

21

22          PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24          DATED: __**7/8/2011**__            ⟨signature⟩

25                                      Hon. Claudia Wilken
                                        U.S. District Judge
26

27

28

1

2

**CERTIFICATE OF SERVICE**

3

      The undersigned hereby certifies that on July 1, 2011, all counsel of record who are

4

deemed to have consented to electronic service are being served, via the Court's CM/ECF system

5

pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing STIPULATION

6

OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC,

7

AND DEFENDANT NATIONAL BUSINESS FURNITURE, LLC.

8

9

10

                              By:  */s/ Robert D. Becker*
                              Robert D. Becker

11

12

13

14

300318703.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28