MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail:  rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail:  rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail:  shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>Target Corporation, et al.,<br><br>*Defendants*. | No.  11-CV-1548-CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT MASON COMPANIES, INC., D/B/A MARYLAND SQUARE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Plaintiff Kelora Systems, LLC ("Kelora"), and Defendant Mason Companies, Inc., d/b/a Maryland Square ("Mason"), hereby inform the Court that they have entered into a confidential and mutually satisfactory settlement and therefore stipulate to dismiss all claims between them in this case with prejudice.  Kelora and Mason agree that each party shall bear its own attorneys' fees and costs.

DATED: July 26, 2011

By: */s/ Robert D. Becker*
   Robert D. Becker (rbecker@manatt.com)
   Ronald S. Katz (rkatz@manatt.com)
   Shawn G. Hansen (shansen@manatt.com)
   MANATT, PHELPS & PHILLIPS, LLP
   1001 Page Mill Road, Building 2
   Palo Alto, CA 94304
   Tel: (650) 812-1300
   Fax: (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

By: */s/ Shane A. Brunner*
   Shane A. Brunner
   (sbrunner@merchantgould.com)
   Joel F. Graham
   (jfgraham@merchantgould.com)
   MERCHANT & GOULD, P.C.
   10 E. Doty Street, Suite 600
   Madison, WI 53703-3376
   Tel: (608) 280-6750
   Fax: (612) 332-9081

Rachel Clark Hughey
(rhughey@merchantgould.com)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612) 332-9081

Daniel P. Muino
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

*Attorneys for Defendant*
MASON COMPANIES, INC., D/B/A
MARYLAND SQUARE

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the other signatory shown above.

                                                  /s/Robert D. Becker

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **7/29/2011**     _____
                                  Hon. Claudia Wilken
                                  U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT MASON COMPANIES, INC., D/B/A MARYLAND SQUARE.

By: /s/ Robert D. Becker
Robert D. Becker

300357025.1