IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELORA SYSTEMS, LLC,

    Plaintiff,

  v.

TARGET CORPORATION, et al.,

    Defendants.
                                    /

No. C 11-01548 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the Motion to Compel Rule 30(B)(6) Deposition of Defendant Rockler Companies, Inc. in the Northern District of California and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Hearing noticed for September 1, 2011 is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 8/2/2011

                                       CLAUDIA WILKEN
                                       United States District Judge

cc: Sue; Assigned M/J w/mo.