UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br>*Plaintiffs and Counterclaim-Defendants*,<br>vs.<br>Kelora Systems, LLC,<br>*Defendant and Counterclaim-Plaintiff*. | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br>No. 4:11-cv-1548-CW (filed Nov. 8, 2010)<br>No. 4:11-cv-2284-CW (filed Feb. 3, 2011)<br>No. 4:11-cv-1398-CW (filed Mar. 23, 2011)<br><br>[PROPOSED] **ORDER RESOLVING DISPUTED PROVISIONS IN PROPOSED PROTECTIVE ORDER** |
| Kelora Systems, LLC,<br>*Plaintiff and Counterclaim-Defendant*,<br>vs.<br>Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Development Company, L.P.; and CircuitCity.com Inc.,<br>*Defendants and Counterclaim-Plaintiffs*. | |

| | |
|---|---|
| Nebraska Furniture Mart, Inc.,<br>*Plaintiff and Counterclaim-Defendant,*<br>vs.<br>Kelora Systems, LLC,<br>*Defendant and Counterclaim-Plaintiff.* | ) |
| Cabela's Inc.,<br>*Plaintiff and Counterclaim-Defendant,*<br>vs.<br>Kelora Systems, LLC,<br>*Defendant and Counterclaim-Plaintiff.* | ) |

**ORDER**

Upon consideration of the Joint Filing Seeking Resolution of Disputed Provisions in Proposed Protective Order (Aug. 11, 2011), IT IS HEREBY ORDERED THAT:

1. With respect to the dispute over the source code provisions, the Court adopts:

___ Kelora's proposals

___ the Accused Infringers' proposals

___ other (see attached)

2. With respect to the dispute over the prosecution bar, the Court adopts:

___ Kelora's proposals

___ the Accused Infringers' proposals

___ other (see attached)

3. Within 10 days, the parties shall modify the proposed Protective Order in accordance with this Order and submit it for the Court's approval.

SO ORDERED.

Dated: ______________________

______________________________
CLAUDIA WILKEN
United States District Judge