KILPATRICK TOWNSEND & STOCKTON LLP
David B. Perry (State Bar No. 255925)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: dperry@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
Vaibhav P. Kadaba (pro hac vice) (Georgia Bar No. 405727)
Catherine E. Hart (pro hac vice) (Georgia Bar No. 259630)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: wkadaba@kilpatricktownsend.com
       chart@kilpatricktownsend.com

Attorneys for Defendant
1-800-FLOWERS.COM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KELORA SYSTEMS, LLC, | Case No. 4:11-CV-01548 CW |
| Plaintiff, | **STIPULATED REQUEST AND ORDER ENLARGING THE TIME FOR DEFENDANT 1-800-FLOWERS.COM, INC. TO ADD ADDITIONAL PARTIES OR CLAIMS** |
| v. | |
| TARGET CORPORATION, et al., | |
| Defendant. | |

Pursuant to Local Rule 6-2, Plaintiff Kelora Systems, LLC, and Defendant 1-800-FLOWERS.COM, INC. ("1-800-FLOWERS"), by and through their respective undersigned counsel, hereby stipulate and request an order enlarging the time for 1-800-FLOWERS to add additional parties or claims, which is currently set for August 11, 2011 (D.I. #267), for 11 days to August 22, 2011.



STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING THE TIME FOR
DEFENDANT 1-800-FLOWERS.COM, INC. TO ADD ADDITIONAL PARTIES OR CLAIMS         - 1 -
CASE NO. 4:11-CV-01548 CW

| | | |
|---|---|---|
| 1 | DATED: August 11, 2011 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 4 | | By: */s/David B. Perry*<br>DAVID B. PERRY |
| 5 | | Attorneys for Defendant<br>1-800-FLOWERS.COM, INC. |
| 7 | DATED: August 11, 2011 | Respectfully submitted, |
| 8 | | MANATT PHELPS & PHILLIPS LLP |
| 10 | | By: */s/ Robert D. Becker*<br>Robert D. Becker |
| 11 | | Attorneys for Plaintiff<br>Kelora Systems, LLC |

### GENERAL ORDER 45 ATTESTATION

In compliance with General Order 45, X.B., I hereby attest that counsel for Plaintiff has concurred in this filing.

Dated: August 11, 2011        By  /s/David B. Perry
                                  DAVID B. PERRY

Attorneys for Defendant
1-800-FLOWERS.COM, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/12/2011          _____
                          United States District Judge Claudia A. Wilken



STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING THE TIME FOR
DEFENDANT 1-800-FLOWERS.COM, INC. TO ADD ADDITIONAL PARTIES OR CLAIMS      - 2 -
CASE NO. 4:11-CV-01548 CW