MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail:  rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail:  rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail:  shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Kelora Systems, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>Target Corporation, et al.,<br><br>*Defendants.* | No.  11-CV-1548-CW<br><br>**STIPULATION PURSUANT TO FED. R. CIV. P. 21 AND 15(A)(2) TO ADD DEFENDANTS HEWLETT-PACKARD COMPANY, ZAPPOS.COM, INC., AND AUDIBLE, INC., AND TO DROP DEFENDANT HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.** |

**I.     INTRODUCTION**

Pursuant to Federal Rules of Civil Procedure 21 and 15(a)(2) and Civil L.R. 7-12, Plaintiff Kelora Systems, LLC ("Kelora"), and Defendants Hewlett-Packard Development Company, L.P. ("HPDC"), and Amazon.com, Inc. ("Amazon"), hereby stipulate to add and drop certain entities related to HPDC and Amazon, as discussed further below.  The remaining Defendants and Counterclaimants in the above-captioned action do not oppose this Stipulation.  The relief sought in this Stipulation will not affect any hearing or proceeding on the Court's calendar.

## II. **HEWLETT-PACKARD ENTITIES**

HPDC represents that it is a wholly-owned subsidiary of Hewlett-Packard Company ("HP"), is a holding company for Hewlett-Packard Company's intellectual property rights, and has never been involved in the hosting, operation, maintenance, development, or design of any e-commerce websites, including the Accused Instrumentality that is identified in Appendix P of Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.

Consistent with the Court's guidance provided during the May 31, 2011, Case Management Conference (*see* Tr. at p. 14), Kelora, HPDC, and HP have agreed pursuant to Federal Rules of Civil Procedure 21 and 15(a)(2) to add HP and drop HPDC as Defendants in this case as follows:

(1) HP is responsible for any infringement that may be found regarding the Accused Instrumentalities identified in Kelora's infringement contentions served on HPDC; in this regard HP agrees to step into the shoes of HPDC and that HPDC may be treated as the correct entity for purposes of the alleged infringement and liability related to such Accused Instrumentalities.

(2) No defense will be raised that HPDC is a necessary party for such claims.

(3) Kelora will be entitled to re-instate HPDC as a Defendant if any such defense is asserted.

## III. **AMAZON ENTITIES**

Kelora's infringement contentions regarding Amazon in Appendix K of Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions identify five websites: www.amazon.com, www.abebooks.com, www.audible.com, www.endless.com, and www.zappos.com. Amazon represents that www.abebooks.com, www.audible.com ("Audible"), and www.zappos.com ("Zappos"), are not operated by Amazon.com, Inc. As Audible and Zappos are wholly-owned subsidiaries of Amazon, Kelora and Amazon agree that Audible and Zappos will be added as Defendants and subject to the corresponding infringement contentions in Appendix K of Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.

## VI. PROCEDURAL MATTERS

Submitted herewith as Exhibit A is Kelora's proposed Second Amended Complaint reflecting the changes to the parties discussed herein. Defendants that have been dismissed since the filing of Kelora's First Amended Complaint have been omitted in the draft Second Amended Complaint. No other substantive changes have been made with respect to the allegations regarding other Defendants.

To avoid unnecessary filings on the Court's docket, pleadings responsive to Kelora's Second Amended Complaint need only be filed by the new parties, Audible and Zappos. As HP will be stepping into the shoes of HPDC, HP will adopt HPDC's Answer and Counterclaims (Docket No. 279). The previously filed Answers and Counterclaims of Defendants Target Corporation (Docket No. 281), OfficeMax Incorporated (Docket No. 285), Rockler Companies, Inc. (Docket No.280) , 1-800-Flowers.com, Inc. (Docket No. 283), Amazon.com, Inc. (Docket No. 286), Dell, Inc. (Docket No. 272), Office Depot, Inc. (Docket No. 282), Newegg Inc. (Docket No. 275), Costco Wholesale Corporation (Docket No. 284), and CircuitCity.com Inc. (Docket No. 276), will be deemed filed in response to Kelora's proposed Second Amended Complaint.

Kelora, HP, Audible, and Zappos will meet and confer regarding dates for initial disclosures and Patent L.R. 3-4(a) document productions by HP, Audible, and Zappos.

DATED:     August 11, 2011

| | |
|---|---|
| By: */s/ Robert D. Becker* <br> Robert D. Becker <br> Ronald S. Katz <br> Shawn G. Hansen <br> MANATT, PHELPS & PHILLIPS, LLP <br> 1001 Page Mill Road, Building 2 <br> Palo Alto, CA 94304 <br> Telephone: (650) 812-1300 <br> Email:  rbecker@manatt.com <br> Email:  rkatz@manatt.com <br> Email:  shansen@manatt.com <br><br> *Attorneys for Plaintiff* <br> KELORA SYSTEMS, LLC | By: */s/ Richard S. Zembek* <br> Dan D. Davison <br> Richard S. Zembek <br> Daniel S. Leventhal <br> FULBRIGHT & JAWORSKI L.L.P. <br> 2200 Ross Avenue, Suite 2800 <br> Dallas, Texas 75201-2784 <br> Telephone: (214) 855-8000 <br> Email:  ddavison@fulbright.com <br> Email:  rzembek@fulbright.com <br> Email:  dleventhal@fulbright.com <br><br> Gilbert A. Greene <br> FULBRIGHT & JAWORSKI, LLP <br> 98 San Jacinto Blvd., Suite 1100 <br> Austin, TX 78701-4255 <br> Telephone: (512) 536-3097 |

Email:  ggreene@fulbright.com

John A. O'Malley
FULBRIGHT & JAWORSKI LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Email:  jomalley@fulbright.com

*Attorneys for Defendants*
AMAZON.COM, INC., AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

### SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the other signatory shown above.

/s/*Robert D. Becker*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/11/2011            _____
Hon. Claudia Wilken
U.S. District Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

4

_

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 11, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing STIPULATION PURSUANT TO FED. R. CIV. P. 21 AND 15(A)(2) TO ADD DEFENDANTS HEWLETT-PACKARD COMPANY, ZAPPOS.COM, INC., AND AUDIBLE, INC., AND TO DROP DEFENDANT HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

By: */s/ Robert D. Becker*
Robert D. Becker

300363749.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

5