[JOINT FILING — SEE SIGNATURE PAGE FOR LIST OF COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br>*Plaintiffs and Counterclaim-Defendants*,<br>vs.<br>Kelora Systems, LLC,<br>*Defendant and Counterclaim-Plaintiff*. | No. 4:10-cv-4947-CW-LB (filed Nov. 2, 2010)<br>**STIPULATION AND JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| Cabela's Inc.,<br>*Plaintiff and Counterclaim-Defendant*,<br>vs.<br>Kelora Systems, LLC,<br>*Defendant and Counterclaim-Plaintiff*. | No. 4:11-cv-1398-CW-LB (filed Mar. 23, 2011)<br>(related case) |

| | |
|---|---|
| Kelora Systems, LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; and Zappos.com, Inc.,<br><br>*Defendants and Counterclaim-Plaintiffs*.<br><br>OfficeMax Incorporated,<br><br>*Third-Party Plaintiff*,<br><br>vs.<br><br>Adobe Systems Incorporated,<br><br>*Third-Party Defendant*. | No. 4:11-cv-1548-CW-LB (filed Nov. 8, 2010)<br>(related case) |
| Nebraska Furniture Mart, Inc.,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>Kelora Systems, LLC,<br><br>*Defendant and Counterclaim-Plaintiff*. | No. 4:11-cv-2284-CW-LB (filed Feb. 3, 2011)<br>(related case) |

Pursuant to Magistrate Judge Beeler's order (ECF 348) resolving the parties' disputes related to the protective order (ECF 330) Plaintiff Kelora Systems LLC ("Kelora") and Defendants[1], eBay Inc.; Microsoft Corporation; Cabela's Inc.; Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; Zappos.com, Inc.; and Nebraska Furniture Mart, Inc. hereby

[1] "Defendants" includes declaratory judgment plaintiffs accused of infringement.

submit a stipulated protective order. Kelora will seek relief from Magistrate Judge Beeler's rulings regarding patent prosecution bar provisions in the Order Re Discovery Letter Re Protective Order, ECF No. 348, by a motion to be filed on the date hereof. Defendants and, subject to Judge Wilken's ruling on that motion by Kelora, Kelora move the court to enter the attached protective order.

Dated: September 12, 2011

By: */s/ Robert D. Becker*

Robert D. Becker (Bar No. 160648)
<rbecker@manatt.com>
Ronald S. Katz (Bar No. 85713)
<rkatz@manatt.com>
Shawn G. Hansen (Bar No. 197033)
<shansen@manatt.com>
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Counsel for Plaintiff and Counterclaim-Defendant*
KELORA SYSTEMS, LLC

By: /s/ Richard A. Cederoth

David T. Pritikin (*pro hac vice*)
<dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
<rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
<tchandler@sidley.com>
Aaron M. Farber (Bar No. 270851)
<afarber@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

<Kelora-Microsoft-eBay@sidley.com>

*Counsel for Plaintiff and Counterclaim-Defendant eBay Inc.*

By: /s/ Richard A. Cederoth

David T. Pritikin (*pro hac vice*)
<dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
<rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
<tchandler@sidley.com>
Aaron M. Farber (Bar No. 270851)
<afarber@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

<Kelora-Microsoft-eBay@sidley.com>

David E. Killough (Bar No. 110719)
<davkill@microsoft.com>
MICROSOFT CORPORATION
One Microsoft Way, 8/2076
Redmond, Washington 98052
Telephone: (425) 703-8865
Facsimile: (425) 869-1327

*Counsel for Plaintiff and Counterclaim-Defendant Microsoft Corporation*

By: /s/ Wendy K. Akbar

Gregory P. Sitrick (*pro hac vice*)
<gregory.sitrick@quarles.com>
Wendy K. Akbar (*pro hac vice*)
<wendy.akbar@quarles.com>
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 229-5200
Facsimile: (602) 420-5198

Jeffrey L. Fillerup (Bar No. 120543)
<jfillerup@luce.com>
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone: (415) 356-4600
Facsimile: (415) 356-3881

Callie A. Bjurstrom (Bar No. 137816)
<cbjurstrom@luce.com>
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101
Telephone: (619) 699-2586
Facsimile: (619) 645-5323

*Attorneys for Plaintiff and Counterclaim-Defendant Cabela's Inc.*

By: /s/ Richard S. Zembek

Dan D. Davison (*pro hac vice*)
<ddavison@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Richard S. Zembek (*pro hac vice*)
<rzembek@fulbright.com>
Daniel S. Leventhal (*pro hac vice*)
<dleventhal@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Gilbert A. Greene (*pro hac vice*)
<ggreene@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

John A. O'Malley (Bar No. 101181)
<jomalley@fulbright.com>
Aaron D. Gopen (Bar No. 268451)
<agopen@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

*Attorneys for Defendants and Counterclaim-Plaintiffs Target Corporation; Amazon.com, Inc.; Office Depot, Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; Audible, Inc.; and Zappos.com, Inc.*

By: /s/ John S. Letchinger

John S. Letchinger (*pro hac vice*)
<letchinger@wildman.com>
Douglas S. Rupert (*pro hac vice*)
<rupert@wildman.com>
E. Tim Walker (*pro hac vice*)
<walker@wildman.com>
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

Clinton J. McCord (Bar No. 204749)
<mccord@wildman.com>
WILDMAN, HARROLD, ALLEN & DIXON LLP
9665 Wilshire Boulevard, Suite 200
Beverly Hills, California 90212
Telephone: (310) 860-8700
Facsimile: (310) 860-3800

*Attorneys for Defendant and Counterclaim-Plaintiff OfficeMax Incorporated*

By: /s/ Niall A. MacLeod

Niall A. MacLeod (*pro hac vice*)
<niall.macleod@btlaw.com>
Aaron A. Myers (*pro hac vice*)
<aaron.myers@btlaw.com>
BARNES & THORNBURG LLP
225 South Sixth Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 333-2111
Facsimile: (612) 333-6798

Stephen R. Mick (Bar No. 131569)
<smick@btlaw.com>
BARNES & THORNBURG LLP
2049 Century Park East
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

*Attorneys for Defendant and Counterclaim-Plaintiff Rockler Companies, Inc.*

By: /s/ Catherine E. Hart

Vaibhav P. Kadaba (*pro hac vice*)
<wkadaba@kilpatricktownsend.com>
Catherine E. Hart (*pro hac vice*)
<chart@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

David B. Perry (State Bar No. 255925)
<dperry@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

*Attorneys for Defendant and Counterclaim-Plaintiff 1-800-Flowers.com, Inc.*

By: /s/ David S. Bloch

Kimball R. Anderson (*pro hac vice*)
<kanderson@winston.com>
Marlon E. Lutfiyya (*pro hac vice*)
<mlutfiyya@winston.com>
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Howard I. Shin (*pro hac vice*)
<hshin@winston.com>
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

David S. Bloch (State Bar No. 184530)
<dbloch@winston.com>
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant and Counterclaim-Plaintiff Dell, Inc.*

By: /s/ Kent E. Baldauf, Jr.

Kent E. Baldauf, Jr. (*pro hac vice*)
<kbaldaufjr@webblaw.com>
Bryan P. Clark (*pro hac vice*)
<bclark@webblaw.com>
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, Pennsylvania 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

Phillip F. Shinn (State Bar No. 112051)
<pshinn@foxrothschild.com>
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, California 94104
Telephone: (415) 364-5558
Facsimile: (415) 391-4436

*Attorneys for Defendant and Counterclaim-Plaintiff Newegg Inc.*

By: /s/ Sarah E. Barrows

Sarah E. Barrows (Bar No. 253278)
<barrowss@gtlaw.com>
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Floor
San Francisco, California 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Michael A. Nicodema (*pro hac vice*)
<nicodemam@gtlaw.com>
David M. Joyal (*pro hac vice*)
<joyald@gtlaw.com>
Barry J. Schindler (*pro hac vice*)
<schindlerb@gtlaw.com>
Douglas R. Weider (*pro hac vice*)
<weider@gtlaw>
GREENBERG TRAURIG, LLP
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Mary-Olga Lovett (*pro hac vice*)
<lovettm@gtlaw.com>
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

*Attorneys for Defendant and Counterclaim-Plaintiff CircuitCity.com Inc.*

By: /s/ Ted G. Dane

Ted G. Dane (Bar No. 143195)
<Ted.Dane@mto.com>
Andrew W. Song (Bar No. 236588)
<Andrew.Song@mto.com>
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Plaintiff and Counterclaim-Defendant Nebraska Furniture Mart, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

*/s/ Robert D. Becker*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 12, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing STIPULATION AND JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER.

*/s/ Robert D. Becker*

**EXHIBITS**

Ex. 1: Stipulated Protective Order

300711911.1