MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>Target Corporation, et al.,<br><br>*Defendants*. | No.  4:11-CV-01548-CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT 1-800-FLOWERS.COM, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Plaintiff Kelora Systems, LLC ("Kelora"), and Defendant 1-800-Flowers.com, Inc. ("1-800-Flowers"), hereby inform the Court that they have entered into a confidential and mutually satisfactory settlement and therefore stipulate to dismiss all claims between them in this case with prejudice. Kelora and 1-800-Flowers agree that each party shall bear its own attorneys' fees and costs.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. OF DISMISSAL – 1-800-FLOWERS
4:11-CV-01548-CW

DATED: November 2, 2011

By: */s/ Robert D. Becker*
Robert D. Becker (rbecker@manatt.com)
Ronald S. Katz (rkatz@manatt.com)
Shawn G. Hansen (shansen@manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Tel: (650) 812-1300
Fax: (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

By: */s/ Catherine E. Hart*
Catherine E. Hart
(chart@kilpatricktownsend.com)
Vaibhav P. Kadaba
(wkadaba@kilpatricktownsend.com)
KILPATRICK, TOWNSEND &
STOCKTON, LLP
1100 Pearchtre Street, Suite 2800
Atlanta, GA 30309-4530
Tel: (404) 815-6500
Fax: (404) 815-6555

David B. Perry
(dperry@kilpatricktownsend.com)
KILPATRICK, TOWNSEND &
STOCKTON, LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Tel: (415) 576-0200
Fax: (415) 576-0300

*Attorneys for Defendant*
1-800-FLOWERS.COM, INC.

### SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the other signatory shown above.

/s/*Robert D. Becker*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/3/2011

Hon. Claudia Wilken
U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 2, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT 1-800-FLOWERS.COM, INC.**

By: */s/ Robert D. Becker*
     Robert D. Becker

300947711.1