MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>Target Corporation, et al.,<br><br>*Defendants.* | No. 4:11-CV-01548-CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT CIRCUITCITY.COM, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Plaintiff Kelora Systems, LLC ("Kelora"), and Defendant CircuitCity.com, Inc. ("CircuitCity"), hereby inform the Court that they have entered into a confidential settlement and therefore stipulate to dismiss all claims between them in this case with prejudice.  Kelora and CircuitCity agree that each party shall bear its own attorneys' fees and costs.

DATED:      December 9, 2011

By: */s/ Robert D. Becker*
   Robert D. Becker (rbecker@manatt.com)
   Ronald S. Katz (rkatz@manatt.com)
   Shawn G. Hansen (shansen@manatt.com)
   MANATT, PHELPS & PHILLIPS, LLP
   1841 Page Mill Road, Suite 200
   Palo Alto, CA 94304
   Tel: (650) 812-1300
   Fax: (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

By:   */s/ Sarah E. Barrows*
GREENBERG TRAURIG, LLP
Sarah E. Barrows
153 Townsend Street
San Francisco, California 94107
Telephone: (415) 655- 1300
Facsimile: (415) 707-2010
Email: barrowss@gtlaw.com

Michael A Nicodema (pro hac vice)
Barry J Schindler (pro hac vice)
Douglas R. Weider (pro hac vice)
200 Park Ave
Florham Park, NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 295-1251
nicodemam@gtlaw.com
schindlerb@gtlaw.com
weider@gtlaw.

*Attorneys for Defendant*
CIRCUITCITY.COM INC.

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the other signatory shown above.

*/s/Robert D. Becker*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/12/2011    *[signature]*
                      Hon. Claudia Wilken
                      U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 9, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT CIRCUITCITY.COM, INC.**

By: */s/ Robert D. Becker*
         Robert D. Becker

301096254.2