MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC,<br><br>        *Plaintiff,*<br><br>    vs.<br><br>Target Corporation, et al.,<br><br>        *Defendants*. | No. 4:11-CV-01548-CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT OFFICEMAX INCORPORATED** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Plaintiff Kelora Systems, LLC ("Kelora"), and Defendant OfficeMax Incorporated ("OfficeMax") hereby inform the Court that they stipulate to dismiss all claims between them in this case with prejudice. Kelora and OfficeMax agree that each party shall bear its own attorneys' fees and costs.

///

///

///

///

///

///

DATED:      January 10, 2012

By: */s/ Robert D. Becker*
    Robert D. Becker (rbecker@manatt.com)
    Ronald S. Katz (rkatz@manatt.com)
    Shawn G. Hansen (shansen@manatt.com)
    MANATT, PHELPS & PHILLIPS, LLP
    1841 Page Mill Road, Suite 200
    Palo Alto, CA 94304
    Tel: (650) 812-1300
    Fax: (650) 213-0260

*Attorneys for Plaintiff*
KELORA SYSTEMS, LLC

By:    */s/ John S. Letchinger*
John S. Letchinger
(letchinger@wildman.com)
Douglas S. Rupert (rupert@wildman.com)
Edward Timothy Walker
(walker@wildman.com)
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile.: (312) 201-2555

Clinton J. McCord
(mccord@wildman.com)
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone: (310) 860-8715
Facsimile: (310) 860-3815

Frank E. Scherkenbach (CA Bar No. 142549 / scherkenbach@fr.com)
FISH & RICHARDSON P.C.
One Marine Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jason W. Wolff (CA Bar No. 215819 / wolff@fr.com)
Olga I. May (CA Bar No. 232012 / omay@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Enrique D. Duarte (CA Bar No. 247523 / duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

*Attorneys for Defendant*
OFFICEMAX, INC.

///

///

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIP. OF DISMISSAL
4:11-CV-01548-CW

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the other signatory shown above.

/s/*Robert D. Becker*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/11/2012        _____
Hon. Claudia Wilken
U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2012, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF KELORA SYSTEMS, LLC, AND DEFENDANT OFFICEMAX INCORPORATED.**

By: /s/ Robert D. Becker
Robert D. Becker

301233624.3