1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT D. BECKER (Bar No. CA 160648)
2  E-mail:  rbecker@manatt.com
   RONALD S. KATZ (Bar No. CA 085713)
3  E-mail:  rkatz@manatt.com
   SHAWN G. HANSEN (Bar No. CA 197033)
4  E-mail:  shansen@manatt.com
   1841 Page Mill Road, Suite 200
5  Palo Alto, CA  94304
   Telephone:  (650) 812-1300
6  Facsimile:  (650) 213-0260

7  *Attorneys for Plaintiff and Counterclaim-Defendant*
   KELORA SYSTEMS, LLC

8

9                 **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                    **OAKLAND DIVISION**

12

13                                        )   No. 4:11-cv-1548-CW
    Kelora Systems, LLC,                  )
14                                        )   **STIPULATION OF DISMISSAL**
                  *Plaintiff,*            )   **WITH PREJUDICE BETWEEN**
15                                        )   **KELORA SYSTEMS, LLC, AND**
              vs.                         )   **ROCKLER COMPANIES, INC.**
16                                        )
    Target Corporation, et al.,           )
17                                        )
                  *Defendants.*           )
18  _____ )

19
          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Kelora
20
    Systems,  LLC ("Kelora") and Rockler Companies, Inc. ("Rockler") hereby stipulate to dismiss
21
    all claims between them in this case with prejudice.  Kelora and Rockler agree that each party
22
    shall bear its own attorneys' fees and costs.
23

24

25

26

27

28

MANATT, PHELPS &
  PHILLIPS, LLP
 ATTORNEYS AT LAW
   PALO ALTO

1   DATED:        February 6, 2012

2

3   By: */s/ Robert D. Becker*                    By:    */s/ Niall A. MacLeod*
        Robert D. Becker (rbecker@manatt.com)        Niall A. MacLeod (pro hac vice)
4       Ronald S. Katz (rkatz@manatt.com)            <niall.macleod@btlaw.com>
        Shawn G. Hansen (shansen@manatt.com)         Aaron A. Myers (pro hac vice)
5       MANATT, PHELPS & PHILLIPS, LLP               <aaron.myers@btlaw.com>
        1841 Page Mill Road, Suite 200               BARNES & THORNBURG LLP
6       Palo Alto, CA 94304                          225 South Sixth Street, Suite 2800
        Tel: (650) 812-1300                          Minneapolis, Minnesota 55402
7       Fax: (650) 213-0260                          Telephone: (310) 284-3880
                                                     Facsimile: (310) 284-3894
8       *Attorneys for*
        KELORA SYSTEMS, LLC                          *Attorneys for*
9                                                    ROCKLER COMPANIES, INC.

10                        **SIGNATURE ATTESTATION**

11          Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of

12   this document has been obtained from the other signatory shown above.

13

14                                       */s/Robert D. Becker*

15

16          PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18          DATED: 2/21/2012

19                                       Hon. Claudia Wilken
                                         U.S. District Judge
20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. OF DISMISSAL
                                                       4:11-CV-01548-CW

1

2

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2012, all counsel of record who are

deemed to have consented to electronic service are being served, via the Court's CM/ECF system

pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing **STIPULATION**

**OF DISMISSAL WITH PREJUDICE BETWEEN KELORA SYSTEMS, LLC, AND**

**ROCKLER COMPANIES, INC.**

4

5

6

7

8

9

By:  */s/ Robert D. Becker*
        Robert D. Becker

10

11

12

13

14   301376333.2

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIP. OF DISMISSAL
4:11-CV-01548-CW