**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC,; and MICROSOFT CORPORATION, | No. C 10-4947 CW |
|     PlaintiffS, | JUDGMENT |
|   v. | |
| KELORA SYSTEMS, LLC., | |
|     Defendant. / | |
| CABELA'S INC., | No. C 11-1398 CW |
|     Plaintiff, | |
|   v. | |
| KELORA SYSTEMS, LLC., | |
|     Defendant. / | |
| KELORA SYSTEMS, LLC., | No. C 11-1548 CW |
|     Plaintiff, | |
|   v. | |
| TARGET CORPORATION; AMAZON.COM, INC.; DELL, INC.; OFFICE DEPOT, INC.; NEWEGG INC.; COSTCO WHOLESALE CORPORATION; HEWLETT-PACKARD COMPANY; AUDIBLE, INC.; and ZAPPOS.COM, INC., | |
|     Defendants. / | |
| AND ALL RELATED COUNTERCLAIMS / | |

For the reasons set forth in this Court's Order on Claim Construction and Granting Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That Plaintiffs take nothing, and the Defendants shall recover

1  their costs from Kelora.
2         Dated at Oakland, California, this 23rd day of May, 2012.
3                                          RICHARD W. WIEKING
                                           Clerk of Court
4
5
                                       By: _____
6
                                           Deputy Clerk