Wonjoo Suh, wsuh@sidley.com (Bar No. 269500)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Counsel for Defendant Dell, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC, | No. 4:11-cv-1548-CW |
| *Plaintiff and Counterclaim-Defendant*, | **DECLARATION OF WONJOO SUH IN SUPPORT OF DELL, INC.'S BILL OF COSTS** |
| vs. | |
| Target Corporation, et al., | **"SUH  DECL."** |
| *Defendants and Counterclaim-Plaintiffs*. | |

WONJOO SUH declares:

1.  I am a lawyer with Sidley Austin LLP, counsel of record to Dell, Inc. in this action.  I have personal knowledge of the facts in this declaration and, if called as a witness, I could and would testify competently to these facts under oath.

2.  This Declaration is submitted in support of the Bill of Costs being filed today by Dell.

3.  I have reviewed the items claimed by Dell's Bill of Costs.  I hereby verify that they are correct to the best of my knowledge, that they have been necessarily incurred in this action, and that the services for which fees have been charged were actually and necessarily performed.

4.  Attached as **Exhibit A** is a summary of the costs claimed by Dell.  This summary corresponds to the Bill of Costs filed today by Dell.  The total claimed is $21,551.79.

5.   With respect to 28 U.S.C. § 1920(1) "Fees of the clerk and marshal" and Civil L.R. 54-3(a) "Fees for Filing and Service of Process," attached as **Exhibit B** are an itemization and true and correct copies of documents demonstrating a total payment of $305.00 by Dell for fees to the clerk. These fees were paid in Case No. 11-1548.

6.   With respected to Civil L.R. 54-3(c) "Depositions," attached as **Exhibit C** are an itemization and true and correct copies of documents demonstrating a total payment of $3,862.38 by Dell for the costs of depositions (including videotaped depositions).

7.   With respect to Civil L.R. 54-3(d)(2) "Reproduction and Exemplification," attached as **Exhibit D** are an itemization and true and correct copies of documents demonstrating a total payment of $17,384.41 by Dell for the cost of reproducing disclosure or formal discovery documents to Kelora.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 6, 2012.


                                          /s/ Wonjoo Suh                          
                                          Wonjoo Suh

| Exhibit A:  Summary of Dell Bill of Costs | | |
|---|---|---|
| **Description** | **Amount** | **Notes** |
| Fees of the clerk | $305.00 | *See* Exhibit B |
| Reporters' transcripts | $0.00 | |
| Depositions | $3,862.38 | *See* Exhibit C |
| Document Productions | $17,384.41 | *See* Exhibit D |
| Exhibits/demonstratives | $0.00 | |
| Witness Expenses | $0.00 | |
| TOTAL: | **$21,551.79** | |

**<u>Exhibit B:  Fees of the Clerk — Civil L.R. 54-3(a)</u>**

| <u>Description</u> | <u>Date</u> | <u>Amount</u> |
|---|---|---|
| Pro hac vice application for Scott Border | 12/20/2011 | $305.00 |
|  |  | **$305.00** |

Case4:11-cv-01548-CW   Document487-1   Filed06/06/12   Page5 of 91
ADRMOP,AO279,CLOSED,E-Filing,PRVADR,REFDIS,RELATE

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:11-cv-01548-CW

Kelora Systems, LLC v. Target Corporation et al
Assigned to: Hon. Claudia Wilken
Referred to: Magistrate Judge Laurel Beeler
Relate Case Case: 4:10-cv-04947-CW
Case in other court: Wisconsin Western, 3:10-cv-00683
Cause: 35:271 Patent Infringement

Date Filed: 04/01/2011
Date Terminated: 05/23/2012
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Kelora Systems, LLC**                           represented by   **Catherine Cetrangolo**
Boardman, Suhr, Curry & Field
One South Pinckney St., 4Th Floor
P.O. Box 927
Madison, WI 53701
608-257-9521
Email: ccetrangolo@boardmanlawfirm.com
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
Manatt, Phelps & Phillips, LLP
1841 Page Mill Road
Suite 200
Palo Alto, CA 94304
650-812-1300
Fax: 650-213-0260
Email: rbecker@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
Manatt, Phelps & Phillips, LLP
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
650-812-1300
Fax: 650-213-0260
Email: rkatz@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
Manatt Phelps & Phillips, LLP
1841 Page Mill Road
Suite 200
Palo Alto, CA 94304-1006
650-812-1300
Fax: 650-213-0260
Email: shansen@manatt.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Benjamin Max Kleinman**
Manatt Phelps and Phillips
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
650-812-1321
Email: bkleinman@manatt.com
*ATTORNEY TO BE NOTICED*

**Eugene L. Hahm**
Manatt Phelps & Phillips
1841 Page Mill Road, Suite 200
Palo Alto, Ca 94304
650 812-1300
Email: ehahm@manatt.com
*ATTORNEY TO BE NOTICED*

**Neil Swartzberg**
Manatt, Phelps & Phillips, LLP
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
(650) 812-1353
Fax: 650-213-0260
Email: nswartzberg@manatt.com
*ATTORNEY TO BE NOTICED*

**Rhys W. Cheung**
Manatt, Phelps & Phillips, LLP
1001 Page Mill Rd. Bldg 2
Palo Alto, CA 94304
650-812-1300
Fax: 650-213-0260
Email: rcheung@manatt.com
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
Manatt Phelps and Philips
1841 Page Mill Road
Suite 200
Palo Alto, CA 94304
650/812-1370
Fax: 415-986-0320
Email: rbecker@manatt.com
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
Manatt,Phelps & Phillips LLP
1841 Page Mill Road
Suite 200
Palo Alto, CA 94304-1006
650-812-1300
Fax: 650-213-0260
Email: rkatz@manatt.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Target Corporation** | represented by | **Richard Stephen Zembek** |

Fulbright & Jaworski L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
713-651-5283
Fax: 713-651-5246
Email: rzembek@fulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Damion Gopen**
Fulbright and Jaworski LLP
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
213-892-9200
Email: agopen@fulbright.com
*ATTORNEY TO BE NOTICED*

**Dan D Davison**
Fulbright & Jaworski, LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784
214-855-8049
Fax: 214-855-8200
Email: ddavison@fulbright.com
*ATTORNEY TO BE NOTICED*

**Dan D. Davison**
Attorney at Law
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
2148558270
Email: ddavison@fulbright.com
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
Fulbright & Jaworsk LLP
1301 McKinney Suite 5100
Houston, TX 77010
713-651-8360
Fax: 713-651-5246
Email: dleventhal@fulbright.com
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
Fulbright and Jaworski, LLP
98 San Jacinto Boulevard

Suite 1100
Austin, TX 78701-4255
512-536-3097
Fax:
Email: ggreene@fulbright.com
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
Fulbright & Jaworski
555 So. Flower Street, Forty-First Floor
Los Angeles, CA 90071
213-892-9200 x9227
Fax: 213-892-9494
Email: jomalley@fulbright.com
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784
214-855-8000
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OfficeMax Inc.**                          represented by   **Brian G. Gilpin**
*TERMINATED: 01/11/2012*                                      Godfrey & Kahn, S.C.
                                                             780 North Water Street
                                                             Milwaukee, WI 53202-3590
                                                             414-273-3500x5317
                                                             Fax: 414-273-5198
                                                             Email: bgilpin@gklaw.com
                                                             *TERMINATED: 05/02/2011*
                                                             *LEAD ATTORNEY*

                                                             **Clinton Judd McCord**
                                                             Edwards Wildman Palmer LLP
                                                             9665 Wilshire Boulevard, Suite 200
                                                             Beverly Hills, CA 90212
                                                             (310) 860-8700
                                                             Fax: (310) 860-3800
                                                             Email: cmccord@edwardswildman.com
                                                             *TERMINATED: 01/11/2012*
                                                             *LEAD ATTORNEY*

                                                             **Frank Everett Scherkenbach**
                                                             Fish & Richardson P.C.
                                                             225 Franklin Street
                                                             Boston, MA 02110-2804
                                                             617-542-5070
                                                             Fax: 617-542-8906
                                                             Email: scherkenbach@fr.com
                                                             *TERMINATED: 01/11/2012*
                                                             *LEAD ATTORNEY*

**Douglas S. Rupert**
Edwards Wildman Palmer LLP
225 West Wacker Dr.
Suite 2800
Chicago, IL 60606
312-201-2720
Email: rupert@wildman.com
*TERMINATED: 01/11/2012*
*PRO HAC VICE*

**Edward Timothy Walker**
Edwards Wildman Palmer LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606
312-201-2279
Email: walker@wildman.com
*TERMINATED: 01/11/2012*
*PRO HAC VICE*

**Enrique Duarte**
Fish & Richardson, P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
650-839-5004
Email: duarte@fr.com
*TERMINATED: 01/11/2012*

**Jason W. Wolff**
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
Fax: (858) 678-5099
Email: wolff@fr.com
*TERMINATED: 01/11/2012*

**Jennifer Lynn Gregor**
Godfrey and Kahn S.C.
One East Main Street
Suite 500
P.O. Box 2719
Madison, WI 53701-2719
608-284-2629
Email: jgregor@gklaw.com
*TERMINATED: 05/02/2011*

**John Sheldon Letchinger**
Edwards Wildman Palmer LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
312-201-2000
Email: letchinger@wildman.com
*TERMINATED: 01/11/2012*
*PRO HAC VICE*

**Olga Ivanovna May**
Fish and Richardson PC
12390 El Camino Real
San Diego, CA 92130
858-678-4745
Email: OMay@fr.com
*TERMINATED: 01/11/2012*

**Defendant**

**Shopko Stores Operating Co., LLC**                represented by    **Anthony A. Tomaselli**
*TERMINATED: 07/07/2011*                                             Quarles & Brady LLP
                                                                     33 East Main Street
                                                                     Suite 900
                                                                     P.O. Box 2113
                                                                     Madison, WI 53701
                                                                     (608) 283-2491
                                                                     Fax: (608) 251-9166
                                                                     *TERMINATED: 07/07/2011*
                                                                     *LEAD ATTORNEY*

                                                                     **Monroe David Bryant**
                                                                     Cox Smith Matthews Inc
                                                                     1201 Elm St 3300
                                                                     Dallas, TX 75270-2126
                                                                     214-698-7800
                                                                     Fax: 214-698-7899
                                                                     Email: dbryant@coxsmith.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **J. Daniel Harkins**
                                                                     Cox Smith Matthews Inc
                                                                     112 E. Pecan Street
                                                                     Suite 1800
                                                                     San Antonio, Tx 78205
                                                                     210-554-5285
                                                                     Fax: 210-226-8395
                                                                     Email: dharkins@coxsmith.com
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Kristin Graham Noel**
                                                                     Quarles & Brady Llp
                                                                     33 East Main Street, #900
                                                                     Po Box 2113
                                                                     Madison, WI 53701
                                                                     608-251-5000
                                                                     Fax: 608-294-4919
                                                                     Email: kgn@quarles.com
                                                                     *TERMINATED: 07/07/2011*

                                                                     **Marissa Dawn Helm**
                                                                     Cox Smith Matthew Inc
                                                                     112 E. Pecan Street

Suite 1800
San Antonio, TX 78205
210-554-5586
Fax: 210-226-8395
Email: mhelm@coxsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martha Jahn Snyder**
Quarles & Brady
P.O. Box 2113
33 East Main St, Ste 900
Madison, WI 53701
608-283-2429
Fax: 608-251-5000
Email: mjahn@quarles.com
*TERMINATED: 07/07/2011*

**Defendant**

| | | |
|---|---|---|
| **Briggs & Stratton Corporation**<br>*TERMINATED: 06/07/2011* | represented by | **Aaron William Moore**<br>Foley and Lardner LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 342-4007<br>Fax:<br>Email: amoore@foley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Matthew Burt Lowrie**
Foley and Lardner LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4006
Fax:
Email: mlowrie@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Arntsen**
Foley & Lardner LLP
150 East Gilman Street
Post Office Box 1497
Madison, WI 53701
608-258-4293
Fax: 608-258-4258
Email: aarntsen@foley.com
*ATTORNEY TO BE NOTICED*

**Gina Ann Bibby**
Foley & Lardner LLP
975 Page Mill Rd
Palo Alto, CA 94304-1013
650-856-3700
Fax: 650-856-3710

Email: gbibby@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chelsea & Scott Ltd.**                    represented by    **Allen Arntsen**
*TERMINATED: 12/28/2010*                                      (See above for address)
*doing business as*                                           *ATTORNEY TO BE NOTICED*
One Step Ahead
*TERMINATED: 12/28/2010*
*doing business as*
Leaps and Bounds
*TERMINATED: 12/28/2010*

**Defendant**

**National Business Furniture, LLC**        represented by    **Kristin Graham Noel**
*TERMINATED: 07/08/2011*                                      (See above for address)
                                                              *TERMINATED: 07/07/2011*
                                                              *LEAD ATTORNEY*

                                                              **Anthony A. Tomaselli**
                                                              (See above for address)
                                                              *TERMINATED: 07/07/2011*

                                                              **Callie A. Bjurstrom**
                                                              Pillsbury Winthrop Shaw Pittman LLP
                                                              501 West Broadway
                                                              Suite 1100
                                                              San Diego, CA 92101-3575
                                                              619-544-3107
                                                              Fax: 619-819-4363
                                                              Email: callie.bjurstrom@pillsburylaw.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Martha Jahn Snyder**
                                                              (See above for address)
                                                              *TERMINATED: 07/07/2011*
                                                              *PRO HAC VICE*

**Defendant**

**BuyOnLineNow, Inc.**
*TERMINATED: 12/28/2010*

**Defendant**

**Rockler Companies, Inc.**                 represented by    **Aaron A. Myers**
*TERMINATED: 02/21/2012*                                      Barnes & Thornburg LLP
                                                              225 South Sixth Street
                                                              Suite 2800
                                                              Minneapolis, MN 55402-2015
                                                              612-333-2111
                                                              Fax: 612-333-6798
                                                              *TERMINATED: 02/21/2012*
                                                              *PRO HAC VICE*

                                                              **Niall Andrew MacLeod**
                                                              Barnes & Thornburg LLP

225 South Sixth Street
Suite 2800
Minneapolis, MN 55402
612/367-8704
Fax: 612.333-6789
Email: niall.macleod@btlaw.com
*TERMINATED: 02/21/2012*

**Robert A Mich , Jr.**
Law Offices of Kay and Andersen, LLC
One Point Place, Suite 201
Madison, WI 53719
608-833-0077
Email: rmich@kayandandersen.com
*TERMINATED: 08/26/2011*

**Stephen Roy Mick , Esq.**
Barnes & Thornburg LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
(310) 284-3880
Email: smick@btlaw.com
*TERMINATED: 02/21/2012*

**Defendant**

**IDW, LLC**
*TERMINATED: 12/10/2010*
*doing business as*
ID Wholesaler
*TERMINATED: 12/10/2010*

**Defendant**

**1-800-Flowers.com, Inc.**                    represented by **Catherine E Hart**
*TERMINATED: 11/03/2011*                        Kilpatrick Stockton, LLP
                                                1100 Peachtree Street, NE
                                                Suite 2800
                                                Atlanta, GA 30309
                                                404-815-6500x6938
                                                Fax: 404-815-6555
                                                Email: chart@kilpatricktownsend.com
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **David Bruce Perry**
                                                Kilpatrick Townsend and Stockton LLP
                                                Two Embarcadero Center
                                                Eighth Floor
                                                San Francisco, CA 94111
                                                415-576-0200
                                                Fax: 415-576-0300
                                                Email: dperry@kilpatricktownsend.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Joseph P. Wright**
                                                Stafford Rosenbaum Llp

P.O. Box 1784
222 W. Washington Ave., Ste. 900
Madison, WI 53701
608-256-0226
Fax: 608-259-2600
Email: jwright@staffordlaw.com
*TERMINATED: 07/25/2011*

**Vaibhav P. Kadaba**
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
404-815-6500
Fax: 404-815-6555
*ATTORNEY TO BE NOTICED*

## Defendant

**PC Connection, Inc.**
*TERMINATED: 07/07/2011*

represented by **Allen Arntsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gina Ann Bibby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Aaron William Moore**
Foley and Lardner LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4007
Email: amoore@foley.com
*ATTORNEY TO BE NOTICED*

## Defendant

**Eastbay, Inc.**
*TERMINATED: 02/16/2011*
*also known as*
Inc. Eastbay
*TERMINATED: 02/16/2011*

represented by **David G. Hanson**
Reinhart Boerner Van Deuren S.C.
P.O. Box 2965
Milwaukee, WI 53201
414-298-1000x8324
Email: dhanson@reinhartlaw.com
*TERMINATED: 02/16/2011*
*LEAD ATTORNEY*

**Lisa Nester Kass**
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street
Suite 1700
Milwaukee, WI 53202
414-298-1000
Fax: 414-298-8097
Email: lkass@reinhartlaw.com
*TERMINATED: 02/16/2011*

## Defendant

**Mason Companies, Inc.**                    represented by  **Daniel Pierre Muino**
*TERMINATED: 07/29/2011*                                   Morrison & Foerster LLP
*doing business as*                                        425 Market Street
Maryland Square                                            San Francisco, CA 94105-2482
*TERMINATED: 07/29/2011*                                   415-268-7475
                                                           Email: dmuino@mofo.com
                                                           *TERMINATED: 07/29/2011*
                                                           *LEAD ATTORNEY*

                                                           **Shane A. Brunner**
                                                           MERCHANT & GOULD P.C.
                                                           10 East Doty Street
                                                           Suite 600
                                                           Madison, WI 53703
                                                           608-280-6753
                                                           Fax: 612-332-9081
                                                           Email: sbrunner@merchantgould.com
                                                           *TERMINATED: 07/29/2011*
                                                           *LEAD ATTORNEY*

                                                           **Joel Frederick Graham**
                                                           Merchant & Gould
                                                           10 E. Doty St.
                                                           Suite 600
                                                           Madison, WI 53703
                                                           608-280-6744
                                                           Email: jfgraham@merchantgould.com
                                                           *TERMINATED: 07/29/2011*

                                                           **Rachel Clark Hughey**
                                                           Merchant Gould P.C.
                                                           3200 IDS Center
                                                           80 South 8th Street
                                                           Minneapolis, MN 55402-2215
                                                           612-332-5300
                                                           Email: rhughey@merchantgould.com
                                                           *TERMINATED: 07/29/2011*
                                                           *PRO HAC VICE*

                                                           **Thomas Patrick Heneghan**
                                                           Merchant & Gould, P.C.
                                                           10 East Doty Street, Suite 600
                                                           Madison, WI 53703-3376
                                                           (608) 280-6750
                                                           Fax: (612) 332-9081
                                                           Email: theneghan@merchantgould.com
                                                           *TERMINATED: 02/07/2011*

**Defendant**

**Amazon.com, Inc.**                         represented by  **Richard Stephen Zembek**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Aaron Damion Gopen**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D. Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dell, Inc.**                    represented by **David S. Bloch**
Winston & Strawn
101 California Street
San Francisco, CA 94111-5802
415-591-1452
Fax: 415-591-1400
Email: dbloch@winston.com
*ATTORNEY TO BE NOTICED*

**Howard Shin**
Winston & Strawn
200 Park Avenue
New York, NY 10166-4193
212-294-6700
Email: hshin@winston.com
*ATTORNEY TO BE NOTICED*

**Joseph A. Micallef**
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000
Fax: 202-736-8711
Email: jmicallef@sidley.com
*ATTORNEY TO BE NOTICED*

**Kimball Richard Anderson**
Winston and Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
312-558-5858
Fax: 312-558-5700
Email: kanderson@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marlon Lutfiyya**
Winston & Strawn Llp
35 W. Wacker Drive
Chicago, IL 60601
312-558-7455
Fax: 312-558-5700
Email: mlutfiyya@winston.com
*TERMINATED: 03/16/2012*

**Michael Franzinger**
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000
Fax: 202-736-8711
Email: mfranzinger@sidley.com
*ATTORNEY TO BE NOTICED*

**Scott M. Border**
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wonjoo Suh**
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
(202) 736-8000
Fax: (202) 736-8711
Email: wsuh@sidley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Office Depot, Inc.**                                    represented by **Aaron Damion Gopen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D. Davison**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Wright**
(See above for address)
*TERMINATED: 07/25/2011*

**Richard Stephen Zembek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Newegg Inc.**                      represented by **Phillip Francis Shinn**
                                     Fox Rothschild LLP
                                     235 Pine Street
                                     Suite 1500
                                     San Francisco, CA 94104
                                     415-364-5540
                                     Fax: 415-391-4436
                                     Email: pshinn@foxrothschild.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Bryan P. Clark**
                                     The Webb Law Firm
                                     One Gateway Center
                                     420 Ft. Duquesne Blvd
                                     Suite 1200
                                     Pittsburgh, PA 15222
                                     412-471-8815
                                     Fax: 412-471-4094
                                     *PRO HAC VICE*
                                     *ATTORNEY TO BE NOTICED*

                                     **Bryan Patrick Clark**
                                     The Webb Law Firm
                                     One Gateway Center
                                     420 Ft. Duquesne Boulevard

Suite 1200
Pittsburgh, PA 15222
412-471-8815
Fax: 412-471-4094
Email: bclark@webblaw.com
*ATTORNEY TO BE NOTICED*

**Daniel Harris Brean**
Webb Law Firm
One Gateway Center
420 Ft. Duquesne Boulevard
Suite 1200
Pittsburgh, PA 15222
412-471-8815
Fax: 412-471-4094
Email: dbrean@webblaw.com
*ATTORNEY TO BE NOTICED*

**James J. Bosco , Jr.**
The Webb Law Firm
One Gateway Center
420 Ft. DuQuesne Blvd, Ste. 1200
Pittsburgh, PA 15222
412-471-8815
Fax: 412-471-4094
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Donald Peterson**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701
608-257-3911
Fax: 608-257-0609
Email: jpeterson@gklaw.com
*TERMINATED: 05/02/2011*

**Jennifer Lynn Gregor**
(See above for address)
*TERMINATED: 05/02/2011*

**Kent E Baldauf , Jr.**
The Webb Law Firm
One Gateway Center
420 Ft. Duquesane Boulevard
Suite 1200
Pittsburgh, PA 15222
United Sta
412-471-8815
Fax: 412-471-4094
Email: kbaldaufjr@webblaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Costco Wholesale Corporation**                    represented by **Richard Stephen Zembek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Damion Gopen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D. Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hewlett-Packard Development Company,**          represented by **Aaron Damion Gopen**
**L.P.**                                                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Stephen Zembek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Circuitcity.Com Inc.**
*TERMINATED: 12/12/2011*

represented by **Barry Schindler**
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932
973-360-7900
Fax: 973-301-8410
Email: schindlerb@gtlaw.com
*TERMINATED: 12/12/2011*
*PRO HAC VICE*

**David Joyal**
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932
973-360-7900
Fax: 973-301-8410
Email: joyald@gtlaw.com
*TERMINATED: 12/12/2011*
*PRO HAC VICE*

**Doug Weider**
Greeberg Traurig LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
973-360-2357
Fax: 973-301-8410
*TERMINATED: 12/12/2011*
*PRO HAC VICE*

**James Donald Peterson**
(See above for address)
*TERMINATED: 05/02/2011*

**Mary-Olga Lovett**
1000 Louisiana Street, Suite 1700
Houston, TX 77002
(713) 374-3541
Fax: (713) 754.7541
Email: lovettm@gtlaw.com
*TERMINATED: 12/12/2011*
*PRO HAC VICE*

**Michael Nicodema**
Greenberg Traurig, LLP

200 Park Avenue
Florham Park, NJ 07932
973-360-7900
Fax: 973-301-8410
Email: nicodemam@gtlaw.com
*TERMINATED: 12/12/2011*
*PRO HAC VICE*

**Sarah Elizabeth Barrows**
Greenberg Traurig LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
415-655--1300
Fax: 415-707-2010
Email: barrowss@gtlaw.com
*TERMINATED: 12/12/2011*

**Defendant**

**Hewlett-Packard Company**                    represented by **Dan D. Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Stephen Zembek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Audible, Inc.**                    represented by **Aaron Damion Gopen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Stephen Zembek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D. Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zappos.com, Inc.**                    represented by **Aaron Damion Gopen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Stephen Zembek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dan D. Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Endeca Technologies, Inc.**                represented by **Joshua Judah Pollack**
Proskauer Rose LLP
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
310-557-2900
Fax: 310-557-2193
Email: jpollack@proskauer.com
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Mason Companies, Inc.**                    represented by **Shane A. Brunner**
*TERMINATED: 07/29/2011*                     (See above for address)
*TERMINATED: 07/29/2011*
*LEAD ATTORNEY*

**Joel Frederick Graham**
(See above for address)
*TERMINATED: 07/29/2011*

**Thomas Patrick Heneghan**
(See above for address)
*TERMINATED: 02/07/2011*

V.

**Counter-defendant**

**Kelora Systems, LLC**                      represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Mason Companies, Inc.**                    represented by   **Joel Frederick Graham**
*TERMINATED: 07/29/2011*                                      (See above for address)
                                                              *TERMINATED: 07/29/2011*

                                                              **Thomas Patrick Heneghan**
                                                              (See above for address)
                                                              *TERMINATED: 02/07/2011*


V.

**Counter-defendant**

**Kelora Systems, LLC**                      represented by   **Catherine Cetrangolo**
                                                              (See above for address)
                                                              *TERMINATED: 05/05/2011*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert David Becker**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Ronald S. Katz**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Shawn G. Hansen**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Dell, Inc.**                               represented by   **David S. Bloch**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Howard Shin**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Joseph A. Micallef**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kimball Richard Anderson**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Marlon Lutfiyya**
                                                              (See above for address)
                                                              *TERMINATED: 03/16/2012*

**Michael Franzinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wonjoo Suh**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Counter-defendant**</u>

**Kelora Systems, LLC**                    represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter-claimant**</u>

**PC Connection, Inc.**                    represented by **Aaron William Moore**
*TERMINATED: 07/07/2011*                   (See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Counter-defendant**</u>

**Kelora Systems, LLC**                    represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Newegg Inc.**                              represented by **Phillip Francis Shinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan P. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Harris Brean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Bosco , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Donald Peterson**
(See above for address)
*TERMINATED: 05/02/2011*

**Jennifer Lynn Gregor**
(See above for address)
*TERMINATED: 05/02/2011*

**Kent E Baldauf , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Kelora Systems, LLC**                    represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
Manatt, Phelps & Phillips, LLP
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
650-812-1300
Fax: 650-213-0260
Email: rbecker@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
Manatt, Phelps & Phillips, LLP
1001 Page Mill Road
Building 2
Palo Alto, CA 94304
650-812-1300
Fax: 650-213-0260
Email: rkatz@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Max Kleinman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene L. Hahm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
Manatt Phelps and Philips
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
650/812-1370
Fax: 415-986-0320
Email: rbecker@manatt.com
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Circuitcity.Com Inc.**                    represented by **Barry Schindler**
*TERMINATED: 12/12/2011*                    (See above for address)

*TERMINATED: 12/12/2011*

**David Joyal**
(See above for address)
*TERMINATED: 12/12/2011*

**James Donald Peterson**
(See above for address)
*TERMINATED: 05/02/2011*

**Mary-Olga Lovett**
(See above for address)
*TERMINATED: 12/12/2011*

**Michael Nicodema**
(See above for address)
*TERMINATED: 12/12/2011*

**Sarah Elizabeth Barrows**
(See above for address)
*TERMINATED: 12/12/2011*

V.

**Counter-defendant**

**Kelora Systems, LLC**                    represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Shopko Stores Operating Co., LLC**           represented by **Anthony A. Tomaselli**

*TERMINATED: 07/07/2011*
(See above for address)
*TERMINATED: 07/07/2011*
*LEAD ATTORNEY*

**Monroe David Bryant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Graham Noel**
(See above for address)
*TERMINATED: 07/07/2011*

**Marissa Dawn Helm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martha Jahn Snyder**
(See above for address)
*TERMINATED: 07/07/2011*

V.

**Counter-defendant**

**Kelora Systems, LLC**                    represented by   **Catherine Cetrangolo**
                                                            (See above for address)
                                                            *TERMINATED: 05/05/2011*
                                                            *LEAD ATTORNEY*

                                                            **Robert David Becker**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ronald S. Katz**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shawn G. Hansen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Robert D. Becker**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ronald Stanley Katz**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Hewlett-Packard Development Company,**    represented by   **Aaron Damion Gopen**
**L.P.**                                                    (See above for address)

*ATTORNEY TO BE NOTICED*

**Dan D Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Stephen Zembek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Kelora Systems, LLC**                  represented by **Catherine Cetrangolo**
                                                        (See above for address)
                                                        *TERMINATED: 05/05/2011*
                                                        *LEAD ATTORNEY*

                                                        **Robert David Becker**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ronald S. Katz**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Shawn G. Hansen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert D. Becker**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ronald Stanley Katz**

(See above for address)
*ATTORNEY TO BE NOTICED*

### Counter-claimant

**Rockler Companies, Inc.**
*TERMINATED: 02/21/2012*

represented by **Aaron A. Myers**
(See above for address)
*TERMINATED: 02/21/2012*

**Niall Andrew MacLeod**
(See above for address)
*TERMINATED: 02/21/2012*

**Robert A Mich , Jr.**
(See above for address)
*TERMINATED: 08/26/2011*

**Stephen Roy Mick , Esq.**
(See above for address)
*TERMINATED: 02/21/2012*

V.

### Counter-defendant

**Kelora Systems, LLC**

represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Counter-claimant

**Target Corporation**

represented by **Richard Stephen Zembek**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Aaron Damion Gopen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Kelora Systems, LLC**                    represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Office Depot, Inc.**                    represented by   **Aaron Damion Gopen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Wright**
(See above for address)
*TERMINATED: 07/25/2011*

**Richard Stephen Zembek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Kelora Systems, LLC**                    represented by   **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

| | | |
|---|---|---|
| **1-800-Flowers.com, Inc.**<br>*TERMINATED: 11/03/2011* | represented by | **Catherine E Hart**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **David Bruce Perry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph P. Wright**<br>(See above for address)<br>*TERMINATED: 07/25/2011* |
| | | **Vaibhav P. Kadaba**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter-defendant**

| | | |
|---|---|---|
| **Kelora Systems, LLC** | represented by | **Catherine Cetrangolo**<br>(See above for address)<br>*TERMINATED: 05/05/2011*<br>*LEAD ATTORNEY* |
| | | **Robert David Becker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ronald S. Katz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Shawn G. Hansen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert D. Becker** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Costco Wholesale Corporation**                    represented by   **Richard Stephen Zembek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Damion Gopen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Kelora Systems, LLC**                             represented by   **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Amazon.com, Inc.**                 represented by **Richard Stephen Zembek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Damion Gopen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan D Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Leventhal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gilbert Andrew Greene ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Anthony O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Greeson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Kelora Systems, LLC**              represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**National Business Furniture, LLC**          represented by  **Kristin Graham Noel**
*TERMINATED: 07/08/2011*                                      (See above for address)
                                                             *TERMINATED: 07/07/2011*
                                                             *LEAD ATTORNEY*

                                                             **Anthony A. Tomaselli**
                                                             (See above for address)
                                                             *TERMINATED: 07/07/2011*

                                                             **Callie A. Bjurstrom**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Martha Jahn Snyder**
                                                             (See above for address)
                                                             *TERMINATED: 07/07/2011*

V.

**Counter-defendant**

**Kelora Systems, LLC**                      represented by  **Catherine Cetrangolo**
                                                             (See above for address)
                                                             *TERMINATED: 05/05/2011*
                                                             *LEAD ATTORNEY*

                                                             **Robert David Becker**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ronald S. Katz**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**3rd party plaintiff**

**OfficeMax Inc.**                    represented by **Brian G. Gilpin**
(See above for address)
*TERMINATED: 05/02/2011*
*LEAD ATTORNEY*

**Clinton Judd McCord**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas S. Rupert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward Timothy Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Gregor**
(See above for address)
*TERMINATED: 05/02/2011*

**John Sheldon Letchinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**3rd party defendant**

**Adobe Systems Incorporated**        represented by **Ryan Ephraim Hatch**
*TERMINATED: 11/30/2011*                Latham & Watkins LLP
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
(213) 485-1234
Fax: (213) 891-8763
Email: ryan.hatch@lw.com
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Audible, Inc.**                          represented by   **Dan D. Davison**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


V.

**Counter-defendant**

**Kelora Systems, LLC**                    represented by   **Catherine Cetrangolo**
                                                          (See above for address)
                                                          *TERMINATED: 05/05/2011*
                                                          *LEAD ATTORNEY*

                                                          **Robert David Becker**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ronald S. Katz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Shawn G. Hansen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eugene L. Hahm**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Neil Swartzberg**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rhys W. Cheung**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert D. Becker**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ronald Stanley Katz**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Zappos.com, Inc.**                       represented by   **Robert Greeson**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Dan D. Davison**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Kelora Systems, LLC**                    represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene L. Hahm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil Swartzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rhys W. Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Dell, Inc.**                    represented by **David S. Bloch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Shin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph A. Micallef**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimball Richard Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marlon Lutfiyya**
(See above for address)
*TERMINATED: 03/16/2012*

**Michael Franzinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wonjoo Suh**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Counter-defendant</u>**

**Kelora Systems, LLC**                    represented by   **Catherine Cetrangolo**
                                                           (See above for address)
                                                           *TERMINATED: 05/05/2011*
                                                           *LEAD ATTORNEY*

                                                           **Robert David Becker**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ronald S. Katz**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Shawn G. Hansen**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Eugene L. Hahm**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Neil Swartzberg**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Rhys W. Cheung**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

Robert D. Becker
(See above for address)
*ATTORNEY TO BE NOTICED*

Ronald Stanley Katz
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Dell, Inc.**                    represented by **David S. Bloch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Shin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph A. Micallef**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimball Richard Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marlon Lutfiyya**
(See above for address)
*TERMINATED: 03/16/2012*

**Michael Franzinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wonjoo Suh**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Kelora Systems, LLC**          represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Max Kleinman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene L. Hahm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil Swartzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rhys W. Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Kelora Systems, LLC**                    represented by **Catherine Cetrangolo**
(See above for address)
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

**Robert David Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn G. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Max Kleinman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene L. Hahm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil Swartzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rhys W. Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Dell, Inc.**                                 represented by **David S. Bloch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Shin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph A. Micallef**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimball Richard Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marlon Lutfiyya**
(See above for address)
*TERMINATED: 03/16/2012*

**Michael Franzinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott M. Border**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wonjoo Suh**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2010 | 1 | COMPLAINT against all defendants. ( Filing fee $ 350 receipt number 0758000000000652601.), filed by Kelora Systems, LLC. (Attachments: # 1 Exhibit A (US Patent 6,275,821), # 2 Exhibit B (Reexamination Certificate for US Patent 6,275,821), # 3 Summons for all Defendants, # 4 JS-44 Civil Cover Sheet, # 5 Report on Filing Patent/Trademark Action) (Cetrangolo, Catherine) (Entered: 11/08/2010) |
| 11/08/2010 | | Case randomly assigned to Magistrate Judge Stephen L. Crocker. (vob) (Entered: 11/08/2010) |
| 11/08/2010 | | Standard attachments for Magistrate Judge Stephen L. Crocker required to be served on all parties with summons or waiver of service: Briefing Guidelines, Corporate Disclosure Statement, Order Regarding Assignment of Civil Cases, Notice of Assignment to a Magistrate Judge and Consent/Request for Reassignment, Order on Dispositive Motions. (vob) (Entered: 11/08/2010) |
| 11/09/2010 | 2 | Summons Issued as to Chelsea & Scott Ltd., National Business Furniture, LLC, BuyOnLineNow, Inc., Rockler Companies, Inc., IDW, LLC, 1-800-Flowers.com, Inc., PC Connection, Inc., Inc. Eastbay, Mason Companies, Inc., Target Corporation, OfficeMax Inc., Shopko Stores Operating Co., LLC, Briggs & Stratton Corporation. (Attachments: # 1 Summons Office Max Incorporated.pdf, # 2 Summons Shopko Stores.pdf, # 3 Summons Briggs & Stratton.pdf, # 4 Summons Chelsea & Scott.pdf, # 5 Summons National Business Furniture.pdf, # 6 Summons Buyonlinenow, Inc..pdf, # 7 Summons Rockler Companies.pdf, # 8 Summons IDW, LLC, d-b-a ID Wholesaler.pdf, # 9 Summons 1-800-Flowers.Com, Inc..pdf, # 10 Summons PC Connection, Inc..pdf, # 11 Summons Eastbay, Inc..pdf, # 12 Summons Mason Companies.pdf) (vob) (Entered: 11/09/2010) |
| 11/09/2010 | 3 | Report on Filing of Patent or Trademark. Copy provided to the US Patent and Trademark Office electronically (vob) (Entered: 11/09/2010) |
| 11/09/2010 | 4 | Motion to Admit Ronald S. Katz, Robert D. Becker, Shawn G. Hansen Pro Hac Vice by Plaintiff Kelora Systems, LLC. (Cetrangolo, Catherine) (Entered: 11/09/2010) |
| 11/09/2010 | 5 | Declaration of Ronald S. Katz filed by Plaintiff Kelora Systems, LLC re: 4 Motion to Admit Ronald S. Katz, Robert D. Becker, Shawn G. Hansen Pro Hac Vice filed by Kelora Systems, LLC (Cetrangolo, Catherine) (Entered: 11/09/2010) |
| 11/09/2010 | 6 | Declaration of Robert D. Becker filed by Plaintiff Kelora Systems, LLC re: 4 Motion to Admit Ronald S. Katz, Robert D. Becker, Shawn G. Hansen Pro Hac Vice filed by Kelora Systems, LLC (Cetrangolo, Catherine) (Entered: 11/09/2010) |
| 11/09/2010 | 7 | Declaration of Shawn G. Hansen filed by Plaintiff Kelora Systems, LLC re: 4 Motion to Admit Ronald S. Katz, Robert D. Becker, Shawn G. Hansen Pro Hac Vice filed by Kelora Systems, LLC (Cetrangolo, Catherine) (Entered: 11/09/2010) |
| 11/09/2010 | 8 | ** TEXT ONLY ORDER ** ORDER granting 4 Motion to Admit Ronald S. Katz, Robert D. Becker and Shawn G. Hansen Pro Hac Vice. Ronald S. Katz, Robert D. Becker and Shawn G. Hansen for Kelora Systems, LLC admitted pro hac vice. Signed by Magistrate Judge Stephen L. Crocker on 11/9/2010. (vob) Modified on 11/12/2010 to add counsel to order (vob). (Entered: 11/09/2010) |
| 11/15/2010 | 9 | Summons Returned Executed by Defendants 1-800-Flowers.com, Inc., Briggs & Stratton Corporation, BuyOnLineNow, Inc., Chelsea & Scott Ltd., Inc. Eastbay, IDW, LLC, Mason Companies, Inc., National Business Furniture, LLC, OfficeMax Inc., PC Connection, Inc., Rockler Companies, Inc., Shopko Stores Operating Co., LLC, Target Corporation. 1-800-Flowers.com, Inc. served on 11/10/2010, answer due 12/1/2010; Briggs & Stratton Corporation served on 11/9/2010, answer due 11/30/2010; BuyOnLineNow, Inc. served on 11/10/2010, answer due 12/1/2010; Chelsea & Scott Ltd. served on 11/9/2010, answer due 11/30/2010; Inc. Eastbay served on 11/10/2010, answer due 12/1/2010; IDW, LLC served on 11/10/2010, |

| | | |
|---|---|---|
| | | answer due 12/1/2010; Mason Companies, Inc. served on 11/9/2010, answer due 11/30/2010; National Business Furniture, LLC served on 11/9/2010, answer due 11/30/2010; OfficeMax Inc. served on 11/9/2010, answer due 11/30/2010; PC Connection, Inc. served on 11/10/2010, answer due 12/1/2010; Rockler Companies, Inc. served on 11/9/2010, answer due 11/30/2010; Shopko Stores Operating Co., LLC served on 11/10/2010, answer due 12/1/2010; Target Corporation served on 11/9/2010, answer due 11/30/2010. (Attachments: # 1 Summons OfficeMax Incorporated, # 2 Summons Shopko Stores Operating Co., LLC, # 3 Summons Briggs & Stratton Corporation, # 4 Summons Chelsea & Scott, Ltd., # 5 Summons National Business Furniture, LLC, # 6 Summons BuyOnLineNow, Inc., # 7 Summons Rockler Companies, Inc., # 8 Summons IDW, LLC, # 9 Summons 1-800-Flowers.com, Inc., # 10 Summons PC Connection, Inc., # 11 Summons Eastbay, Inc., # 12 Summons Mason Companies, Inc.) (Cetrangolo, Catherine) (Entered: 11/15/2010) |
| 11/23/2010 | 10 | AMENDED COMPLAINT -- *First Amended Complaint For Patent Infringement; Demand For Jury Trial* against 1-800-Flowers.com, Inc., Briggs & Stratton Corporation, BuyOnLineNow, Inc., Chelsea & Scott Ltd., Eastbay, Inc., IDW, LLC, Mason Companies, Inc., National Business Furniture, LLC, OfficeMax Inc., PC Connection, Inc., Rockler Companies, Inc., Shopko Stores Operating Co., LLC, Target Corporation, filed by Kelora Systems, LLC. (Attachments: # 1 Exhibit A - '821 Patent, # 2 Exhibit B - Reexamination Certificate for '821 Patent, # 3 Summons) (Katz, Ronald) Modified on 11/24/2010 to add exhibit descriptions. (lak) (Entered: 11/23/2010) |
| 11/24/2010 | 11 | Summons Issued as to Amazon.Com, Inc., Circuitcity.Com Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Development Company, L.P., Newegg Inc., Office Depot, Inc.. (Attachments: # 1 Summons Dell Inc., # 2 Summons Office Depot, # 3 Summons Newegg Inc., # 4 Summons Costco Wholesale, # 5 Summons Hewlett-Packard, # 6 Summons Circuitcity.Com) (vob) (Entered: 11/24/2010) |
| 11/29/2010 | 12 | ANSWER, COUNTERCLAIM against Kelora Systems, LLC by Plaintiff Kelora Systems, LLC. (Heneghan, Thomas) (Entered: 11/29/2010) |
| 11/29/2010 | 13 | Notice of Appearance filed by Anthony A. Tomaselli for Defendants National Business Furniture, LLC, Shopko Stores Operating Co., LLC (Tomaselli, Anthony) (Entered: 11/29/2010) |
| 11/29/2010 | 14 | Notice of Appearance filed by Kristin Graham Noel for Defendants National Business Furniture, LLC, Shopko Stores Operating Co., LLC (Noel, Kristin) (Entered: 11/29/2010) |
| 11/29/2010 | 15 | Notice of Appearance filed by Martha Jahn Snyder for Defendants National Business Furniture, LLC, Shopko Stores Operating Co., LLC (Jahn Snyder, Martha) (Entered: 11/29/2010) |
| 11/30/2010 | 16 | Unopposed Motion for Extension of Time to File Answer re 10 Amended Complaint,, by Defendant National Business Furniture, LLC.Response due 12/7/2010. (Attachments: # 1 Text of Proposed Order) (Jahn Snyder, Martha) (Entered: 11/30/2010) |
| 11/30/2010 | 17 | Unopposed Motion for Extension of Time to File Answer re 10 Amended Complaint,, by Defendant Shopko Stores Operating Co., LLC.Response due 12/7/2010. (Attachments: # 1 Text of Proposed Order) (Jahn Snyder, Martha) (Entered: 11/30/2010) |
| 11/30/2010 | 18 | Corporate Disclosure Statement by Defendant Shopko Stores Operating Co., LLC (Jahn Snyder, Martha) (Entered: 11/30/2010) |
| 12/01/2010 | 19 | Corporate Disclosure Statement by Defendant Mason Companies, Inc. (Heneghan, Thomas) (Entered: 12/01/2010) |
| 12/01/2010 | 20 | ** TEXT ONLY ORDER ** ORDER granting 16 Motion for Extension of Time to Answer National Business Furniture, LLC answer due 1/4/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/1/2010. |

| | | (vob) (Entered: 12/01/2010) |
|---|---|---|
| 12/01/2010 | 21 | ** TEXT ONLY ORDER ** <br> ORDER granting 17 Motion for Extension of Time to Answer Shopko Stores Operating Co., LLC answer due 1/4/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/1/2010. (vob) (Entered: 12/01/2010) |
| 12/01/2010 | 22 | Summons Returned Executed by Defendants Amazon.Com, Inc., Circuitcity.Com Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Development Company, L.P., Newegg Inc., Office Depot, Inc.. Amazon.Com, Inc. served on 11/29/2010, answer due 12/20/2010; Circuitcity.Com Inc. served on 11/29/2010, answer due 12/20/2010; Costco Wholesale Corporation served on 11/29/2010, answer due 12/20/2010; Dell, Inc. served on 11/29/2010, answer due 12/20/2010; Hewlett-Packard Development Company, L.P. served on 11/29/2010, answer due 12/20/2010; Newegg Inc. served on 11/29/2010, answer due 12/20/2010; Office Depot, Inc. served on 11/29/2010, answer due 12/20/2010. (Attachments: # 1 Circuit City Return of Service, # 2 Costco Return of Service, # 3 Dell Return of Service, # 4 Hewlett-Packard Return of Service, # 5 Newegg Return of Service, # 6 Office Depot Return of Service) (Katz, Ronald) (Entered: 12/01/2010) |
| 12/02/2010 | 23 | Motion for Extension of Time to File Answer re 1 Complaint, by Defendant 1-800-Flowers.com, Inc. Response due 12/9/2010. (Attachments: # 1 Certificate of Service) (Wright, Joseph) Modified docket text on 12/3/2010 (jas). (Entered: 12/02/2010) |
| 12/03/2010 | 24 | Corporate Disclosure Statement by Defendant National Business Furniture, LLC (Jahn Snyder, Martha) (Entered: 12/03/2010) |
| 12/06/2010 | 25 | ** TEXT ONLY ORDER ** <br> ORDER granting 23 Motion for Extension of Time to Answer re: 1-800-Flowers.com, Inc. answer due 1/4/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/6/2010. (vob) (Entered: 12/06/2010) |
| 12/07/2010 | 26 | Motion for Extension of Time to File Answer re 10 Amended Complaint,, by Defendant Rockler Companies, Inc..Response due 12/14/2010. (Attachments: # 1 Certificate of Service) (Mich, Robert) (Entered: 12/07/2010) |
| 12/07/2010 | 27 | ** TEXT ONLY ORDER ** <br> ORDER granting 26 Motion for Extension of Time to Answer Rockler Companies, Inc. answer due 1/4/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/7/2010. (vob) (Entered: 12/07/2010) |
| 12/07/2010 | 28 | Unopposed Motion for Extension of Time to File Answer by Defendant Office Depot, Inc..Response due 12/14/2010. (Attachments: # 1 Certificate of Service) (Wright, Joseph) (Entered: 12/07/2010) |
| 12/07/2010 | 29 | ** TEXT ONLY ORDER ** <br> ORDER granting 28 Motion for Extension of Time to Answer Office Depot, Inc. answer due 1/4/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/7/2010. (vob) (Entered: 12/07/2010) |
| 12/09/2010 | 30 | Motion for Extension of Time to File Answer re 10 Amended Complaint, by Defendants Briggs & Stratton Corporation, Chelsea & Scott Ltd., PC Connection, Inc. Response due 12/16/2010. (Attachments: # 1 Certificate of Service) (Arntsen, Allen) Modified docket text on 12/10/2010 (jas). (Entered: 12/09/2010) |
| 12/09/2010 | 31 | Unopposed Motion for Extension of Time to File Answer by Defendant Eastbay, Inc. Response due 12/16/2010. (Hanson, David) Modified docket text on 12/10/2010 (jas). (Entered: 12/09/2010) |
| 12/09/2010 | 32 | Consented Motion for Extension of Time to File Answer by Defendant OfficeMax Inc. |

| | | |
|---|---|---|
| | | Response due 12/16/2010. (Gilpin, Brian) Modified docket text on 12/10/2010 (jas). (Entered: 12/09/2010) |
| 12/09/2010 | 34 | ** TEXT ONLY ORDER **<br>ORDER granting 31 Motion for Extension of Time to Answer. Eastbay, Inc. answer due 1/4/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/9/10. (krj) (Entered: 12/09/2010) |
| 12/09/2010 | 35 | ** TEXT ONLY ORDER **<br>ORDER granting 32 Motion for Extension of Time. OfficeMax Inc. answer due 1/4/11. Signed by Magistrate Judge Stephen L. Crocker on 12/9/10. (krj) (Entered: 12/09/2010) |
| 12/09/2010 | 36 | Joint STIPULATION of Dismissal between Plaintiff Kelora Systems, LLC and Defendant IDW, LLC d/b/a ID Wholesaler. (Katz, Ronald) Modified on 12/10/2010. (arw) (Entered: 12/09/2010) |
| 12/10/2010 | 37 | ** TEXT ONLY ORDER **<br>ORDER granting 36 Stipulation of Dismissal re: Defendant IDW, LLC. Signed by Magistrate Judge Stephen L. Crocker on 12/10/2010. (vob) (Entered: 12/10/2010) |
| 12/16/2010 | 38 | Motion to Admit Marlon E. Lutfiyya Pro Hac Vice by Defendant Dell, Inc.. (Lutfiyya, Marlon) (Entered: 12/16/2010) |
| 12/16/2010 | 39 | Corporate Disclosure Statement by Defendant Dell, Inc. (Lutfiyya, Marlon) (Entered: 12/16/2010) |
| 12/16/2010 | 40 | Motion for Extension of Time to File Answer re 10 Amended Complaint,, by Defendant Dell, Inc..Response due 12/23/2010. (Lutfiyya, Marlon) (Entered: 12/16/2010) |
| 12/16/2010 | 41 | ** TEXT ONLY ORDER **<br>ORDER granting 38 Motion to Admit Marlon E. Lutfiyya Pro Hac Vice. Signed by Magistrate Judge Stephen L. Crocker on 12/16/2011. (vob) (Entered: 12/16/2010) |
| 12/16/2010 | 42 | ** TEXT ONLY ORDER **<br>ORDER granting 40 Motion for Extension of Time to Answer Dell, Inc. answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/16/2010. (vob) (Entered: 12/16/2010) |
| 12/17/2010 | 43 | Motion to Admit Richard S. Zembek Pro Hac Vice by Defendants Amazon.Com, Inc., Costco Wholesale Corporation, Target Corporation. (Zembek, Richard) (Entered: 12/17/2010) |
| 12/17/2010 | 44 | Unopposed Motion for Extension of Time to File Answer by Defendants Amazon.Com, Inc., Costco Wholesale Corporation, Target Corporation. Response due 12/27/2010. (Zembek, Richard) Modified docket and motion text on 12/20/2010 (jas). (Entered: 12/17/2010) |
| 12/17/2010 | 45 | Consent for Extension of Time *to Respond to the Amended Complaint* by Defendant Newegg Inc. Response due 12/27/2010. (Peterson, James) Modified on 12/20/2010 (vob). Modified docket text on 12/20/2010 (jas). (Entered: 12/17/2010) |
| 12/20/2010 | 46 | ** TEXT ONLY ORDER **<br>ORDER granting 44 Motion for Extension of Time to Answer, Amazon.Com, Inc. answer due 1/14/2011; Costco Wholesale Corporation answer due 1/14/2011 and Target Corporation answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/20/2010. (vob) (Entered: 12/20/2010) |
| 12/20/2010 | 47 | ** TEXT ONLY ORDER **<br>ORDER granting 45 Motion for Extension of Time to Answer. Newegg Inc. answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/20/2010. (vob) (Entered: 12/20/2010) |
| 12/20/2010 | 48 | ** TEXT ONLY ORDER ** |

| | | |
|---|---|---|
| | | ORDER granting <u>43</u> Motion to Admit Richard S. Zembek Pro Hac Vice. Signed by Magistrate Judge Stephen L. Crocker on 12/20/2010. (vob) (Entered: 12/20/2010) |
| 12/20/2010 | <u>49</u> | Notice of Appearance filed by Joel Frederick Graham for Counter Claimant Mason Companies, Inc., Defendant Mason Companies, Inc. (Graham, Joel) (Entered: 12/20/2010) |
| 12/20/2010 | <u>50</u> | ANSWER to Amended Complaint and COUNTERCLAIM against Kelora Systems, LLC by Counter Claimant Mason Companies, Inc., Defendant Mason Companies, Inc (Heneghan, Thomas) Modified docket text on 12/21/2010 (jas). (Entered: 12/20/2010) |
| 12/20/2010 | <u>51</u> | Unopposed Motion for Extension of Time to File Answer *to First Amended Complaint* by Defendant Hewlett-Packard Development Company, L.P. Response due 12/27/2010. (Zembek, Richard) Modified on 12/21/2010 (vob). Modified on 12/21/2010 (vob). (Entered: 12/20/2010) |
| 12/21/2010 | 52 | ** TEXT ONLY ORDER ** <br> ORDER granting in part <u>51</u> Motion for Extension of Time to Answer. Answer due by 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/21/2010. (vob) (Entered: 12/21/2010) |
| 12/21/2010 | | Reset Deadlines: Hewlett-Packard Development Company, L.P. answer due 1/14/2011. (vob) (Entered: 12/21/2010) |
| 12/23/2010 | <u>53</u> | Motion to Admit David Joyal Pro Hac Vice by Defendant Circuitcity.Com Inc.. (Attachments: # <u>1</u> CMECF Registration Form - Joyal) (Peterson, James) (Entered: 12/23/2010) |
| 12/23/2010 | <u>54</u> | Declaration of David Joyal filed by Defendant Circuitcity.Com Inc. re: <u>53</u> Motion to Admit David Joyal Pro Hac Vice filed by Circuitcity.Com Inc. (Peterson, James) (Entered: 12/23/2010) |
| 12/23/2010 | <u>55</u> | Unopposed Motion for Extension of Time to File Answer to <u>10</u> AMENDED COMPLAINT, by Defendant Circuitcity.Com Inc. Response due 12/30/2010. (Peterson, James) Modified on 12/23/2010 (jas/t). Modified to correct event on 12/27/2010 (vob). Modified event relationship on 12/28/2010 (llj). (Entered: 12/23/2010) |
| 12/23/2010 | 56 | ** TEXT ONLY ORDER ** <br> ORDER granting <u>53</u> Motion to Admit David Joyal Pro Hac Vice. David Joyal for Circuitcity.Com Inc. admitted pro hac vice. Signed by Magistrate Judge Peter A. Oppeneer on 12/23/10. (rep) (Entered: 12/23/2010) |
| 12/23/2010 | <u>57</u> | STIPULATION of Dismissal by Kelora Systems, LLC as to Chelsea & Scott, Ltd. d/b/a One Step Ahead & Leaps And Bounds (Katz, Ronald) Modified docket text on 12/27/2010 (jas/c). Modified on 12/28/2010 (llj/t). (Entered: 12/23/2010) |
| 12/23/2010 | <u>58</u> | STIPULATION of Dismissal by Kelora Systems, LLC as to Buyonlinenow, Inc. (Katz, Ronald) Modified docket text on 12/27/2010 (jas/c). (Entered: 12/23/2010) |
| 12/27/2010 | 59 | ** TEXT ONLY ORDER ** <br> ORDER granting in part <u>55</u> Motion for Extension of Time to Answer. Answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/27/2010. (vob) (Entered: 12/27/2010) |
| 12/27/2010 | | Reset Answer Deadline: Circuitcity.Com Inc. Answer due 1/14/2011. (vob) (Entered: 12/27/2010) |
| 12/27/2010 | <u>60</u> | Unopposed Motion for Extension of Time *to Respond to Plaintiff's Complaint* by Defendant 1-800-Flowers.com, Inc. Response due 1/3/2011. (Attachments: # <u>1</u> Certificate of Service) (Wright, Joseph) Modified docket text on 12/28/2010 (jas/t). (Entered: 12/27/2010) |
| 12/27/2010 | <u>61</u> | Unopposed Motion for Extension of Time *to Respond to Plaintiff's Complaint* by Defendant Office Depot, Inc. Response due 1/3/2011. (Attachments: # <u>1</u> Certificate of Service) (Wright, Joseph) Modified docket text on 12/28/2010 (jas/t). (Entered: 12/27/2010) |

| 12/27/2010 | 62 | ** TEXT ONLY ORDER **<br>ORDER granting 60 Motion for Extension of Time to file answer. Answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/27/2010. (vob) (Entered: 12/27/2010) |
|---|---|---|
| 12/27/2010 | 63 | ** TEXT ONLY ORDER **<br>ORDER granting 61 Motion for Extension of Time. Answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/27/2010. (vob) (Entered: 12/27/2010) |
| 12/27/2010 | | Reset Answer Deadline: 1-800-Flowers.com, Inc. and Office Depot, Inc. answer due 1/14/2011. (vob) (Entered: 12/27/2010) |
| 12/28/2010 | 64 | ** TEXT ONLY ORDER **<br>ORDER granting 57 Stipulation of Dismissal re: Defendant Chelsea & Scott, Ltd., d/b/a One Step Ahead & Leaps and Bounds. Signed by Magistrate Judge Stephen L. Crocker on 12/28/2010. (vob) (Entered: 12/28/2010) |
| 12/28/2010 | 65 | ** TEXT ONLY ORDER **<br>ORDER granting 58 Stipulation of Dismissal re: Defendant BuyOnLineNow, Inc. Signed by Magistrate Judge Stephen L. Crocker on 12/28/2010. (vob) (Entered: 12/28/2010) |
| 12/29/2010 | 66 | Unopposed Motion for Extension of Time to File Answer re 10 Amended Complaint, by Defendant Eastbay, Inc. Response due 1/5/2011. (Kass, Lisa) Modified docket text on 12/30/2010 (jas/t). (Entered: 12/29/2010) |
| 12/30/2010 | 67 | ** TEXT ONLY ORDER **<br>ORDER granting 66 Motion for Extension of Time to Answer re 66 Unopposed Motion for Extension of Time to File Answer re 10 Amended Complaint, Eastbay, Inc. answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 12/29/2010. (vob) (Entered: 12/30/2010) |
| 01/03/2011 | 68 | Notice of Appearance filed by Niall A. MacLeod for Defendant Rockler Companies, Inc. (Attachments: # 1 Certificate of Service) (MacLeod, Niall) (Entered: 01/03/2011) |
| 01/03/2011 | 69 | Unopposed Motion for Extension of Time to File Answer re 10 Amended Complaint by Defendant OfficeMax Inc. Response due 1/10/2011. (Gregor, Jennifer) Added docket relationship and modified event type on 1/4/2011 (jas). (Entered: 01/03/2011) |
| 01/03/2011 | 70 | Unopposed Motion for Extension of Time to File Answer re 10 Amended Complaint, by Defendant National Business Furniture, LLC. Response due 1/10/2011. (Attachments: # 1 Text of Proposed Order) (Jahn Snyder, Martha) Modified on 1/4/2011 (jas/t). (Entered: 01/03/2011) |
| 01/03/2011 | 71 | Unopposed Motion for Extension of Time to File Answer re 10 Amended Complaint, by Defendant Shopko Stores Operating Co., LLC. Response due 1/10/2011. (Attachments: # 1 Text of Proposed Order) (Jahn Snyder, Martha) Modified on 1/4/2011 (jas/t). (Entered: 01/03/2011) |
| 01/04/2011 | 72 | ** TEXT ONLY ORDER **<br>ORDER granting 69 Motion for Extension of Time by Defendant OfficeMax Inc. Answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 1/4/2011. (vob) (Entered: 01/04/2011) |
| 01/04/2011 | 73 | ** TEXT ONLY ORDER **<br>ORDER granting 70 Motion for Extension of Time to Answer 10 Amended Complaint. National Business Furniture, LLC answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 1/4/2011. (vob) Modified text on 1/6/2011 (llj/c). (Entered: 01/04/2011) |
| 01/04/2011 | 74 | ** TEXT ONLY ORDER **<br>ORDER granting 71 Motion for Extension of Time to Answer re: 71 Motion for Extension of Time to File Answer re: 10 Amended Complaint, Shopko Stores Operating Co., LLC answer due 1/14/2011. Signed by Magistrate Judge Stephen L. Crocker on 1/4/2011. (vob) (Entered: |

| | | |
|---|---|---|
| | | Case4:11-cv-01548-CW   Document487-1   Filed06/06/12   Page51 of 91<br>01/04/2011) |
| 01/04/2011 | | Reset Deadlines: OfficeMax Inc. answer due 1/14/2011. (vob) (Entered: 01/04/2011) |
| 01/04/2011 | 75 | Motion for Extension of Time to Respond to 10 Amended Complaint by Defendant Rockler Companies, Inc. Response due 1/11/2011. (Attachments: # 1 Certificate of Service) (MacLeod, Niall) Modified on 1/5/2011 (jas/t). Modified document relationship and text on 1/6/2011 (llj). (Entered: 01/04/2011) |
| 01/04/2011 | 76 | **MOTION TO DISMISS** by Defendants Briggs & Stratton Corporation, PC Connection, Inc. Brief in Opposition due 1/25/2011. Brief in Reply due 2/4/2011. (Arntsen, Allen) Modified docket text on 1/5/2011 (jas/c). (Entered: 01/04/2011) |
| 01/06/2011 | 77 | Reply to Counterclaim by Plaintiff Kelora Systems, LLC. (Katz, Ronald) Modified docket text on 1/7/2011 (jas/c). (Entered: 01/06/2011) |
| 01/07/2011 | 78 | ** TEXT ONLY ORDER **<br>ORDER granting 75 Motion for Extension of Time. Response to amended complaint due 1/14/11. Signed by Magistrate Judge Stephen L. Crocker on 1/4/11. (rep) (Entered: 01/07/2011) |
| 01/12/2011 | 79 | Notice of Appearance filed by Shane Brunner for Counter Claimant Mason Companies, Inc., Defendant Mason Companies, Inc. (Brunner, Shane) (Entered: 01/12/2011) |
| 01/13/2011 | 80 | Notice of Appearance filed by Richard Stephen Zembek for Defendant Office Depot, Inc. (Zembek, Richard) (Entered: 01/13/2011) |
| 01/14/2011 | 81 | Motion to Admit Kimball R. Anderson Pro Hac Vice by Defendant Dell, Inc. (Attachments: # 1 Declaration of Kimball R. Anderson) (Anderson, Kimball) Modified on 1/18/2011 (jas/t). (Entered: 01/14/2011) |
| 01/14/2011 | 82 | Notice of Appearance filed by Daniel Leventhal for Defendants Amazon.Com, Inc., Costco Wholesale Corporation, Hewlett-Packard Development Company, L.P., Office Depot, Inc., Target Corporation (Leventhal, Daniel) (Entered: 01/14/2011) |
| 01/14/2011 | 83 | Notice of Appearance filed by Gilbert Greene for Defendants Amazon.Com, Inc., Costco Wholesale Corporation, Hewlett-Packard Development Company, L.P., Office Depot, Inc., Target Corporation (Greene, Gilbert) (Entered: 01/14/2011) |
| 01/14/2011 | 84 | ** TEXT ONLY ORDER **<br>ORDER granting 81 Motion to Admit Kimball Aderson Pro Hac Vice. Signed by Magistrate Judge Stephen L. Crocker on 1/14/2011. (voc) (Entered: 01/14/2011) |
| 01/14/2011 | 85 | Corporate Disclosure Statement by Defendant Newegg Inc. (Peterson, James) (Entered: 01/14/2011) |
| 01/14/2011 | 86 | Notice of Appearance filed by Dan D Davison for Defendants Amazon.Com, Inc., Costco Wholesale Corporation, Hewlett-Packard Development Company, L.P., Office Depot, Inc., Target Corporation (Davison, Dan) (Entered: 01/14/2011) |
| 01/14/2011 | 87 | **MOTION TO DISMISS** *For Failure to State A Claim* by Defendants 1-800-Flowers.com, Inc., Amazon.Com, Inc., Circuitcity.Com Inc., Costco Wholesale Corporation, Eastbay, Inc., Newegg Inc., Office Depot, Inc., OfficeMax Inc., Rockler Companies, Inc., Target Corporation. Brief in Opposition due 2/4/2011. Brief in Reply due 2/14/2011. (Attachments: # 1 Exhibit A - Defendants' Opposition to PartsRiver's Motion to Vacate, # 2 Exhibit B - Related Case Order) (Davison, Dan) Modified exhibit descriptions on 1/18/2011 (jas). (Entered: 01/14/2011) |
| 01/14/2011 | 88 | **MOTION TO DISMISS** *For Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim* by Defendant Hewlett-Packard Development Company, L.P. Brief in |

| | | Opposition due 2/4/2011. Brief in Reply due 2/14/2011. (Attachments: # 1 Exhibit A - Declaration of Bruce H. Watrous Jr - see docket entry 111 ) (Davison, Dan) Modified on 1/20/2011 (jas). (Entered: 01/14/2011) |
|---|---|---|
| 01/14/2011 | 89 | Corporate Disclosure Statement by Defendant Amazon.Com, Inc. (Zembek, Richard) (Entered: 01/14/2011) |
| 01/14/2011 | 90 | Corporate Disclosure Statement by Defendant Hewlett-Packard Development Company, L.P. (Zembek, Richard) (Entered: 01/14/2011) |
| 01/14/2011 | 91 | Corporate Disclosure Statement by Defendant Office Depot, Inc. (Zembek, Richard) (Entered: 01/14/2011) |
| 01/14/2011 | 92 | Corporate Disclosure Statement by Defendant Target Corporation (Zembek, Richard) (Entered: 01/14/2011) |
| 01/14/2011 | 93 | Notice of Appearance filed by Catherine E Hart for Defendant 1-800-Flowers.com, Inc. (Hart, Catherine) (Entered: 01/14/2011) |
| 01/14/2011 | 94 | Notice of Appearance filed by Vaibhav P. Kadaba for Defendant 1-800-Flowers.com, Inc. (Kadaba, Vaibhav) (Entered: 01/14/2011) |
| 01/14/2011 | 95 | Corporate Disclosure Statement by Defendant Rockler Companies, Inc. (Attachments: # 1 Certificate of Service) (Myers, Aaron) (Entered: 01/14/2011) |
| 01/14/2011 | 96 | Corporate Disclosure Statement by Defendant Circuitcity.Com Inc. (Peterson, James) (Entered: 01/14/2011) |
| 01/14/2011 | 97 | Motion for Leave to Present Matters Outside the Pleadings by Defendant Dell, Inc. Response due 1/21/2011. (Anderson, Kimball) Modified docket and motion text on 1/18/2011 (jas/c). (Entered: 01/14/2011) |
| 01/14/2011 | 98 | **MOTION TO DISMISS *Complaint, or,* Motion to Transfer to Northern District of California** by Defendant Dell, Inc. Brief in Opposition due 2/4/2011. Brief in Reply due 2/14/2011. (Anderson, Kimball) Modified on 1/18/2011 (jas/t). (Entered: 01/14/2011) |
| 01/14/2011 | 99 | Brief in Support by Defendant Dell, Inc. re: 98 MOTION TO DISMISS *Complaint, or* Motion to Transfer to Northern District of California filed by Dell, Inc. (Anderson, Kimball) Modified on 1/18/2011 (jas/t). (Entered: 01/14/2011) |
| 01/14/2011 | 100 | **MOTION TO DISMISS *and in the Alternative Motion for a More Definite Statement*** by Defendants National Business Furniture, LLC, Shopko Stores Operating Co., LLC. Brief in Opposition due 2/4/2011. Brief in Reply due 2/14/2011. (Jahn Snyder, Martha) (Entered: 01/14/2011) |
| 01/14/2011 | 101 | Brief in Support by Defendants National Business Furniture, LLC, Shopko Stores Operating Co., LLC re: 100 MOTION TO DISMISS *and in the Alternative Motion for a More Definite Statement* (Jahn Snyder, Martha) Modified docket text on 1/18/2011 (jas/p). (Entered: 01/14/2011) |
| 01/14/2011 | 102 | Motion to Transfer to Northern District of California by Defendants National Business Furniture, LLC, Shopko Stores Operating Co., LLC. Brief in Opposition due 2/4/2011. Brief in Reply due 2/14/2011. (Jahn Snyder, Martha) (Entered: 01/14/2011) |
| 01/14/2011 | 103 | Declaration of Howard I. Shin filed by Defendant Dell, Inc. re: 98 MOTION TO DISMISS *Complaint, or* Motion to Transfer to Northern District of California filed by Dell, Inc. (Attachments: # 1 Exhibit 1- Record for KELORA.COM domain name registration, # 2 Exhibit 2- Assignment records from the U.S. Patent and Trademark Office, # 3 Exhibit 3- About Us page of the PartsRiver website, # 4 Exhibit 4- October 3, 2007 Complaint filed by PartsRiver, # 5 Exhibit 5- February 14, 2000 article by Sherif Danish in EE-Times, # 6 Exhibit 6- List of |

| Date | # | Description |
|---|---|---|
| | | Charter Members of TechWadi 100, # 7 Exhibit 7- August 21, 2009 Summary Judgment Order in PartsRiver v. Shopzilla, # 8 Exhibit 8- November 3, 2010 Order Dismissing PartsRiver's Appeal, # 9 Exhibit 9- Amendment in Ex Parte Reexamination of U.S. Patent No. 6,275,821, # 10 Exhibit 10- Briefing Schedule for PartsRiver's Motion to Vacate, # 11 Exhibit 11- January 6, 2011 Order Reassigning Actions to Judge Wilken) (Anderson, Kimball) Modified docket text and exhibit descriptions on 1/18/2011 (jas/t). (Entered: 01/14/2011) |
| 01/14/2011 | 104 | Declaration of Anthony Peterman filed by Defendant Dell, Inc. re: 98 MOTION TO DISMISS *Complaint, or* Motion to Transfer to Northern District of California filed by Dell, Inc. (Anderson, Kimball) Modified on 1/18/2011 (jas/t). (Entered: 01/14/2011) |
| 01/17/2011 | 105 | Notice of *Joinder in Motion to Transfer* by Defendants Circuitcity.Com Inc., OfficeMax Inc. re 98 MOTION TO DISMISS *Complaint, or* Motion to Transfer to Northern District of California. (Gregor, Jennifer) Modified docket text on 1/18/2011 (jas/c/t). (Entered: 01/17/2011) |
| 01/17/2011 | 106 | Motion to Admit Michael A. Nicodema and Barry J. Schindler Pro Hac Vice by Defendant Circuitcity.Com Inc. (Attachments: # 1 Signed CM/ECF Registration Form of Michael A. Nicodema, # 2 Signed CM/ECF Registration Form of Barry J. Schindler) (Peterson, James) Modified on 1/18/2011 (jas/t). (Entered: 01/17/2011) |
| 01/17/2011 | 107 | Declaration of Michael A. Nicodema filed by Defendant Circuitcity.Com Inc. re: 106 Motion to Admit Michael A. Nicodema and Barry J. Schindler Pro Hac Vice. (Peterson, James) Modified docket text on 1/18/2011 (jas/p). (Entered: 01/17/2011) |
| 01/17/2011 | 108 | Declaration of Barry J. Schindler filed by Defendant Circuitcity.Com Inc. re: 106 Motion to Admit Michael A. Nicodema and Barry J. Schindler Pro Hac Vice. (Peterson, James) Modified docket text on 1/18/2011 (jas/p). (Entered: 01/17/2011) |
| 01/18/2011 | | Case reassigned to District Judge Barbara B. Crabb and Magistrate Judge Stephen L. Crocker. (lak) (Entered: 01/18/2011) |
| 01/19/2011 | 109 | ** TEXT ONLY ORDER ** ORDER granting 106 Motion to Admit Michael A. Nicodema and Barry Schindler Pro Hac Vice. Michael Nicodema and Barry Schindler for Circuitcity.Com Inc. admitted pro hac vice. Signed by Magistrate Judge Stephen L. Crocker on 1/18/2011. (voc) (Entered: 01/19/2011) |
| 01/19/2011 | 110 | Notice of Joinder by Counter Claimant Mason Companies, Inc., Defendant Mason Companies, Inc. re 87 MOTION TO DISMISS *For Failure to State A Claim and re 98 MOTION TO DISMISS Complaint, or, Motion to Transfer to Northern District of California. (Brunner, Shane) Added docket relationship and modified docket text on 1/20/2011 (jas). (Entered: 01/19/2011)* |
| 01/19/2011 | 111 | Declaration of Bruce H. Watrous, Jr. filed by Defendant Hewlett-Packard Development Company, L.P. re: 88 MOTION TO DISMISS *For Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim* filed by Hewlett-Packard Development Company, L.P. (Davison, Dan) (Entered: 01/19/2011) |
| 01/20/2011 | 112 | Corporate Disclosure Statement by Defendant Costco Wholesale Corporation (Zembek, Richard) (Entered: 01/20/2011) |
| 01/20/2011 | 113 | Notice of Joinder by Counter Claimant Mason Companies, Inc., Defendant Mason Companies, Inc. re 98 MOTION TO DISMISS *Complaint, or* Motion to Transfer to Northern District of California, 99 Brief in Support (Brunner, Shane) Modified docket text on 1/21/2011 (jas/c). (Entered: 01/20/2011) |
| 01/20/2011 | 114 | Motion to Admit Kent E. Baldauf, Jr. Pro Hac Vice by Defendant Newegg Inc. Motions referred to Magistrate Judge Stephen L. Crocker. (Attachments: # 1 CM/ECF Registration Form for Kent Baldauf Jr.) (Gregor, Jennifer) Modified on 1/21/2011 (jas/t). (Entered: |

01/20/2011)

| 01/20/2011 | 115 | Declaration of Kent E. Baldauf, Jr. filed by Defendant Newegg Inc. re: 114 Motion to Admit Kent E. Baldauf, Jr. Pro Hac Vice (Gregor, Jennifer) Modified docket text on 1/21/2011 (jas/p). (Entered: 01/20/2011) |
| --- | --- | --- |
| 01/21/2011 | 116 | Corporate Disclosure Statement by Defendant 1-800-Flowers.com, Inc. (Attachments: # 1 Certificate of Service) (Wright, Joseph) (Entered: 01/21/2011) |
| 01/21/2011 | 117 | Brief in Opposition by Plaintiff Kelora Systems, LLC re: 97 Motion for Leave to Present Matters Outside the Pleadings filed by Dell, Inc. (Katz, Ronald) (Entered: 01/21/2011) |
| 01/21/2011 | 118 | Declaration of Shawn G. Hansen re: 97 Motion for Leave to Present Matters Outside the Pleadings filed by Dell, Inc. (Attachments: # 1 Exhibit A - ND of CA Docket for 4-09-cv-811 as of 1-21-11, # 2 Exhibit B - Request for Reexam filed 10-28-08, # 3 Exhibit B part 2 - Request for Reexam filed 10-28-08, # 4 Exhibit C - Office Action in Ex Parte Reexam dated 5-1-09, # 5 Exhibit D - Order Transferring ND of CA case, # 6 Exhibit E - Mtn for Summary Judgment in ND of CA case, # 7 Exhibit F - Examiner's Answer, dated 3-29-10, # 8 Exhibit G - NIRC, # 9 Exhibit H - Reexamination Cert for pat6275821, # 10 Exhibit I - After-Final Amendment dated 8-4-09, # 11 Exhibit J - Appeal Brief dated 11-18-09, # 12 Exhibit K - Response to Office Action dated 6-5-09, # 13 Exhibit L - Final Office Action dated 6-18-09, # 14 Exhibit M - Defs Exhibit E from MSJ before J Wilken) (Hansen, Shawn) Modified docket relationship and docket text on 1/24/2011 (jas/c). (Entered: 01/21/2011) |
| 01/24/2011 | | Set Telephone Pretrial Conference: Telephone Pretrial Conference set for 3/3/2011 at 09:30 AM before Magistrate Judge Stephen L. Crocker. Counsel for Plaintiff responsible for setting up the call to chambers at (608) 264-5153. [Standing Order Governing Preliminary Pretrial Conference attached] (voc) (Entered: 01/24/2011) |
| 01/24/2011 | 119 | ** TEXT ONLY ORDER ** ORDER granting 114 Motion to Admit Kent E. Baldauf Pro Hac Vice. Kent E. Baldauf for Newegg Inc. admitted pro hac vice. Signed by Magistrate Judge Stephen L. Crocker on 1/24/2011. (voc) (Entered: 01/24/2011) |
| 01/25/2011 | 120 | Brief in Opposition by Plaintiff Kelora Systems, LLC re: 76 MOTION TO DISMISS *For Failure to State A Claim Upon Which Relief Can be Granted Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Briggs & Stratton Corporation, PC Connection, Inc. (Becker, Robert) (Entered: 01/25/2011) |
| 01/27/2011 | | ***Law Clerk: JMM flag added. (jmm) (Entered: 01/27/2011) |
| 01/27/2011 | 121 | Corrected Declaration of Bruce H. Watrous, Jr. filed by Defendant Hewlett-Packard Development Company, L.P. *Replaces Original Version (Dkt. 111) to Correct Typographical Error* re: 88 MOTION TO DISMISS *For Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim* filed by Hewlett-Packard Development Company, L.P. (Attachments: # 1 Cover Letter) (Greene, Gilbert) (Entered: 01/27/2011) |
| 01/28/2011 | 122 | Motion for Leave to File *Reply in Support of Dell Inc.'s Motion for Leave* by Defendant Dell, Inc. (Attachments: # 1 Reply of Defendant Dell Inc. in Support of Motion for Leave) (Anderson, Kimball) Modified on 1/31/2011 (jas/t). (Entered: 01/28/2011) |
| 02/04/2011 | 123 | Brief in Reply in Support re: 76 MOTION TO DISMISS *For Failure to State A Claim Upon Which Relief Can be Granted Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Briggs & Stratton Corporation, PC Connection, Inc. (Attachments: # 1 Exhibit A - Interval Licensing, No. C10-1385, slip op. at 2 (W.D. Wash. December 10, 2010)) (Moore, Aaron) Added exhibit description on 2/7/2011 (jas). (Entered: 02/04/2011) |
| 02/04/2011 | 124 | Motion to Admit Daniel H. Brean Pro Hac Vice by Defendant Newegg Inc. Motions referred to Magistrate Judge Stephen L. Crocker. (Gregor, Jennifer) Modified on 2/7/2011 (jas/t). |

Case4:11-cv-01548-CW   Document487-1   Filed06/06/12   Page55 of 91
(Entered: 02/04/2011)

| 02/04/2011 | 125 | Declaration of Daniel H. Brean filed by Defendant Newegg Inc. re: 124 Motion to Admit Daniel H. Brean Pro Hac Vice filed by Newegg Inc. (Gregor, Jennifer) (Entered: 02/04/2011) |
|---|---|---|
| 02/04/2011 | 126 | Notice of Withdrawal of Counsel by Shane Brunner re: Counter Claimant Mason Companies, Inc., Defendant Mason Companies, Inc. *regarding withdrawal of Thomas P. Heneghan* (Brunner, Shane) (Entered: 02/04/2011) |
| 02/04/2011 | 127 | Brief in Opposition by Plaintiff Kelora Systems, LLC re: 102 Motion to Transfer to Northern District of California, 100 MOTION TO DISMISS *and in the Alternative Motion for a More Definite Statement*, 87 MOTION TO DISMISS *For Failure to State A Claim*, 98 MOTION TO DISMISS *Complaint, or* Motion to Transfer to Northern District of California. (Becker, Robert) Modified docket text on 2/7/2011 (jas/p). (Entered: 02/04/2011) |
| 02/04/2011 | 128 | Declaration of Shawn G. Hansen filed by Plaintiff Kelora Systems, LLC re: 100 MOTION TO DISMISS *and in the Alternative Motion for a More Definite Statement*, 102 Motion to Transfer to Northern District of California, 87 MOTION TO DISMISS *For Failure to State A Claim*, 98 MOTION TO DISMISS *Complaint, or* Motion to Transfer to Northern District of California. (Attachments: # 1 Exhibit A - Federal Judicial Caseload Statistics, # 2 Exhibit B - Joint Stipulation and [Proposed] Order Relating Cases, # 3 Exhibit C - Joint Stipulation and [Proposed] Order to Continue the Case Management Conference, # 4 Exhibit D - Case Management Scheduling Order for Reassigned Civil Case 4:10-cv-04947, # 5 Exhibit E - Case Management Scheduling Order for Reassigned Civil Case 4:10-cv-05106, # 6 Exhibit F - Case Management Scheduling Order for Reassigned Civil Case 4:10-cv-05108) (Becker, Robert) Modified docket text on 2/7/2011 (jas/p). (Entered: 02/04/2011) |
| 02/04/2011 | 129 | Declaration of Sherif Danish filed by Plaintiff Kelora Systems, LLC re: 102 Motion to Transfer to Northern District of California, 87 MOTION TO DISMISS *For Failure to State A Claim*, 98 MOTION TO DISMISS *Complaint, or* Motion to Transfer to Northern District of California, 100 MOTION TO DISMISS *and in the Alternative Motion for a More Definite Statement*. (Becker, Robert) Modified docket text on 2/7/2011 (jas/p). (Entered: 02/04/2011) |
| 02/04/2011 | 130 | Brief in Opposition by Plaintiff Kelora Systems, LLC re: 88 MOTION TO DISMISS *For Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim* filed by Hewlett-Packard Development Company, L.P. (Becker, Robert) (Entered: 02/04/2011) |
| 02/07/2011 | 131 | ** TEXT ONLY ORDER ** ORDER granting 124 Motion to Admit Daniel H. Brean Pro Hac Vice. Daniel H. Brean for Newegg Inc. admitted pro hac vice. Signed by Magistrate Judge Stephen L. Crocker on 2/7/2011. (voc) (Entered: 02/07/2011) |
| 02/11/2011 | 132 | **MOTION TO TRANSFER to Northern District of California** *Pursuant to 28 U.S.C. 1404* by Defendants Amazon.Com, Inc., Briggs & Stratton Corporation, Costco Wholesale Corporation, Newegg Inc., Office Depot, Inc., PC Connection, Inc., Rockler Companies, Inc., Target Corporation. Brief in Opposition due 3/4/2011. Brief in Reply due 3/14/2011. (Attachments: # 1 Exhibit 1 - Kris Kimbrough LinkedIn, # 2 Exhibit 2 - Utility Application Submission, # 3 Exhibit 3 - Richardson USPTO Registration, # 4 Exhibit 4 - 821 Office Action, # 5 Exhibit 5 - Isbeter USPTO Regristration, # 6 Exhibit 6 - Original Texas Complaint, # 7 Exhibit 7 - PartsRiver Supplemental Disclosures) (Davison, Dan) (Entered: 02/11/2011) |
| 02/11/2011 | 133 | Notice by Defendant Hewlett-Packard Development Company, L.P. re 132 MOTION TO TRANSFER to Northern District of California *Pursuant to 28 U.S.C. 1404*. (Attachments: # 1 Exhibit A - Email between R. Baker and B. Greene) (Davison, Dan) (Entered: 02/11/2011) |
| 02/14/2011 | 134 | Brief in Reply in Support re: 98 MOTION TO DISMISS *Complaint, or* Motion to Transfer to Northern District of California filed by Dell, Inc. (Anderson, Kimball) (Entered: 02/14/2011) |
| 02/14/2011 | 135 | Brief in Reply in Support re: 87 MOTION TO DISMISS *For Failure to State A Claim* filed by |

|  |  | 1-800-Flowers.com, Inc., Eastbay, Inc., Rockler Companies, Inc., Circuitcity.Com Inc., OfficeMax Inc., Target Corporation, Newegg Inc., Office Depot, Inc., Costco Wholesale Corporation, Amazon.Com, Inc. (Davison, Dan) (Entered: 02/14/2011) |
| 02/14/2011 | 136 | Brief in Reply in Support re: 88 MOTION TO DISMISS *For Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim* filed by Hewlett-Packard Development Company, L.P. (Davison, Dan) (Entered: 02/14/2011) |
| 02/14/2011 | 137 | Brief in Reply in Support re: 100 MOTION TO DISMISS *and in the Alternative Motion for a More Definite Statement* filed by National Business Furniture, LLC, Shopko Stores Operating Co., LLC (Jahn Snyder, Martha) (Entered: 02/14/2011) |
| 02/14/2011 | 138 | Brief in Reply in Support re: 102 Motion to Transfer to Northern District of California filed by National Business Furniture, LLC, Shopko Stores Operating Co., LLC (Jahn Snyder, Martha) (Entered: 02/14/2011) |
| 02/15/2011 | 139 | Notice of Joinder by Defendant Mason Companies, Inc., Counter Claimant Mason Companies, Inc. re: 87 Motion to dismiss for failure to state a claim and 98 Motion to dismiss complaint, or motion to transfer (Brunner, Shane) Modified docket text on 2/16/2011 (jas/c). Modified document relationship on 2/16/2011 (voc). (Entered: 02/15/2011) |
| 02/15/2011 | 140 | STIPULATION of Dismissal by Plaintiff Kelora Systems, LLC (Becker, Robert) Modified docket text on 2/16/2011 (jas/c). (Entered: 02/15/2011) |
| 02/16/2011 | 141 | ** TEXT ONLY ORDER ** ORDER granting 140 Stipulation of Dismissal re: Defendant Eastbay. Signed by District Judge Barbara B. Crabb on 2/16/2011. (voc) (Entered: 02/16/2011) |
| 02/17/2011 | 142 | Notice of Joinder by Defendant 1-800-Flowers.com, Inc. *Regarding Motion to Transfer*. (Attachments: # 1 Certificate of Service) (Wright, Joseph). Modified event and relationship on 3/15/2011 (voc). (Entered: 02/17/2011) |
| 02/28/2011 | 143 | Corporate Disclosure Statement by Plaintiff Kelora Systems, LLC (Becker, Robert) (Entered: 02/28/2011) |
| 02/28/2011 | 144 | Joint Preliminary Pretrial Conference Report by Plaintiff Kelora Systems, LLC (Becker, Robert) (Entered: 02/28/2011) |
| 03/01/2011 | 145 | Motion to Admit Howard I. Shin Pro Hac Vice by Defendant Dell, Inc. Motions referred to Magistrate Judge Stephen L. Crocker. (Attachments: # 1 Exhibit A- Declaration of Howard I. Shin - See also docket entry 146 ) (Shin, Howard) Modified on 3/2/2011 (jas). (Entered: 03/01/2011) |
| 03/02/2011 | 146 | Declaration of Howard I. Shin filed by Defendant Dell, Inc. re: 145 Motion to Admit Howard I. Shin Pro Hac Vice (Shin, Howard) (Entered: 03/02/2011) |
| 03/02/2011 | 147 | ** TEXT ONLY ORDER ** ORDER granting 145 Motion to Admit Howard I. Shin Pro Hac Vice. Signed by Magistrate Judge Stephen L. Crocker on 3/1/2011. (voc) (Entered: 03/02/2011) |
| 03/03/2011 | 148 | Corporate Disclosure Statement by Defendant Briggs & Stratton Corporation (Moore, Aaron) (Entered: 03/03/2011) |
| 03/03/2011 | 149 | Corporate Disclosure Statement by Defendant PC Connection, Inc. (Moore, Aaron) (Entered: 03/03/2011) |
| 03/03/2011 | 150 | Corporate Disclosure Statement by Defendant Newegg Inc. (Brean, Daniel) (Entered: 03/03/2011) |
| 03/03/2011 |  | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Telephone Preliminary Pretrial Conference held on 3/3/2011 [:17] (cak) (Entered: 03/03/2011) |

| | | |
|---|---|---|
| 03/04/2011 | 151 | Brief in Opposition by Plaintiff Kelora Systems, LLC re: 132 MOTION TO TRANSFER to Northern District of California *Pursuant to 28 U.S.C. 1404* filed by Rockler Companies, Inc., PC Connection, Inc., Target Corporation, Newegg Inc., Office Depot, Inc., Costco Wholesale Corporation, Amazon.Com, Inc., Briggs & Stratton Corporation (Becker, Robert) (Entered: 03/04/2011) |
| 03/07/2011 | 152 | Pretrial Conference Order - Amendments to Pleadings due 5/13/2011. Motions Requesting Claims Construction due 7/29/2011. Claims Construction Response Brief due 8/19/2011. Claims Construction Hearing set for 9/2/2012 at 09:00 AM. Dispositive Motions due 2/17/2012. Settlement Letters due 7/13/2012. Motions in Limine due 7/20/2012. Response to Motion due 8/3/2012. Final Pretrial Conference set for 8/9/2012 at 04:00 PM. Jury Selection and Trial set for 8/20/2012 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 3/7/2011. (voc) (Entered: 03/07/2011) |
| 03/14/2011 | 153 | Brief in Reply by Defendants Amazon.Com, Inc., Costco Wholesale Corporation, Newegg Inc., Office Depot, Inc., Rockler Companies, Inc., Target Corporation in Support of 132 Motion to Transfer,, (Attachments: # 1 Exhibit 8 - PartsRiver_Joint Case Management Statement) (Davison, Dan) (Entered: 03/14/2011) |
| 03/22/2011 | 154 | Motion for Protective Order by Defendant Mason Companies, Inc.. (Brunner, Shane) (Entered: 03/22/2011) |
| 03/22/2011 | 155 | Brief in Support of 154 Motion for Protective Order by Defendant Mason Companies, Inc. (Attachments: # 1 Exhibit A Plaintiff's Notice of 30(b)(6) Deposition, # 2 Exhibit B Mason's Response and Objections to 30(b)(6) Notice of Deposition, # 3 Exhibit C Emails 3/4/11 - 3/21/11, # 4 Certificate of Service) (Brunner, Shane) Modified on 3/23/2011 (jas). (Entered: 03/22/2011) |
| 03/23/2011 | | Set Deadlines as to 154 Motion for Protective Order. Brief in Opposition due 3/30/2011. Telephone Motion Hearing set for 4/6/2011 at 01:15 PM before Magistrate Judge Stephen L. Crocker. Counsel for Defendant Mason Companies, Inc. responsible for setting up the call to chambers at (608) 264-5153. (voc/ck/pao) (Entered: 03/23/2011) |
| 03/23/2011 | 156 | Motion to Compel *Rule 30(b)(6) Deposition of Defendant Mason Companies, Inc.* by Plaintiff Kelora Systems, LLC. Motions referred to Magistrate Judge Stephen L. Crocker. Response due 3/30/2011. (Becker, Robert) (Entered: 03/23/2011) |
| 03/23/2011 | 157 | Declaration of Eugene L. Hahm filed by Plaintiff Kelora Systems, LLC re: 156 Motion to Compel *Rule 30(b)(6) Deposition of Defendant Mason Companies, Inc.* (Attachments: # 1 Exhibit A - Kelora's First Notice of Deposition of Defendant Mason Companies, # 2 Exhibit B - March 4, 2011 Letter to S. Brunner from R. Katz regarding the Notice of Deposition, # 3 Exhibit C - Email string from March 4, 2011 to March 21, 2011 between S. Brunner and R. Katz, # 4 Exhibit D - Defendant Mason's Responses and Objections to Kelora's Notice of Deposition, # 5 Exhibit E - Email dated March 22, 2011 from E. Hahm to S. Brunner) (Becker, Robert) (Entered: 03/23/2011) |
| 03/24/2011 | 158 | ORDER denying as moot 88 Motion to Dismiss; granting 98 Motion to Transfer; granting 102 Motion to Transfer; granting 132 Motion to Transfer. Case transferred to N.D. of California. Signed by District Judge Barbara B. Crabb on 3/23/2011. (llj) (Entered: 03/24/2011) |
| 03/30/2011 | 159 | Case transferred in from District of Wisconsin Western; Case Number 3:10-cv-00683. Original file certified copy of transfer order and docket sheet received. (Entered: 04/01/2011) |
| 03/30/2011 | 160 | ADR SCHEDULING ORDER: Case Management Statement due by 6/21/2011. Case Management Conference set for 6/28/2011 01:30 PM in Courtroom 2, 5th Floor, San Jose. (bw, COURT STAFF) (Filed on 3/30/2011) (Additional attachment(s) added on 4/4/2011: # 1 Judge Howard R. Lloyd Standing Order re Initial Case Management and Discovery Disputes, # 2 San Jose Division Judges Standing Orders, # 3 Standing Orders for Judges of the Northern District of California) (bw, COURT STAFF) (Entered: 04/01/2011) |

| 03/30/2011 | | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 3/30/2011) (Entered: 04/01/2011) |
|---|---|---|
| 04/04/2011 | 161 | ORDER TO RESPOND TO INTENT TO RELATE CASE. Signed by Judge Claudia Wilken on 4/4/2011. (cwlc2, COURT STAFF) (Filed on 4/4/2011) (Entered: 04/04/2011) |
| 04/05/2011 | 162 | ORDER TO RESPOND TO INTENT TO RELATE CASES. Signed by Judge Claudia Wilken on 4/5/2011. (ndr, COURT STAFF) (Filed on 4/5/2011) <br><br>**\*\*\* DISREGARD, THIS IS A DUPLICATE FILING. SEE ORIGINAL ORDER, DOCKET NO. 161 \*\*\***<br><br>(Entered: 04/05/2011) |
| 04/05/2011 | 163 | ORDER OF RECUSAL. Signed by Magistrate Judge Howard R. Lloyd on 4/5/2011. (hrllc2, COURT STAFF) (Filed on 4/5/2011) (Entered: 04/05/2011) |
| 04/05/2011 | 164 | NOTICE of Appearance by Clinton Judd McCord on behalf of Defendant OfficeMax, Inc. (McCord, Clinton) (Filed on 4/5/2011) Modified on 4/5/2011 (bw, COURT STAFF). (Entered: 04/05/2011) |
| 04/05/2011 | 165 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Donna M. Ryu for all further proceedings. Magistrate Judge Howard R. Lloyd no longer assigned to the case.Signed by The Executive Committee on 4/5/2011. (tsh, COURT STAFF) (Filed on 4/5/2011) (Entered: 04/05/2011) |
| 04/05/2011 | 166 | Response re 161 Order *to Respond to Intent to Relate Cases* byKelora Systems, LLC. (Becker, Robert) (Filed on 4/5/2011) (Entered: 04/05/2011) |
| 04/11/2011 | 174 | MOTION for leave to appear in Pro Hac Vice as to Dan D. Davison ( Filing fee $ 275, receipt number 34611058521.) filed by Amazon.com, Inc., Costco Wholesale Corporation, Hewlett-Packard Development Company, L.P., Office Depot, Inc., Target Corporation. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 4/11/2011) (Entered: 04/15/2011) |
| 04/11/2011 | 175 | MOTION for leave to appear in Pro Hac Vice as to Gilbert A. Greene ( Filing fee $ 275, receipt number 34611058521.) filed by Amazon.com, Inc., Costco Wholesale Corporation, Hewlett-Packard Development Company, L.P., Office Depot, Inc., Target Corporation. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 4/11/2011) (Entered: 04/15/2011) |
| 04/11/2011 | 176 | MOTION for leave to appear in Pro Hac Vice as to Daniel S. Leventhal ( Filing fee $ 275, receipt number 34611058521.) filed by Amazon.com, Inc., Costco Wholesale Corporation, Hewlett-Packard Development Company, L.P., Office Depot, Inc., Target Corporation. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 4/11/2011) (Entered: 04/15/2011) |
| 04/11/2011 | 177 | MOTION for leave to appear in Pro Hac Vice as to Richard S. Zembek ( Filing fee $ 275, receipt number 34611058521.) filed by Amazon.com, Inc., Costco Wholesale Corporation, Hewlett-Packard Development Company, L.P., Office Depot, Inc., Target Corporation. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 4/11/2011) (Entered: 04/15/2011) |
| 04/12/2011 | 167 | MOTION to Withdraw as Attorney *Robert A. Mich, Jr. as Local Counsel* filed by Rockler Companies, Inc.. (Mich, Robert) (Filed on 4/12/2011) (Entered: 04/12/2011) |
| 04/12/2011 | 168 | NOTICE of Appearance by John Anthony O'Malley *for Defendants Target Cororation, Amazon.com, Inc., Office Depot, Inc., Costco Wholesale Corporation, and Hewlett-Packard Development Company, L.P.* (O'Malley, John) (Filed on 4/12/2011) (Entered: 04/12/2011) |
| 04/12/2011 | 169 | NOTICE of Appearance by Aaron Damion Gopen *for Defendants Target Corporation,* |

| | | |
|---|---|---|
| | | *Amazon.com, Inc., Office Depot, Inc., Costco Wholesale Corporation, and Hewlett-Packard Development Company, L.P.* (Gopen, Aaron) (Filed on 4/12/2011) (Entered: 04/12/2011) |
| 04/12/2011 | 171 | MOTION for leave to appear in Pro Hac Vice as to John S. Letchinger( Filing fee $ 275, receipt number 54611009475.) filed by OfficeMax Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/15/2011) |
| 04/12/2011 | 172 | MOTION for leave to appear in Pro Hac Vice as to Douglas S. Rupert ( Filing fee $ 275, receipt number 54611009475.) filed by OfficeMax Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/15/2011) |
| 04/12/2011 | 173 | MOTION for leave to appear in Pro Hac Vice as to Edward Timothy Walker ( Filing fee $ 275, receipt number 54611009475.) filed by OfficeMax Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/15/2011) |
| 04/14/2011 | 170 | ORDER RELATING CASE with member case C-10-4947-CW. Case reassigned to Judge Hon. Claudia Wilken for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Case Management Conference set for 8/9/2011 02:00 PM in Courtroom 2, 4th Floor, Oakland.. Signed by Judge Claudia Wilken on 4/14/2011. (cp, COURT STAFF) (Filed on 4/14/2011) (Entered: 04/14/2011) |
| 04/15/2011 | 178 | CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE: Signed by Judge Claudia Wilken on 4/15/2011. (ndr, COURT STAFF) (Filed on 4/15/2011) (Entered: 04/15/2011) |
| 04/18/2011 | 179 | MOTION to Withdraw as Attorney *Catherine Cetrangolo* filed by Kelora Systems, LLC. (Attachments: # 1 Proposed Order)(Katz, Ronald) (Filed on 4/18/2011) (Entered: 04/18/2011) |
| 04/18/2011 | 180 | ORDER by Judge Claudia Wilken granting 174 Motion for Pro Hac Vice as to Dan D. Davison (cp, COURT STAFF) (Filed on 4/18/2011) (Entered: 04/20/2011) |
| 04/18/2011 | 181 | ORDER by Judge Claudia Wilken granting 175 Motion for Pro Hac Vice as to Gilbert A. Greene (cp, COURT STAFF) (Filed on 4/18/2011) (Entered: 04/20/2011) |
| 04/18/2011 | 182 | ORDER by Judge Claudia Wilken granting 176 Motion for Pro Hac Vice as to Daniel S. Leventhal (cp, COURT STAFF) (Filed on 4/18/2011) (Entered: 04/20/2011) |
| 04/18/2011 | 185 | ORDER by Judge Claudia Wilken granting 173 Motion for Pro Hac Vice as to Edward Timothy Walker (cp, COURT STAFF) (Filed on 4/18/2011) (Entered: 04/20/2011) |
| 04/19/2011 | 183 | ORDER by Judge Claudia Wilken granting 172 Motion for Pro Hac Vice as to Douglas S. Rupert (cp, COURT STAFF) (Filed on 4/19/2011) (Entered: 04/20/2011) |
| 04/19/2011 | 184 | ORDER by Judge Claudia Wilken granting 171 Motion for Pro Hac Vice as to John S. Letchinger (cp, COURT STAFF) (Filed on 4/19/2011) (Entered: 04/20/2011) |
| 04/19/2011 | 186 | ORDER by Judge Claudia Wilken granting 177 Motion for Pro Hac Vice as to Richard S. Zembek (cp, COURT STAFF) (Filed on 4/19/2011) (Entered: 04/20/2011) |
| 04/20/2011 | 187 | CERTIFICATE OF SERVICE by Kelora Systems, LLC re 178 Case Management Scheduling Order (Becker, Robert) (Filed on 4/20/2011) (Entered: 04/20/2011) |
| 04/20/2011 | 188 | NOTICE of Appearance by David S. Bloch *For Defendant Dell Inc.* (Bloch, David) (Filed on 4/20/2011) (Entered: 04/20/2011) |
| 04/28/2011 | 189 | MOTION to Withdraw as Attorney *Godfrey & Kahn, S.C.'s Motion to Withdraw as Counsel for Officemax, CircuitCity.com and Newegg* filed by Circuitcity.Com Inc., Newegg Inc., OfficeMax Inc.. (Attachments: # 1 Proposed Order)(Gregor, Jennifer) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 190 | NOTICE of Appearance by Gina Ann Bibby (Bibby, Gina) (Filed on 4/28/2011) (Entered: |

| 04/28/2011 | | 04/28/2011) |
|---|---|---|
| 04/28/2011 | [191] | AMENDED DOCUMENT by Briggs & Stratton Corporation, PC Connection, Inc.. Amendment to [190] Notice of Appearance. (Bibby, Gina) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/29/2011 | [192] | *Renewed* MOTION to Dismiss *Complaint* filed by Dell, Inc.. Motion Hearing set for 6/9/2011 02:00 PM in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. (Bloch, David) (Filed on 4/29/2011) Modified on 5/2/2011 (cp, COURT STAFF). (Entered: 04/29/2011) |
| 04/29/2011 | [193] | Declaration of Howard L. Shin in Support of [192] *Renewed Motion to Dismiss Complaint* filed byDell, Inc.. (Attachments: # [1] Exhibit 1, # [2] Exhibit 2, # [3] Exhibit 3, # [4] Exhibit 4, # [5] Exhibit 5, # [6] Exhibit 6, # [7] Exhibit 7)(Related document(s) [192] ) (Bloch, David) (Filed on 4/29/2011) Modified on 5/2/2011 (cp, COURT STAFF). (Entered: 04/29/2011) |
| 04/29/2011 | [194] | Proposed Order re [192] *Renewed Motion to Dismiss Complaint* by Dell, Inc.. (Bloch, David) (Filed on 4/29/2011) Modified on 5/2/2011 (cp, COURT STAFF). (Entered: 04/29/2011) |
| 05/02/2011 | [195] | ORDER by Judge Claudia Wilken granting [189] Motion to Withdraw as Attorney. Attorney Jennifer Lynn Gregor and James Donald Peterson terminated (ndr, COURT STAFF) (Filed on 5/2/2011) (Entered: 05/02/2011) |
| 05/02/2011 | [199] | MOTION for leave to appear in Pro Hac Vice as to Kimball R. Anderson ( Filing fee $ 275, receipt number 34611059368.) filed by Dell, Inc.. (Attachments: # [1] Proposed Order)(cp, COURT STAFF) (Filed on 5/2/2011) (Entered: 05/06/2011) |
| 05/02/2011 | [200] | MOTION for leave to appear in Pro Hac Vice as to Marlon E. Lutfiyya ( Filing fee $ 275, receipt number 34611059369.) filed by Dell, Inc.. (Attachments: # [1] Proposed Order)(cp, COURT STAFF) (Filed on 5/2/2011) (Entered: 05/06/2011) |
| 05/02/2011 | [201] | MOTION for leave to appear in Pro Hac Vice as to Howard I. Shin ( Filing fee $ 275, receipt number 34611059370.) filed by Dell, Inc.. (Attachments: # [1] Proposed Order)(cp, COURT STAFF) (Filed on 5/2/2011) (Entered: 05/06/2011) |
| 05/05/2011 | [196] | ORDER by Judge Claudia Wilken Granting [179] Motion to Withdraw as Attorney. Attorney Catherine Cetrangolo terminated. (ndr, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/05/2011) |
| 05/05/2011 | [197] | CLERKS NOTICE ADVANCING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 5/24/2011. Case Management Conference set for 5/31/2011 02:00 PM. (ndr, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/05/2011) |
| 05/05/2011 | [198] | NOTICE of Appearance by Phillip Francis Shinn *for Defendant Newegg, Inc.* (Shinn, Phillip) (Filed on 5/5/2011) (Entered: 05/05/2011) |
| 05/05/2011 | [202] | MOTION for leave to appear in Pro Hac Vice as to Matthew B. Lowrie ( Filing fee $ 275, receipt number 44611006930.) filed by Briggs & Stratton Corporation, PC Connection, Inc.. (Attachments: # [1] Proposed Order)(cp, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/06/2011) |
| 05/05/2011 | [203] | MOTION for leave to appear in Pro Hac Vice as to Aaron W. Moore( Filing fee $ 275, receipt number 44611006929.) filed by Briggs & Stratton Corporation, PC Connection, Inc.. (Attachments: # [1] Proposed Order)(cp, COURT STAFF) (Filed on 5/5/2011) (Entered: 05/06/2011) |
| 05/09/2011 | [204] | Proposed Order re [167] MOTION to Withdraw as Attorney *Robert A. Mich, Jr. as Local Counsel* by Rockler Companies, Inc.. (Mich, Robert) (Filed on 5/9/2011) (Entered: 05/09/2011) |
| 05/09/2011 | [205] | ORDER by Judge Claudia Wilken granting [199] Motion for Pro Hac Vice as to Kimball R. |

| | | |
|---|---|---|
| | | Anderson (cp, COURT STAFF) (Filed on 5/9/2011) (Entered: 05/09/2011) |
| 05/09/2011 | 206 | ORDER by Judge Claudia Wilken granting 202 Motion for Pro Hac Vice as to Matthew B. Lowrie (cp, COURT STAFF) (Filed on 5/9/2011) (Entered: 05/09/2011) |
| 05/09/2011 | 207 | ORDER by Judge Claudia Wilken granting 200 Motion for Pro Hac Vice as to Marlon E. Lutfiyya (cp, COURT STAFF) (Filed on 5/9/2011) (Entered: 05/09/2011) |
| 05/09/2011 | 208 | ORDER by Judge Claudia Wilken granting 203 Motion for Pro Hac Vice as to Aaron W. Moore (cp, COURT STAFF) (Filed on 5/9/2011) (Entered: 05/09/2011) |
| 05/09/2011 | 209 | ORDER by Judge Claudia Wilken granting 201 Motion for Pro Hac Vice as to Howard I. Shin (cp, COURT STAFF) (Filed on 5/9/2011) (Entered: 05/09/2011) |
| 05/13/2011 | 210 | Certificate of Interested Entities by Kelora Systems, LLC identifying Other Affiliate Robert Dailey, Other Affiliate PartsRiver, Inc., Other Affiliate Mohamed Sherif Danish, Other Affiliate Kris Kimbrough, Other Affiliate Susan St. Ledger for Kelora Systems, LLC. (Becker, Robert) (Filed on 5/13/2011) (Entered: 05/13/2011) |
| 05/16/2011 | 211 | MOTION for leave to appear in Pro Hac Vice - Aaron A. Myers (Filing fee $275, receipt number 34611059896) filed by Rockler Companies, Inc. (Attachments: # 1 Proposed Order) (kc, COURT STAFF) (Filed on 5/16/2011) (Entered: 05/18/2011) |
| 05/16/2011 | 212 | MOTION for leave to appear in Pro Hac Vice - Niall A. MacLeod (Filing fee $275, receipt number 34611059897) filed by Rockler Companies, Inc. (Attachments: # 1 Proposed Order) (kc, COURT STAFF) (Filed on 5/16/2011) (Entered: 05/18/2011) |
| 05/18/2011 | 213 | First Amended *Renewed* MOTION to Dismiss Complaint filed by Dell, Inc.. Motion Hearing set for 6/9/2011 02:00 PM in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. (Bloch, David) (Filed on 5/18/2011) Modified on 5/19/2011 (cp, COURT STAFF). (Entered: 05/18/2011) |
| 05/18/2011 | 214 | NOTICE of Appearance by Sarah Elizabeth Barrows *FOR DEFENDANT CIRCUITCITY.COM INC.* (Barrows, Sarah) (Filed on 5/18/2011) (Entered: 05/18/2011) |
| 05/18/2011 | 215 | CERTIFICATE OF SERVICE by Circuitcity.Com Inc. re 214 Notice of Appearance *OF SARAH E. BARROWS FOR DEFENDANT CIRCUITCITY.COM INC.* (Barrows, Sarah) (Filed on 5/18/2011) (Entered: 05/18/2011) |
| 05/19/2011 | 216 | NOTICE of Appearance by Daniel Pierre Muino (Muino, Daniel) (Filed on 5/19/2011) (Entered: 05/19/2011) |
| 05/19/2011 | 217 | RESPONSE (re 213 First Amended *Renewed* MOTION to Dismiss Complaint ) filed byKelora Systems, LLC. (Becker, Robert) (Filed on 5/19/2011) Modified on 5/20/2011 (cp, COURT STAFF). (Entered: 05/19/2011) |
| 05/19/2011 | 218 | MOTION for leave to appear in Pro Hac Vice as to Shane A. Brunner ( Filing fee $ 275, receipt number 44611007001.) filed by Mason Companies, Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/19/2011) (Entered: 05/20/2011) |
| 05/19/2011 | 220 | MOTION for leave to appear in Pro Hac Vice as to Rachel Clark Hughey ( Filing fee $ 275, receipt number 44611007001.) filed by Mason Companies, Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/19/2011) (Entered: 05/20/2011) |
| 05/20/2011 | 219 | NOTICE of Appearance by Monroe David Bryant (Bryant, Monroe) (Filed on 5/20/2011) (Entered: 05/20/2011) |
| 05/23/2011 | 221 | Certificate of Interested Entities by Circuitcity.Com Inc. (Barrows, Sarah) (Filed on 5/23/2011) (Entered: 05/23/2011) |
| 05/23/2011 | 222 | NOTICE by Circuitcity.Com Inc. *DEFENDANT'S FRCP 7.1 CORPORATE DISCLOSURE* |

|            |     |                                                                                                                                                                                                                                                                          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | *STATEMENT* (Barrows, Sarah) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                                                                                                                   |
| 05/23/2011 | 223 | CERTIFICATE OF SERVICE by Circuitcity.Com Inc. re 222 Notice (Other), 221 Certificate of Interested Entities (Barrows, Sarah) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                   |
| 05/23/2011 | 224 | ORDER by Judge Claudia Wilken granting 218 Motion for Pro Hac Vice as to Shane A. Brunner (cp, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                                     |
| 05/23/2011 | 225 | ORDER by Judge Claudia Wilken granting 220 Motion for Pro Hac Vice as to Rachel Clark Hughey (cp, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                                  |
| 05/23/2011 | 226 | ORDER by Judge Claudia Wilken granting 212 Motion for Pro Hac Vice as to Niall A. MacLeod (cp, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                                     |
| 05/23/2011 | 227 | ORDER by Judge Claudia Wilken granting 211 Motion for Pro Hac Vice as to Aaron A. Myers (cp, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                                       |
| 05/23/2011 | 228 | Certificate of Interested Entities by Amazon.com, Inc. (Zembek, Richard) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                                                                        |
| 05/23/2011 | 229 | Certificate of Interested Entities by Costco Wholesale Corporation (Zembek, Richard) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                                                            |
| 05/23/2011 | 230 | Certificate of Interested Entities by Office Depot, Inc. (Zembek, Richard) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                                                                      |
| 05/23/2011 | 231 | Certificate of Interested Entities by Hewlett-Packard Development Company, L.P. identifying Corporate Parent Hewlett-Packard Company for Hewlett-Packard Development Company, L.P.. (Zembek, Richard) (Filed on 5/23/2011) (Entered: 05/23/2011)                            |
| 05/23/2011 | 232 | Certificate of Interested Entities by Target Corporation (Zembek, Richard) (Filed on 5/23/2011) (Entered: 05/23/2011)                                                                                                                                                      |
| 05/23/2011 | 240 | MOTION for leave to appear in Pro Hac Vice as to Kent E. Baldauf, Jr ( Filing fee $ 275, receipt number 44611007023.) filed by Newegg Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/24/2011)                                  |
| 05/23/2011 | 241 | MOTION for leave to appear in Pro Hac Vice as to Bryan P. Clark ( Filing fee $ 275, receipt number 44611007023.) filed by Newegg Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/24/2011)                                       |
| 05/23/2011 | 242 | MOTION for leave to appear in Pro Hac Vice as to David Joyal ( Filing fee $ 275, receipt number 44611007015.) filed by Circuitcity.Com Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/24/2011)                                 |
| 05/23/2011 | 243 | MOTION for leave to appear in Pro Hac Vice as to Mary-Olga Lovett ( Filing fee $ 275, receipt number 44611007016.) filed by Circuitcity.Com Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/24/2011)                            |
| 05/23/2011 | 244 | MOTION for leave to appear in Pro Hac Vice as to Michael A. Nicodema ( Filing fee $ 275, receipt number 44611007018.) filed by Circuitcity.Com Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/24/2011)                         |
| 05/23/2011 | 254 | MOTION for leave to appear in Pro Hac Vice as to Barry J. Schindler ( Filing fee $ 275, receipt number 44611007017.) filed by Circuitcity.Com Inc.. (Attachments: # 1 Proposed Order)(cpS, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/25/2011)                         |
| 05/23/2011 | 255 | CERTIFICATE OF SERVICE by Circuitcity.Com Inc. re 243 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 275, receipt number 44611007016.), 254 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 275, receipt number 44611007017.), 242 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 275, receipt number 44611007015.), 244 |

|  |  | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 275, receipt number 44611007018.) (cpS, COURT STAFF) (Filed on 5/23/2011) (Entered: 05/25/2011) |
|---|---|---|
| 05/24/2011 | 233 | Certificate of Interested Entities by Dell, Inc. identifying Corporate Parent Dell Inc. for Dell, Inc.. (Bloch, David) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 234 | Certificate of Interested Entities by Newegg Inc. *and Corporate Disclosure Statement by Newegg, Inc.* (Shinn, Phillip) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 235 | MOTION for leave to appear in Pro Hac Vice *by Kent E. Baldauf, Jr.* ( Filing fee $ 275, receipt number 44611007023.) filed by Newegg Inc.. (Attachments: # 1 Proposed Order)(Shinn, Phillip) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 236 | MOTION for leave to appear in Pro Hac Vice *by Bryan P. Clark* ( Filing fee $ 275, receipt number 44611007023.) filed by Newegg Inc.. (Attachments: # 1 Proposed Order)(Shinn, Phillip) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 237 | NOTICE of Appearance by Callie A. Bjurstrom (Bjurstrom, Callie) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 238 | Certificate of Interested Entities by National Business Furniture, LLC identifying Corporate Parent K+K America Corporation, Corporate Parent TAKKT America Holding, Inc., Corporate Parent TAKKT AG for. *National Business Furniture, LLC* (Bjurstrom, Callie) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 239 | Certificate of Interested Entities by Rockler Companies, Inc. *and Corporate Disclosure Statement and Civil L.R. 3-16* (Mick, Stephen) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 245 | Certificate of Interested Entities by Mason Companies, Inc. (Muino, Daniel) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 246 | NOTICE by Mason Companies, Inc. *Disclosure of Corporate Affiliations and Financial Interest* (Muino, Daniel) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 247 | NOTICE of Appearance by David Bruce Perry (Perry, David) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 248 | Certificate of Interested Entities by 1-800-Flowers.com, Inc. (Perry, David) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 249 | Certificate of Interested Entities by PC Connection, Inc. (Moore, Aaron) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 250 | JOINT CASE MANAGEMENT STATEMENT *and Proposed Order* filed by Kelora Systems, LLC, Target Corp, 1-800 Flowers.com Inc, Amazon.com, Inc, Briggs & Stratton Corporation, Circuitcity.Com Inc, Costco Wholesale Corporation, Dell, Inc, Hewlett-Packard Development Company, L.P., Mason Companies, Inc, National Business Furniture LLC, Newegg Inc, Office Depot Inc, OfficeMax Inc, PC Connection Inc, Rockerl Companies Inc, Shopko Stores Operating Co. LLC (Becker, Robert) (Filed on 5/24/2011) Modified on 5/25/2011 (cp, COURT STAFF). Modified on 5/25/2011 (cp, COURT STAFF). (Entered: 05/24/2011) |
| 05/24/2011 | 256 | ORDER by Judge Claudia Wilken granting 242 Motion for Pro Hac Vice as to David Joyal (cp, COURT STAFF) (Filed on 5/24/2011) (Entered: 05/26/2011) |
| 05/24/2011 | 257 | ORDER by Judge Claudia Wilken granting 243 Motion for Pro Hac Vice as to Mary-Olga Lovett (cp, COURT STAFF) (Filed on 5/24/2011) (Entered: 05/26/2011) |
| 05/24/2011 | 258 | ORDER by Judge Claudia Wilken granting 244 Motion for Pro Hac Vice as to Michael A. Nicodema (cp, COURT STAFF) (Filed on 5/24/2011) (Entered: 05/26/2011) |
| 05/24/2011 | 259 | ORDER by Judge Claudia Wilken granting 254 Motion for Pro Hac Vice as to Barry J. |

Case4:11-cv-01548-CW   Document487-1   Filed06/06/12   Page64 of 91

| | | Schindler (cp, COURT STAFF) (Filed on 5/24/2011) (Entered: 05/26/2011) |
|---|---|---|
| 05/24/2011 | 264 | MOTION for leave to appear in Pro Hac Vice as to Catherine E. Hart ( Filing fee $ 275, receipt number 44611007038.) filed by 1-800-Flowers.com, Inc.. (Attachments: # 1 Proposed Order) (cp, COURT STAFF) (Filed on 5/24/2011) (Entered: 05/31/2011) |
| 05/25/2011 | 251 | Certificate of Interested Entities by Shopko Stores Operating Co., LLC identifying Other Affiliate SpeedFC, Inc. for Shopko Stores Operating Co., LLC. (Bryant, Monroe) (Filed on 5/25/2011) (Entered: 05/25/2011) |
| 05/25/2011 | 252 | ORDER by Judge Claudia Wilken Granting 236 Motion for Pro Hac Vice as to Bryan P. Clark. (ndr, COURT STAFF) (Filed on 5/25/2011) (Entered: 05/25/2011) |
| 05/25/2011 | 253 | ORDER by Judge Claudia Wilken Granting 235 Motion for Pro Hac Vice Kent E. Baldauf, Jr.. (ndr, COURT STAFF) (Filed on 5/25/2011) (Entered: 05/25/2011) |
| 05/25/2011 | 265 | MOTION for leave to appear in Pro Hac Vice as to Vaibhav P. Kadaba ( Filing fee $ 275, receipt number 44611007040.) filed by 1-800-Flowers.com, Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/25/2011) (Entered: 05/31/2011) |
| 05/26/2011 | 260 | REPLY (re 213 First Amended *Renewed* MOTION to Dismiss Complaint ) filed byDell, Inc.. (Bloch, David) (Filed on 5/26/2011) (Entered: 05/26/2011) |
| 05/26/2011 | 262 | MOTION for leave to appear in Pro Hac Vice as to J. Daniel Harkins ( Filing fee $ 275, receipt number 44611007044.) filed by Shopko Stores Operating Co., LLC. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/26/2011) (Entered: 05/31/2011) |
| 05/26/2011 | 263 | MOTION for leave to appear in Pro Hac Vice as to Marissa D. Helm ( Filing fee $ 275, receipt number 44611007044.) filed by Shopko Stores Operating Co., LLC. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 5/26/2011) (Entered: 05/31/2011) |
| 05/31/2011 | 261 | ORDER by Judge Claudia Wilken DENYING 213 Dell, Inc.'s Motion to Dismiss. (cwlc2, COURT STAFF) (Filed on 5/31/2011) (Entered: 05/31/2011) |
| 05/31/2011 | 267 | MINUTE ORDER CASE MANAGEMENT SCHEDULING ORDER: Further Case Management Conference set for 11/17/2011 at 2:00 P.M. in Courtroom 2, 4th Floor, Oakland. Jury Trial set for 7/16/2012 at 8:30 A.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Motion Hearing set for 11/17/2011 at 2:00 P.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Jury Trial set for 7/17/2012 at 8:30 A.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Jury Trial set for 7/18/2012 08:30 AM in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Jury Trial set for 7/19/2012 at 8:30 A.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Jury Trial set for 7/20/2012 at 8:30 A.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Jury Trial set for 7/23/2012 at 8:30 A.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Jury Trial set for 7/24/2012 at 8:30 A.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Jury Trial set for 7/25/2012 at 8:30 A.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Jury Trial set for 7/26/2012 at 8:30 A.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Jury Trial set for 7/27/2012 at 8:30 A.M. in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Claims Construction Hearing set for 11/17/2011 at 2:00 P.M. Case referred to Private Mediation. Signed by Judge Claudia Wilken on 5/31/2011. (ls, COURT STAFF) (Filed on 5/31/2011) (Entered: 06/03/2011) |
| 05/31/2011 | | CASE REFERRED to Private Mediation. (ls, COURT STAFF) (Filed on 5/31/2011) (Entered: 06/03/2011) |
| 06/02/2011 | 266 | MOTION for leave to appear in Pro Hac Vice as to Martha Jahn Snyder (Filing fee $275, receipt number 44611007087) filed by National Business Furniture, LLC. (Attachments: # 1 Proposed Order)(kc, COURT STAFF) (Filed on 6/2/2011) (Entered: 06/03/2011) |
| 06/03/2011 | 268 | STIPULATION *of Dismissal With Prejudice Between Plaintiff Kelora Systems, LLC, and* |

|  |  |  |
|---|---|---|
|  |  | *Defendant Briggs & Stratton Corporation*; (Proposed) Order by Kelora Systems, LLC, Briggs & Stratton Corporation. (Becker, Robert) (Filed on 6/3/2011) Modified on 6/6/2011 (cp, COURT STAFF). (Entered: 06/03/2011) |
| 06/07/2011 | 269 | ORDER by Judge Claudia Wilken Granting 266 Motion for Pro Hac Vice as to Martha Jahn Snyder. (ndr, COURT STAFF) (Filed on 6/7/2011) (Entered: 06/07/2011) |
| 06/07/2011 | 270 | ORDER Granting 268 Stipulation of Dismissal With Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant Briggs & Stratton Corporation.Briggs & Stratton Corporation terminated. Signed by Judge Claudia Wilken on 6/7/2011. (ndr, COURT STAFF) (Filed on 6/7/2011) (Entered: 06/07/2011) |
| 06/07/2011 | 271 | CLERKS NOTICE SETTING PRETRIAL CONFERENCE. Final Pretrial Conference set for 6/26/2012 02:00 PM. (ndr, COURT STAFF) (Filed on 6/7/2011) (Entered: 06/07/2011) |
| 06/14/2011 | 272 | ANSWER to Amended Complaint *and*, COUNTERCLAIM; Jury Demand against Kelora Systems, LLC byDell, Inc.. (Bloch, David) (Filed on 6/14/2011) Modified on 6/15/2011 (cpS, COURT STAFF). (Entered: 06/14/2011) |
| 06/14/2011 | 273 | ANSWER to Amended Complaint, COUNTERCLAIM against Kelora Systems, LLC byPC Connection, Inc.. (Moore, Aaron) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 274 | Transcript of Proceedings held on May 31, 2011, before Judge Wilken. Court Reporter/Transcriber Sarah Goekler, Telephone number (530)941-2621; sgoekler25@yahoo.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 9/12/2011. (slg, COURT STAFF) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 275 | ANSWER to Amended Complaint, COUNTERCLAIM *for Declaratory Relief* against Kelora Systems, LLC byNewegg Inc.. (Shinn, Phillip) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 276 | *DEFENDANT CIRUITCITY.COM, INC.'S* ANSWER to Amended Complaint *and*, COUNTERCLAIM *TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT* against Kelora Systems, LLC byCircuitcity.Com Inc.. (Barrows, Sarah) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 277 | ANSWER to Amended Complaint *and*, COUNTERCLAIM against Kelora Systems, LLC byShopko Stores Operating Co., LLC. (Bryant, Monroe) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 278 | CERTIFICATE OF SERVICE by Circuitcity.Com Inc. re 276 Answer to Amended Complaint,, Counterclaim, (Barrows, Sarah) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 279 | *Hewlett-Packard Development Company, L.P.'s* ANSWER to Amended Complaint, COUNTERCLAIM against Kelora Systems, LLC byHewlett-Packard Development Company, L.P.. (Zembek, Richard) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 280 | ANSWER to Amended Complaint, COUNTERCLAIM against Kelora Systems, LLC byRockler Companies, Inc.. (Mick, Stephen) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 281 | *Target Corporation's* ANSWER to Amended Complaint, COUNTERCLAIM against Kelora Systems, LLC byTarget Corporation. (Zembek, Richard) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 282 | *Office Depot, Inc.'s* ANSWER to Amended Complaint, COUNTERCLAIM against Kelora Systems, LLC byOffice Depot, Inc.. (Zembek, Richard) (Filed on 6/14/2011) (Entered: |

| 06/14/2011 | 283 | *1-800-Flowers, Inc.'s* ANSWER to Amended Complaint, COUNTERCLAIM against Kelora Systems, LLC by1-800-Flowers.com, Inc.. (Perry, David) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 284 | *Costco Wholesale Corporation's* ANSWER to Amended Complaint, COUNTERCLAIM against Kelora Systems, LLC byCostco Wholesale Corporation. (Zembek, Richard) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 285 | ANSWER to Amended Complaint byOfficeMax Inc.. (McCord, Clinton) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 286 | *Amazon.com, Inc.'s* ANSWER to Amended Complaint, COUNTERCLAIM against Kelora Systems, LLC byAmazon.com, Inc.. (Zembek, Richard) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 287 | *Defendant National Business Furniture, LLC's Answer, Affirmative Defenses to First Amended Complaint for Patent Infringement;* ANSWER to Amended Complaint, COUNTERCLAIM *and Demand for Jury Trial* against Kelora Systems, LLC byNational Business Furniture, LLC. (Bjurstrom, Callie) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/21/2011 | 288 | MOTION for leave to appear in Pro Hac Vice - Kristin Graham Noel (Filing fee $275, receipt number 44611007179) filed by National Business Furniture, LLC. (Attachments: # 1 Proposed Order)(kc, COURT STAFF) (Filed on 6/21/2011) (Entered: 06/21/2011) |
| 06/23/2011 | 289 | ORDER by Judge Claudia Wilken Granting 288 Motion for Pro Hac Vice as to Kristin Graham Noel. (ndr, COURT STAFF) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 290 | ORDER by Judge Claudia Wilken Granting 263 Motion for Pro Hac Vice as to Marissa D. Helm. (ndr, COURT STAFF) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 291 | ORDER by Judge Claudia Wilken Granting 262 Motion for Pro Hac Vice as to J. Daniel Harkins. (ndr, COURT STAFF) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/23/2011 | 292 | ORDER by Judge Claudia Wilken Granting 265 Motion for Pro Hac Vice Pro Hac Vice as to Vaibhav P. Kadaba. (ndr, COURT STAFF) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/24/2011 | 293 | ORDER by Judge Claudia Wilken granting 264 Motion for Pro Hac Vice as to Catherine E. Hart. (ndr, COURT STAFF) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 06/24/2011 | 294 | MOTION for Extension of Time to File *Protective Order* filed by Dell, Inc.. (Bloch, David) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 06/29/2011 | 295 | ORDER by Judge Claudia Wilken Granting Defendants' Unopposed (294) Motion for Extension of Time to File in case 4:11-cv-01548-CW; (25) Motion for Extension of Time to File in case 4:11-cv-01398-CW; (37) Motion for Extension of Time to File in case 4:11-cv-02284-CW. (ndr, COURT STAFF) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 06/29/2011 | 296 | MOTION for leave to appear in Pro Hac Vice as to Doug Weider ( Filing fee $ 275, receipt number 44611007221.) filed by Circuitcity.Com Inc.. (Attachments: # 1 Proposed Order, # 2 Proof of Service)(cp, COURT STAFF) (Filed on 6/29/2011) (Entered: 06/30/2011) |
| 06/30/2011 | 297 | NOTICE of Change of Address by Gilbert Andrew Greene *Counsel for Amazon.com, Inc., Target Corporation, Office Depot, Inc., Costco Wholesale Corporation, and Hewlett-Packard Development Company, L.P.* (Greene, Gilbert) (Filed on 6/30/2011) (Entered: 06/30/2011) |
| 07/01/2011 | 298 | STIPULATION AND (PROPOSED) *of Dismissal with Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant National Business Furniture, LLC* by Kelora Systems, LLC, National Business Furniture LLC. (Becker, Robert) (Filed on 7/1/2011) Modified on 7/5/2011 (cp, COURT STAFF). (Entered: 07/01/2011) |

| | | |
|---|---|---|
| 07/06/2011 | 299 | ORDER by Judge Claudia Wilken Granting 296 Motion for Pro Hac Vice as to Doug Weider. (ndr, COURT STAFF) (Filed on 7/6/2011) (Entered: 07/06/2011) |
| 07/06/2011 | 300 | STIPULATION AND (PROPOSED) ORDER *of Dismissal With Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant Shopko Stores Operating Co., LLC* by Kelora Systems, LLC, Shopko Stores Operating Co. LLC. (Becker, Robert) (Filed on 7/6/2011) Modified on 7/7/2011 (cp, COURT STAFF). (Entered: 07/06/2011) |
| 07/07/2011 | 301 | STIPULATION *of Dismissal with Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant PC Connection, Inc.* by Kelora Systems, LLC. (Becker, Robert) (Filed on 7/7/2011) (Entered: 07/07/2011) |
| 07/07/2011 | 302 | ORDER Granting 300 Stipulation of Dismissal With Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant Shopko Stores Operating Co., LLC. Signed by Judge Claudia Wilken on 7/7/2011. (ndr, COURT STAFF) (Filed on 7/7/2011) (Entered: 07/07/2011) |
| 07/07/2011 | 303 | ORDER Granting 301 Stipulation of Dismissal with Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant PC Connection, Inc. Signed by Judge Claudia Wilken on 7/7/2011. (ndr, COURT STAFF) (Filed on 7/7/2011) (Entered: 07/07/2011) |
| 07/08/2011 | 304 | ORDER Granting 298 Stipulation of Dismissal with Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant National Business Furniture, LLC. Signed by Judge Claudia Wilken on 7/8/2011. (ndr, COURT STAFF) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 305 | ANSWER TO COUNTERCLAIM 286 Answer to Amended Complaint, Counterclaim -- *Answer to Counterclaims of Defendant Amazon.Com, Inc. to First Amended Complaint* byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 306 | ANSWER TO COUNTERCLAIM 272 Answer to Amended Complaint, Counterclaim -- *Answer to Counterclaims of Defendant Dell, Inc. to First Amended Complaint* byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 307 | ANSWER TO COUNTERCLAIM 280 Answer to Amended Complaint, Counterclaim -- *Answer to Counterclaims of Defendant Rockler Companies, Inc. to First Amended Complaint* byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 308 | ANSWER TO COUNTERCLAIM 283 Answer to Amended Complaint, Counterclaim -- *Answer to Counterclaims of Defendant 1-800-Flowers.Com, Inc. to First Amended Complaint* byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 309 | ANSWER TO COUNTERCLAIM 275 Answer to Amended Complaint, Counterclaim -- *Answer to Counterclaims of Defendant Newegg Inc. to First Amended Complaint* byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 310 | ANSWER TO COUNTERCLAIM 276 Answer to Amended Complaint,, Counterclaim, -- *Answer to Counterclaims of Defendant CircuitCity.Com, Inc. to First Amended Complaint* byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 311 | ANSWER TO COUNTERCLAIM 284 Answer to Amended Complaint, Counterclaim -- *Answer to Counterclaims of Defendant Costco Wholesale Corporation to First Amended Complaint* byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 312 | ANSWER TO COUNTERCLAIM 279 Answer to Amended Complaint, Counterclaim -- *Answer to Counterclaims of Defendant Hewlett-Packard Development Company, L.P. to First Amended Complaint* byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 313 | ANSWER TO COUNTERCLAIM 282 Answer to Amended Complaint, Counterclaim -- *Answer to Counterclaims of Defendant Office Depot, Inc. to First Amended Complaint* |

| | | |
|---|---|---|
| | | byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/08/2011 | 314 | ANSWER TO COUNTERCLAIM 281 Answer to Amended Complaint, Counterclaim -- *Answer to Counterclaims of Defendant Target Corporation to First Amended Complaint* byKelora Systems, LLC. (Becker, Robert) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/11/2011 | 315 | Second MOTION for Extension of Time to File *Protective Order* filed by Dell, Inc.. (Attachments: # 1 Proposed Order)(Bloch, David) (Filed on 7/11/2011) (Entered: 07/11/2011) |
| 07/12/2011 | 316 | ORDER by Judge Claudia Wilken Granting (315) in case 4:11-cv-01548-CW; (27) in case 4:11-cv-01398-CW; (40) in case 4:11-cv-02284-CW Motion for Extension of Time to File. (ndr, COURT STAFF) (Filed on 7/12/2011) (Entered: 07/12/2011) |
| 07/18/2011 | 317 | Third MOTION for Extension of Time to File *Protective Order* filed by Dell, Inc.. (Attachments: # 1 Proposed Order)(Bloch, David) (Filed on 7/18/2011) (Entered: 07/18/2011) |
| 07/19/2011 | 318 | Order granting 317 Motion for Extension of Time to File entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 07/19/2011) |
| 07/25/2011 | 319 | NOTICE To Remove from Service List by Joseph P. Wright. (kc, COURT STAFF) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/26/2011 | 320 | STIPULATION *of Dismissal with Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant Mason Companies, Inc., D/B/A Maryland Square* by Kelora Systems, LLC. (Becker, Robert) (Filed on 7/26/2011) (Entered: 07/26/2011) |
| 07/28/2011 | 321 | MOTION to Compel *Rule 30(b)(6) Deposition of Defendant Rockler Companies, Inc. in the Northern District of California* filed by Kelora Systems, LLC. Motion Hearing set for 9/1/2011 02:00 PM in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Responses due by 8/11/2011. Replies due by 8/18/2011. (Attachments: # 1 Proposed Order)(Becker, Robert) (Filed on 7/28/2011) (Entered: 07/28/2011) |
| 07/28/2011 | 322 | Declaration of Benjamin Kleinman in Support of 321 MOTION to Compel *Rule 30(b)(6) Deposition of Defendant Rockler Companies, Inc. in the Northern District of California* filed byKelora Systems, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Related document(s) 321 ) (Becker, Robert) (Filed on 7/28/2011) Modified on 7/29/2011 (cp, COURT STAFF) (Entered: 07/28/2011) |
| 07/29/2011 | 323 | ORDER re 320 Stipulation of Dismissal with Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant Mason Companies, Inc., D/B/A Maryland Square.Mason Companies, Inc. terminated. Signed by Judge Claudia Wilken on 7/29/2011. (ndr, COURT STAFF) (Filed on 7/29/2011) (Entered: 07/29/2011) |
| 08/01/2011 | 324 | Fourth MOTION for Extension of Time to File *Protective Order* filed by Dell, Inc.. (Attachments: # 1 Proposed Order)(Bloch, David) (Filed on 8/1/2011) (Entered: 08/01/2011) |
| 08/02/2011 | 325 | ORDER REFERRING CASE to Magistrate Judge for Discovery purposes re 321 MOTION to Compel Rule 30(b)(6) Deposition of Defendant Rockler Companies, Inc. in the Northern District of California. Signed by Judge Claudia Wilken on 8/2/2011. (ndr, COURT STAFF) (Filed on 8/2/2011) (Entered: 08/02/2011) |
| 08/03/2011 | | CASE REFERRED to Magistrate Judge Laurel Beeler for Discovery, ***Set/Clear Flags. (tmi, COURT STAFF) (Filed on 8/3/2011) (Entered: 08/03/2011) |
| 08/04/2011 | 326 | ORDER by Judge Claudia Wilken granting (324) Motion for Extension of Time to File in case 4:11-cv-01548-CW; granting (31) Motion for Extension of Time to File in case 4:11-cv-01398-CW; granting (46) Motion for Extension of Time to File in case 4:11-cv-02284-CW (cwlc2, COURT STAFF) (Filed on 8/4/2011) (Entered: 08/04/2011) |

| | | |
|---|---|---|
| 08/05/2011 | 327 | Order by Magistrate Judge Laurel Beeler denying 321 Motion to Compel without prejudice. (lblc1, COURT STAFF) (Filed on 8/5/2011) (Entered: 08/05/2011) |
| 08/11/2011 | 328 | STIPULATION *Pursuant to Fed. R. Civ. P. 21 and 15(a)(2) to Add Defendants Hewlett-Packard Company, Zappos.Com, Inc., and Audible, Inc., and to Drop Defendant Hewlett-Packard Development Company, L.P.; (Proposed) Order* by Kelora Systems, LLC. (Attachments: # 1 Exhibit A)(Becker, Robert) (Filed on 8/11/2011) Modified on 8/12/2011 (cp, COURT STAFF). (Entered: 08/11/2011) |
| 08/11/2011 | 329 | STIPULATION *AND PROPOSED ORDER ENLARGING THE TIME FOR DEFENDANT 1-800-FLOWERS.COM, INC. TO ADD ADDITIONAL PARTIES OR CLAIMS* by 1-800-Flowers.com, Inc., Kelora Systems LLC. (Attachments: # 1 Declaration)(Perry, David) (Filed on 8/11/2011) Modified on 8/12/2011 (cp, COURT STAFF). (Entered: 08/11/2011) |
| 08/11/2011 | 330 | *Joint Stipulation Regarding Agreed Provisions of Proposed Protective Order and Party Statements Regarding Disputes for the Court's Determination* by Kelora Systems, LLC, 1-800-Flowers.com Inc, et al. (Attachments: # 1 Exhibit A, # 2 Exhibit B - Proposed Order, # 3 Exhibit D-1, # 4 Exhibit D-2)(Becker, Robert) (Filed on 8/11/2011) Modified on 8/12/2011 (cp, COURT STAFF). (Entered: 08/11/2011) |
| 08/11/2011 | 335 | THIRD PARTY COMPLAINT against Adobe Systems Incorporated. Filed byOfficeMax Inc.. (cp, COURT STAFF) (Filed on 8/11/2011) (cp, COURT STAFF). (Entered: 08/15/2011) |
| 08/11/2011 | 336 | Summons Issued as to Adobe Systems Incorporated. (cp, COURT STAFF) (Filed on 8/11/2011) (Entered: 08/15/2011) |
| 08/12/2011 | 331 | ORDER Granting 329 Stipulation ENLARGING THE TIME FOR DEFENDANT 1-800-FLOWERS.COM, INC. TO ADD ADDITIONAL PARTIES OR CLAIMS. Signed by Judge Claudia Wilken on 8/12/2011. (ndr, COURT STAFF) (Filed on 8/12/2011) (Entered: 08/12/2011) |
| 08/12/2011 | 332 | ORDER Granting 328 Stipulation Pursuant to Fed. R. Civ. P. 21 and 15(a)(2) to Add Defendants Hewlett-Packard Company, Zappos.Com, Inc., and Audible, Inc., and to Drop Defendant Hewlett-Packard Development Company, L.P. Signed by Judge Claudia Wilken on 8/12/2011. (ndr, COURT STAFF) (Filed on 8/12/2011) (Entered: 08/12/2011) |
| 08/12/2011 | 333 | ORDER REFERRING CASES to Magistrate Judge for Discovery purposes re (76 in 4:10-cv-04947-CW), (33 in 4:11-cv-01398-CW), (330 in 4:11-cv-01548-CW), (48 in 4:11-cv-02284-CW) Stipulation Regarding Agreed Provisions of Proposed protective Order and Party Statements Regarding Disputes for the Court's Determination. Signed by Judge Claudia Wilken on 8/12/2011. (ndr, COURT STAFF) (Filed on 8/12/2011) (Entered: 08/12/2011) |
| 08/12/2011 | | CASE REFERRED to Magistrate Judge Laurel Beeler for Discovery. (tmi, COURT STAFF) (Filed on 8/12/2011) (Entered: 08/12/2011) |
| 08/12/2011 | 334 | AMENDED COMPLAINT -- *Second Amended Complaint for Patent Infringement* -- against 1-800-Flowers.com, Inc., Amazon.com, Inc., Circuitcity.Com Inc., Costco Wholesale Corporation, Dell, Inc., Newegg Inc., Office Depot, Inc., OfficeMax Inc., Rockler Companies, Inc., Target Corporation, Hewlett-Packard Company, Audible, Inc., Zappos.com, Inc.. Filed byKelora Systems, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Becker, Robert) (Filed on 8/12/2011) (Entered: 08/12/2011) |
| 08/19/2011 | 337 | Letter from Plaintiff Kelora Systems, LLC and Defendant Dell, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Becker, Robert) (Filed on 8/19/2011) (Entered: 08/19/2011) |
| 08/24/2011 | 338 | NOTICE of Appearance by Eugene L. Hahm (Hahm, Eugene) (Filed on 8/24/2011) (Entered: 08/24/2011) |
| 08/25/2011 | 339 | NOTICE of Appearance by Rhys W. Cheung (Cheung, Rhys) (Filed on 8/25/2011) (Entered: |

| | | |
|---|---|---|
| 08/25/2011 | | 08/25/2011) |
| 08/25/2011 | [340](#) | NOTICE of Appearance by Neil Swartzberg (Swartzberg, Neil) (Filed on 8/25/2011) (Entered: 08/25/2011) |
| 08/25/2011 | [341](#) | MOTION for Extension of Time to File *Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement Until August 30, 2011 [Unopposed]* filed by Kelora Systems, LLC. (Attachments: # [1](#) Proposed Order)(Becker, Robert) (Filed on 8/25/2011) (Entered: 08/25/2011) |
| 08/26/2011 | [342](#) | *Audible, Inc.'s* ANSWER to Amended Complaint *and*, COUNTERCLAIM against Kelora Systems, LLC; Jury Demand byAudible, Inc.. (Davison, Dan) (Filed on 8/26/2011) Modified on 8/29/2011 (cp, COURT STAFF). (Entered: 08/26/2011) |
| 08/26/2011 | [343](#) | Certificate of Interested Entities by Audible, Inc. identifying Corporate Parent Amazon.com, Inc. for Audible, Inc.. (Davison, Dan) (Filed on 8/26/2011) (Entered: 08/26/2011) |
| 08/26/2011 | [344](#) | *Zappos.com, Inc.'s* ANSWER to Amended Complaint *and*, COUNTERCLAIM against Kelora Systems, LLC; Jury Demand byZappos.com, Inc.. (Davison, Dan) (Filed on 8/26/2011) Modified on 8/29/2011 (cp, COURT STAFF). (Entered: 08/26/2011) |
| 08/26/2011 | [345](#) | Certificate of Interested Entities by Zappos.com, Inc. identifying Corporate Parent Amazon.com, Inc. for Zappos.com, Inc.. (Davison, Dan) (Filed on 8/26/2011) (Entered: 08/26/2011) |
| 08/26/2011 | 346 | Order granting [341](#) Motion for Extension of Time to File Joint Claim Construction entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 08/26/2011) |
| 08/26/2011 | 347 | Order granting [167](#) Motion to Withdraw as Attorney. Attorney Robert A Mich, Jr terminated as counsel for Rockler entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 08/26/2011) |
| 08/29/2011 | [348](#) | ORDER re (330 in 4:11-cv-01548-CW) Stipulation/Joint Discovery Letter, filed by 1-800-Flowers.com, Inc., Rockler Companies, Inc., Kelora Systems, LLC, Circuitcity.Com Inc., OfficeMax Inc., Target Corporation, Amazon.com, Inc., Dell, Inc., Newegg Inc., Hewlett-Packard Development Company, L.P., Costco Wholesale Corporation, Office Depot, Inc.. Signed by Judge Beeler on 8/29/2011. (lblc1, COURT STAFF) (Filed on 8/29/2011) (Entered: 08/29/2011) |
| 08/29/2011 | [349](#) | ORDER RE DISCOVERY LETTER RE LOCATION OF DELL DEPOSITIONS [337](#) . Signed by Judge Beeler on 8/29/2011. (lblc1, COURT STAFF) (Filed on 8/29/2011) (Entered: 08/29/2011) |
| 08/30/2011 | [350](#) | CLAIM CONSTRUCTION STATEMENT -- *Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement* filed by Kelora Systems, LLC, Target Corporation, et al (Attachments: # [1](#) Appendix A, # [2](#) Appendix B)(Becker, Robert) (Filed on 8/30/2011) Modified on 8/31/2011 (cp, COURT STAFF). (Entered: 08/30/2011) |
| 09/02/2011 | [351](#) | *Defendant Dell, Inc.'s* ANSWER to Amended Complaint, Second COUNTERCLAIM against Kelora Systems, LLC byDell, Inc.; Jury Demand. (Bloch, David) (Filed on 9/2/2011) Modified on 9/6/2011 (cp, COURT STAFF). (Entered: 09/02/2011) |
| 09/06/2011 | [352](#) | MOTION for Leave to File Excess Pages filed by Amazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Development Company, L.P., Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # [1](#) Declaration, # [2](#) Proposed Order) (Gopen, Aaron) (Filed on 9/6/2011) (Entered: 09/06/2011) |
| 09/07/2011 | 353 | Order granting [352](#) Motion for Leave to File Excess Pages entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (Entered: 09/07/2011) |
| 09/08/2011 | 354 | NOTICE of Appearance by Benjamin Max Kleinman (Kleinman, Benjamin) (Filed on 9/8/2011) (Entered: 09/08/2011) |
| 09/09/2011 | 355 | MOTION for Extension of Time to File *Certain Briefs and Reset Hearing Regarding Claim Construction; Memorandum of Law* filed by Kelora Systems, LLC. (Attachments: # 1 Appendix A to Motion, # 2 Declaration of Ronald S. Katz, # 3 Exhibit A to Declaration of Ronald S. Katz, # 4 Proposed Order)(Katz, Ronald) (Filed on 9/9/2011) Modified on 9/12/2011 (cp, COURT STAFF). (Entered: 09/09/2011) |
| 09/12/2011 | 356 | STIPULATION *and Joint Motion for Entry of Protective Order* by Kelora Systems, LLC. (Attachments: # 1 Stipulation and Protective Order)(Becker, Robert) (Filed on 9/12/2011) (Entered: 09/12/2011) |
| 09/12/2011 | 357 | MOTION for Relief from Non-Dispositive Pretrial Order of Magistrate Judge Beeler re 348 Order, filed by Kelora Systems, LLC. Responses due by 9/26/2011. Replies due by 10/3/2011. (Attachments: # 1 Memorandum of Points and Authorities in Support, # 2 Appendix of Exhibits in Support)(Becker, Robert) (Filed on 9/12/2011) (Entered: 09/12/2011) |
| 09/13/2011 | 358 | ORDER Granting (356 in 4:11-cv-01548-CW), (60 in 4:11-cv-02284-CW), (89 in 4:10-cv-04947-CW), (52 in 4:11-cv-01398-CW) Stipulation And Joint Motion For Entry Of Protective Order. Signed by Judge Claudia Wilken on 9/13/2011. (ndr, COURT STAFF) (Filed on 9/13/2011) (Entered: 09/13/2011) |
| 09/13/2011 | 359 | RESPONSE (re 355 MOTION for Extension of Time to File *Certain Briefs and Reset Hearing Regarding Claim Construction* ) filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Declaration D. Davison, # 2 Declaration T. Chandler, # 3 Declaration A. Song, # 4 Declaration W. Akbar)(Zembek, Richard) (Filed on 9/13/2011) (Entered: 09/13/2011) |
| 09/13/2011 | 360 | Order denying 355 Motion for Extension of Time to File Certain Briefs entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/13/2011) |
| 09/15/2011 | 361 | MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* filed by Amazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. Motion Hearing set for 11/17/2011 02:00 PM in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Responses due by 10/6/2011. Replies due by 10/27/2011. (Attachments: # 1 Exhibit 1 to 8, # 2 Exhibit 9 to 13, # 3 Exhibit 14 to 35, # 4 Exhibit 36 to 42, # 5 Proposed Order)(Zembek, Richard) (Filed on 9/15/2011) Modified on 2/7/2012 (cp, COURT STAFF). (Entered: 09/15/2011) |
| 09/15/2011 | 362 | Declaration of Marc R. Ascolese in Support of 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit 1 to 9, # 3 Exhibit 10 to 12-1, # 4 Exhibit 12-2, # 5 Exhibit 12-3, # 6 Exhibit 13 to 25, # 7 Exhibit 16 to 34, # 8 Exhibit 35 to 53)(Related document(s) 361 ) (Zembek, Richard) (Filed on 9/15/2011) (Entered: 09/15/2011) |
| 09/15/2011 | 363 | Declaration of Nick Arnett in Support of 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Related document(s) 361 ) (Zembek, Richard) (Filed on 9/15/2011) (Entered: 09/15/2011) |

| 09/15/2011 | 364 | Declaration of Theodore W. Chandler in Support of 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Related document(s) 361 ) (Zembek, Richard) (Filed on 9/15/2011) (Entered: 09/15/2011) |
| --- | --- | --- |
| 09/15/2011 | 365 | Declaration of Daniel Leventhal in Support of 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Exhibit 1 to 4, # 2 Exhibit 5 to 11, # 3 Exhibit 12 to 14, # 4 Exhibit 15 to 20, # 5 Exhibit 21 to 24)(Related document(s) 361 ) (Zembek, Richard) (Filed on 9/15/2011) (Entered: 09/15/2011) |
| 09/15/2011 | 366 | *Prosecution History of U.S. Patent No. 5,715,444* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Zembek, Richard) (Filed on 9/15/2011) Modified on 9/16/2011 (cp, COURT STAFF). (Entered: 09/15/2011) |
| 09/15/2011 | 367 | *Prosecution History for U.S. Patent No. 6,275,821* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Zembek, Richard) (Filed on 9/15/2011) Modified on 9/16/2011 (cp, COURT STAFF). (Entered: 09/15/2011) |
| 09/15/2011 | 368 | *Prosecution History from the Reexamination of U.S. Patent No. 6,275,821* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Exhibit 1 to 9, # 2 Exhibit 10 to 16) (Zembek, Richard) (Filed on 9/15/2011) Modified on 9/16/2011 (cp, COURT STAFF). (Entered: 09/15/2011) |
| 09/15/2011 | 369 | Administrative Motion to File Under Seal filed by Newegg Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order)(Baldauf, Kent) (Filed on 9/15/2011) (Entered: 09/15/2011) |
| 09/15/2011 | 370 | EXHIBITS Q & R (CDs) re 364 Declaration of Theodore W. Chanlder, filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Compan y, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Related document(s) 364 ) (cp, COURT STAFF) (Filed on 9/15/2011) (Entered: 09/19/2011) |
| 09/19/2011 | | CLERKS NOTICE. Notice is hereby given that the Pretrial Conference, previously set for Tuesday, June 26, 2012, is continued to Wednesday, June 27, 2012, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.<br><br>**(This is a text only docket entry, there is no document associated with this notice.)**<br><br>(ndr, COURT STAFF) (Filed on 9/19/2011) (Entered: 09/19/2011) |
| 09/22/2011 | 371 | CERTIFICATE OF SERVICE by OfficeMax Inc. re 336 Summons Issued, 335 Third Party Complaint *served on Adobe Systems Incorporated* (McCord, Clinton) (Filed on 9/22/2011) (Entered: 09/22/2011) |
| 09/23/2011 | 372 | *Joint Stipulation and [Proposed] Order Permitting Kelora Systems, LLC, to File a Single Brief Regarding Claim Construction and Summary Judgment of Not More Than 60 Pages No Later Than October 11, 2011 [Civil L.R. 6 2 & 7 12]* by Kelora Systems, LLC, 1-800 Flowers.com Inc, Amazon.com, Inc,, et al. (Hansen, Shawn) (Filed on 9/23/2011) Modified on 9/26/2011 (cp, COURT STAFF). (Entered: 09/23/2011) |
| 09/26/2011 | 373 | RESPONSE (re 357 MOTION for Relief from Non-Dispositive Pretrial Order of Magistrate Judge Beeler re 348 Order, MOTION for Relief from Non-Dispositive Pretrial Order of Magistrate Judge Beeler re 348 Order, ) filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, |

Zappos.com, Inc.. (Attachments: # 1 Exhibit A)(Zembek, Richard) (Filed on 9/26/2011) (Entered: 09/26/2011)

| 09/26/2011 | 374 | ANSWER TO COUNTERCLAIM 342 of Defendant Audible, Inc. to Second Amended Complaint byKelora Systems, LLC. (Becker, Robert) (Filed on 9/26/2011) Modified on 9/27/2011 (cp, COURT STAFF). (Entered: 09/26/2011) |
| --- | --- | --- |
| 09/26/2011 | 375 | ANSWER TO COUNTERCLAIM 344 of Defendant Zappos.com, Inc. to Second Amended Complaint byKelora Systems, LLC. (Becker, Robert) (Filed on 9/26/2011) Modified on 9/27/2011 (cp, COURT STAFF). (Entered: 09/26/2011) |
| 09/26/2011 | 376 | ANSWER TO COUNTERCLAIM 351 of Defendant Dell, Inc. to Second Amended Complaint byKelora Systems, LLC. (Becker, Robert) (Filed on 9/26/2011) Modified on 9/27/2011 (cp, COURT STAFF). (Entered: 09/26/2011) |
| 09/27/2011 | 377 | ORDER REGARDING MOTION OF CABELAS INC., NEBRASKA FURNITURE MART, INC. AND NEWEGG INC. TO FILE UNDER SEAL THE DECLARATION OF RAY R. LARSON. Signed by Judge Claudia Wilken on 9/27/2011. (ndr, COURT STAFF) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 09/27/2011 | 378 | CLERKS NOTICE DEEMING OBJECTION DENIED. (ndr, COURT STAFF) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 09/27/2011 | 379 | ORDER (103 in 4:10-cv-04947-CW), (79 in 4:11-cv-02284-CW), (67 in 4:11-cv-01398-CW), (372 in 4:11-cv-01548-CW) Stipulation Permitting Kelora Systems, LLC, to File a Single Brief Regarding Claim Construction and Summary Judgment of Not More Than 60 Pages No Later Than October 11, 2011 [Civil L.R. 6 2 & 7 12]. Responses due by 10/11/2011. Signed by Judge Claudia Wilken on 9/27/2011. (ndr, COURT STAFF) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 10/03/2011 | 380 | NOTICE by Newegg Inc. re 377 Order Proof of Service upon Endeca (Attachments: # 1 Exhibit 1)(Clark, Bryan) (Filed on 10/3/2011) (Entered: 10/03/2011) |
| 10/04/2011 | 381 | JOINT STIPULATION to Continue Deadline to Respond to Third-Party Complaint by Adobe Systems Incorporated, OfficeMax Inc. (Hatch, Ryan) (Filed on 10/4/2011) Modified on 10/5/2011 (cp, COURT STAFF). (Entered: 10/04/2011) |
| 10/07/2011 | 382 | NOTICE by OfficeMax Inc. of Change of Attorney Information for attorneys Clinton J. McCord, John S. Letchinger, Douglas S. Rupert and Edward Timothy Walker, counsel for OfficeMax, Inc. Changing firm name to EDWARDS WILDMAN PALMER LLP. Changing e-mails to cmccord@edwardswildman.com, jletchinger@edwardswildman.com, drupert@edwardswildman.com and twalker@edwardswildman.com, respectively. (McCord, Clinton) (Filed on 10/7/2011) (Entered: 10/07/2011) |
| 10/11/2011 | 383 | Administrative Motion to File Under Seal the Declaration of Shawn G. Hansen and Exhibits A-E filed by Kelora Systems, LLC. (Attachments: # 1 Declaration of Shawn G. Hansen, # 2 Proposed Order)(Hansen, Shawn) (Filed on 10/11/2011) (Entered: 10/11/2011) |
| 10/11/2011 | 384 | RESPONSE (re 361 MOTION for Summary Judgment of Invalidity and Non-Infringement, and Claim Construction Brief ) -- Kelora Systems, LLC's Opposition -- filed byKelora Systems, LLC. (Becker, Robert) (Filed on 10/11/2011) (Entered: 10/11/2011) |
| 10/11/2011 | 385 | Declaration of Kris Kimbrough in Support of 384 Opposition/Response to Motion filed byKelora Systems, LLC. (Attachments: # 1 Exhibit A)(Related document(s) 384 ) (Becker, Robert) (Filed on 10/11/2011) (Entered: 10/11/2011) |
| 10/11/2011 | 386 | Declaration of Sherif Danish in Support of 384 Opposition/Response to Motion filed byKelora Systems, LLC. (Related document(s) 384 ) (Becker, Robert) (Filed on 10/11/2011) (Entered: 10/11/2011) |

| | | |
|---|---|---|
| 10/11/2011 | 387 | Declaration of Thomas A. Gafford in Support of 384 Opposition/Response to Motion filed byKelora Systems, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 384 ) (Becker, Robert) (Filed on 10/11/2011) (Entered: 10/11/2011) |
| 10/11/2011 | 388 | Declaration of Benjamin Kleinman in Support of 384 Opposition/Response to Motion filed byKelora Systems, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P) (Related document(s) 384 ) (Becker, Robert) (Filed on 10/11/2011) (Entered: 10/11/2011) |
| 10/17/2011 | 389 | ORDER REGARDING (383 in 4:11-cv-01548-CW), (85 in 4:11-cv-02284-CW), (73 in 4:11-cv-01398-CW) MOTION OF KELORA SYSTEMS, LLC TO FILE UNDER SEAL THE DECLARATION OF SHAWN G. HANSEN. Signed by Judge Claudia Wilken on 10/17/2011. (ndr, COURT STAFF) (Filed on 10/17/2011) (Entered: 10/17/2011) |
| 10/17/2011 | 390 | ORDER by Judge Claudia Wilken REGARDING (369 in case 4:11-cv-01548-CW), (65 in case 4:11-cv-01398-CW ), (69 in case 4:11-cv-02284-CW) MOTION OF CABELAS INC., NEBRASKA FURNITURE MART, INC. AND NEWEGG INC. TO FILE UNDER SEAL THE DECLARATION OF RAY R. LARSON. (ndr, COURT STAFF) (Filed on 10/17/2011) (Entered: 10/17/2011) |
| 10/21/2011 | 391 | Declaration of Ray R. Larson in Support of 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* filed byNewegg Inc.. (Related document (s) 361 ) (Clark, Bryan) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/21/2011 | | CLERKS NOTICE. Notice is hereby given that the motion for summary judgment of invalidity and non-infringement, and claim construction brief and the further case management conference, previously set for Thursday, November 17, 2011, is continued to Thursday, December 1, 2011, at 2:00 p.m., to be heard along with the motion to dismiss in Abode v. Kelora, case no. 11-3938, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The previous briefing schedule remains in effect. Case Management Statement due by November 24, 2011.  **(This is a text only docket entry, there is no document associated with this notice.)**  (ndr, COURT STAFF) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/21/2011 | 392 | STIPULATION *and [Proposed ] Order re Page Limit for Defendants' Reply Brief on Claim Construction and Summary Judgment* by Amazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Proposed Order)(Zembek, Richard) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/21/2011 | 393 | Amended Administrative Motion to File Under Seal *Declaration of Shawn G. Hansen and Exhibits A-E* filed by Kelora Systems, LLC. (Hansen, Shawn) (Filed on 10/21/2011) Modified on 10/24/2011 (cp, COURT STAFF). (Entered: 10/21/2011) |
| 10/21/2011 | 394 | Declaration of Shawn G. Hansen in Support of 393 Amended Administrative Motion to File Under Seal filed byKelora Systems, LLC. (Attachments: # 1 Exhibit 1)(Related document(s) 393 ) (Hansen, Shawn) (Filed on 10/21/2011) Modified on 10/24/2011 (cp, COURT STAFF). (Entered: 10/21/2011) |
| 10/24/2011 | 395 | *Further Joint Stipulation to Continue Deadline to Respond to Third-Party Complaint* by Adobe Systems Incorporated, OfficeMax Inc. (Hatch, Ryan) (Filed on 10/24/2011) Modified on 10/25/2011 (cp, COURT STAFF). (Entered: 10/24/2011) |
| 10/25/2011 | 396 | ORDER Granting (392 in 4:11-cv-01548-CW), (84 in 4:11-cv-01398-CW),(114 in 4:10-cv-04947-CW),(96 in 4:11-cv-02284-CW) Stipulation ON THE PAGE LIMIT FOR DEFENDANTS REPLY BRIEF ON CLAIM CONSTRUCTION AND SUMMARY |

| | | |
|---|---|---|
| | | JUDGMENT. Signed by Judge Claudia Wilken on 10/25/2011. (ndr, COURT STAFF) (Filed on 10/25/2011) (Entered: 10/25/2011) |
| 10/27/2011 | 397 | REPLY (re 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* ) filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Zembek, Richard) (Filed on 10/27/2011) (Entered: 10/27/2011) |
| 10/28/2011 | 398 | Declaration of Milan Merhar in Support of 393 Amended Administrative Motion to File Under Seal *Declaration of Shawn G. Hansen and Exhibits A-E* filed byEndeca Technologies, Inc.. (Attachments: # 1 Proposed Order)(Related document(s) 393 ) (Pollack, Joshua) (Filed on 10/28/2011) (Entered: 10/28/2011) |
| 10/28/2011 | 399 | Declaration of Kent E. Baldauf, Jr. in Support of 393 Amended Administrative Motion to File Under Seal *Declaration of Shawn G. Hansen and Exhibits A-E* filed byNewegg Inc.. (Attachments: # 1 Proposed Order)(Related document(s) 393 ) (Baldauf, Kent) (Filed on 10/28/2011) (Entered: 10/28/2011) |
| 10/28/2011 | 400 | Declaration of Wendy K. Akbar in Support of 393 Amended Administrative Motion to File Under Seal *Declaration of Shawn G. Hansen and Exhibits A-E* filed byNewegg Inc.. (Attachments: # 1 Proposed Order)(Related document(s) 393 ) (Baldauf, Kent) (Filed on 10/28/2011) (Entered: 10/28/2011) |
| 10/28/2011 | 401 | Declaration of Andrew Song in Support of 393 Amended Administrative Motion to File Under Seal *Declaration of Shawn G. Hansen and Exhibits A-E* filed byNewegg Inc.. (Related document(s) 393 ) (Baldauf, Kent) (Filed on 10/28/2011) (Entered: 10/28/2011) |
| 10/31/2011 | 402 | REPLY (re 393 Amended Administrative Motion to File Under Seal *Declaration of Shawn G. Hansen and Exhibits A-E* ) filed byKelora Systems, LLC. (Hansen, Shawn) (Filed on 10/31/2011) (Entered: 10/31/2011) |
| 11/02/2011 | 403 | ORDER by Judge Claudia Wilken granting in part and denying in part (393) in case 4:11-cv-01548-CW; (82) in case 4:11-cv-01398-CW; (94) in case 4:11-cv-02284-CW AMENDED ADMINISTRATIVE MOTION OF KELORA SYSTEMS, LLC TO FILE UNDER SEAL THE DECLARATION OF SHAWN G. HANSEN AND EXHIBITS A THROUGH E. (ndr, COURT STAFF) (Filed on 11/2/2011) (Entered: 11/02/2011) |
| 11/02/2011 | 404 | **\*\*\* FILED IN ERROR. REFER TO DOCUMENT 405 . \*\*\*** Letter Brief filed byKelora Systems, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Becker, Robert) (Filed on 11/2/2011) Modified on 11/3/2011 (feriab, COURT STAFF). (Entered: 11/02/2011) |
| 11/02/2011 | 405 | Letter Brief *CORRECTION OF DOCKET # 404* filed byKelora Systems, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Becker, Robert) (Filed on 11/2/2011) (Entered: 11/02/2011) |
| 11/02/2011 | 406 | STIPULATION *of Dismissal with Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant 1-800-Flowers.com, Inc.* by Kelora Systems, LLC,1-800-Flowrs.com, Inc. (Becker, Robert) (Filed on 11/2/2011) Modified on 11/3/2011 (cp, COURT STAFF). (Entered: 11/02/2011) |
| 11/03/2011 | 407 | ORDER Granting 406 Stipulation of Dismissal with Prejudice Between Plaintiff Kelora Systems, LLC, and Defendant 1-800-Flowers.com, Inc. Signed by Judge Claudia Wilken on 11/3/2011. (ndr, COURT STAFF) (Filed on 11/3/2011) (Entered: 11/03/2011) |
| 11/03/2011 | 408 | Declaration of Shawn G. Hansen in Support of 384 Opposition/Response to Motion filed byKelora Systems, LLC. (Attachments: # 1 Exhibit A, # 2 Certificate/Proof of Service)(Related document(s) 384 ) (Hansen, Shawn) (Filed on 11/3/2011) (Entered: 11/03/2011) |
| 11/03/2011 | 409 | DOCUMENT E-FILED UNDER SEAL re 403 Order on Administrative Motion to File Under |

|  |  | Seal,,,,, *Exhibits B-E to Declaration of Shawn G. Hansen* by Kelora Systems, LLC. (Attachments: # <u>1</u> Exhibit C, Part I, # <u>2</u> Exhibit C, Part II, # <u>3</u> Exhibit D, # <u>4</u> Exhibit E) (Hansen, Shawn) (Filed on 11/3/2011) (Entered: 11/03/2011) |
|---|---|---|
| 11/03/2011 | <u>410</u> | REPLY (re <u>361</u> MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* ) -- *Surreply -- and re* <u>267</u> filed byKelora Systems, LLC. (Becker, Robert) (Filed on 11/3/2011) (Entered: 11/03/2011) |
| 11/04/2011 | <u>411</u> | Letter Brief -- *Joint Letter Brief* -- filed byKelora Systems, LLC, Amazon.com Inc, Audible Inc, Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot Inc, Target Corporation, Zappos.com, Inc. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Katz, Ronald) (Filed on 11/4/2011) Modified on 11/7/2011 (cp, COURT STAFF). (Entered: 11/04/2011) |
| 11/07/2011 | <u>412</u> | CLERKS NOTICE Setting Telephonic Discovery Hearing for 11/9/2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler with counsel Robert D. Becker and Dan D. Davison. (ls, COURT STAFF) (Filed on 11/7/2011) (Entered: 11/07/2011) |
| 11/07/2011 | <u>413</u> | FURTHER Joint Stipulation to Continue Deadline to Respond to Third-Party Complaint by Adobe Systems Incorporated, OfficeMax Inc. (Hatch, Ryan) (Filed on 11/7/2011) Modified on 11/8/2011 (cp, COURT STAFF). (Entered: 11/07/2011) |
| 11/09/2011 | <u>414</u> | Minute Entry: Telephonic Discovery Hearing held on 11/9/2011 before Magistrate Judge Laurel Beeler (Date Filed: 11/9/2011). (Court Reporter Jennifer Macato) (ls, COURT STAFF) (Date Filed: 11/9/2011) (Entered: 11/09/2011) |
| 11/09/2011 | <u>415</u> | ORDER RE 11/2/2011 DISCOVERY LETTER <u>405</u> . Signed by Judge Beeler on 11/9/2011. (lblc1, COURT STAFF) (Filed on 11/9/2011) (Entered: 11/09/2011) |
| 11/09/2011 | <u>416</u> | ORDER RE 11/4/2011 DISCOVERY LETTER <u>411</u> . Signed by Judge Beeler on 11/9/2011. (lblc1, COURT STAFF) (Filed on 11/9/2011) (Entered: 11/09/2011) |
| 11/18/2011 | <u>417</u> | *Further Joint Stipulation to Continue Deadline to Respond to Third-Party Complaint* by Adobe Systems Incorporated, OfficeMax Inc. (Hatch, Ryan) (Filed on 11/18/2011) Modified on 11/21/2011 (cp, COURT STAFF). (Entered: 11/18/2011) |
| 11/22/2011 | <u>418</u> | Supplemental CASE MANAGEMENT STATEMENT *and Proposed Order* filed by Kelora Systems, LLC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Becker, Robert) (Filed on 11/22/2011) Modified on 11/23/2011 (kc, COURT STAFF). (Entered: 11/22/2011) |
| 11/28/2011 | <u>419</u> | MOTION to Appear by Telephone *at the case management and motion for summary judgment of invalidity and non-infringement hearings set for Thursday, December 1, 2011, at 2:00 p.m.* filed by OfficeMax Inc.. (Attachments: # <u>1</u> Proposed Order Granting Defendant OfficeMax, Inc.'s Request to Appear By Telephone)(McCord, Clinton) (Filed on 11/28/2011) (Entered: 11/28/2011) |
| 11/30/2011 | <u>420</u> | NOTICE of Voluntary Dismissal *of Third-Party Complaint* by OfficeMax Inc. (McCord, Clinton) (Filed on 11/30/2011) (Entered: 11/30/2011) |
| 11/30/2011 | <u>421</u> | NOTICE of Appearance by Jason W. Wolff (Wolff, Jason) (Filed on 11/30/2011) (Entered: 11/30/2011) |
| 11/30/2011 | <u>422</u> | NOTICE of Appearance by Olga Ivanovna May (May, Olga) (Filed on 11/30/2011) (Entered: 11/30/2011) |
| 11/30/2011 | <u>423</u> | NOTICE of Appearance by Frank Everett Scherkenbach (Scherkenbach, Frank) (Filed on 11/30/2011) (Entered: 11/30/2011) |
| 11/30/2011 | <u>424</u> | NOTICE of Appearance by Enrique Duarte (Duarte, Enrique) (Filed on 11/30/2011) (Entered: 11/30/2011) |

| 12/01/2011 | 427 | Minute Entry: Motion Hearing held on 12/1/2011 before Claudia Wilken (Date Filed: 12/1/2011), Further Case Management Conference NOT held on 12/1/2011 before Claudia Wilken (Date Filed: 12/1/2011). (Court Reporter Raynee Meracdo.) (ndr, COURT STAFF) (Date Filed: 12/1/2011) (Entered: 12/1/2011) |
|---|---|---|
| 12/06/2011 | 425 | ORDER re: (118 in 4:10-cv-04947-CW), (96 in 4:11-cv-01398-CW), (418 in 4:11-cv-01548-CW), (108 in 4:11-cv-02284-CW) Case Management Statement filed. Signed by Judge Claudia Wilken on 12/6/2011. (ndr, COURT STAFF) (Filed on 12/6/2011) (Entered: 12/06/2011) |
| 12/06/2011 | 426 | ORDER DENYING IN PART DEFENDANTS (94 in 4:10-cv-04947-CW),, (57 in 4:11-cv-01398-CW), (361 in 4:11-cv-01548-CW), (70 in 4:11-cv-02284-CW) MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AND SETTING DISCOVERY AND BRIEFING SCHEDULE FOR RENEWED MOTION FOR SUMMARY JUDGMENT. Supplemental brief due by 1/13/2012. Responses due by 1/20/2012. Replies due by 1/25/2012. Signed by Judge Claudia Wilken on 12/6/2011. (ndr, COURT STAFF) (Filed on 12/6/2011) (Entered: 12/06/2011) |
| 12/07/2011 | 428 | NOTICE of Appearance by Joseph A. Micallef *for Defendant and Counterclaim-Plaintiff Dell, Inc.* (Micallef, Joseph) (Filed on 12/7/2011) (Entered: 12/07/2011) |
| 12/07/2011 | 429 | NOTICE of Change of Address by Robert D. Becker , *Ronald S. Katz, Shawn G. Hansen, Eugene L. Hahm, Benjamin M. Kleinman, Neil Swartzberg, and Rhys Cheung, counsel for Kelora Systems, LLC* (Becker, Robert) (Filed on 12/7/2011) (Entered: 12/07/2011) |
| 12/08/2011 | 430 | NOTICE of Appearance by Michael Franzinger *for Defendant and Counterclaim-Plaintiff Dell, Inc.* (Franzinger, Michael) (Filed on 12/8/2011) (Entered: 12/08/2011) |
| 12/08/2011 | 431 | NOTICE of Appearance by Wonjoo Suh *for Defendant and Counterclaim-Plaintiff Dell, Inc.* (Suh, Wonjoo) (Filed on 12/8/2011) (Entered: 12/08/2011) |
| 12/09/2011 | | CLERKS NOTICE. Notice is hereby given a Further Case Management Conference has been set for Wednesday, April 11, 2012, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. Case Management Statement due by April 4, 2012. **(This is a text only docket entry, there is no document associated with this notice.)** (ndr, COURT STAFF) (Filed on 12/9/2011) (Entered: 12/09/2011) |
| 12/09/2011 | 432 | Transcript of Proceedings held on December 1, 2011, before Judge Claudia Wilken. Court Reporter Raynee H. Mercado, Telephone number 510-451-7530, raynee_mercado@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Redaction Request due 12/30/2011. Redacted Transcript Deadline set for 1/9/2012. Release of Transcript Restriction set for 3/8/2012. (rhm, ) (Filed on 12/9/2011) (Entered: 12/09/2011) |
| 12/09/2011 | 433 | STIPULATION *of Dismissal with Prejudice between Plaintiff Kelora Systems, LLC, and Defendant CircuitCity.com, Inc.; (Proposed) Order* by Kelora Systems, LLC, Circuitcity.Com Inc. (Becker, Robert) (Filed on 12/9/2011) Modified on 12/12/2011 (cp, COURT STAFF). (Entered: 12/09/2011) |
| 12/12/2011 | 434 | ORDER Granting 433 Stipulation of Dismissal with Prejudice between Plaintiff Kelora Systems, LLC, and Defendant CircuitCity.com, Inc. Signed by Judge Claudia Wilken on 12/12/2011. (ndr, COURT STAFF) (Filed on 12/12/2011) (Entered: 12/12/2011) |
| 12/20/2011 | 435 | MOTION for leave to appear in Pro Hac Vice as to Scott M. Border ( Filing fee $ 305, receipt number 44611008159.) filed by Dell, Inc.. (Attachments: # 1 Proposed Order)(cp, COURT |

STAFF) (Filed on 12/20/2011) (Entered: 12/21/2011)

| 12/22/2011 | 436 | Order granting 435 Motion for Pro Hac Vice entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 12/22/2011) |
| --- | --- | --- |
| 12/27/2011 | 437 | Letter Brief *Joint Letter Brief* filed byKelora Systems, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit A, # 10 Exhibit B, # 11 Exhibit C, # 12 Exhibit D, # 13 Exhibit E)(Katz, Ronald) (Filed on 12/27/2011) (Entered: 12/27/2011) |
| 01/03/2012 | 438 | MOTION for leave to appear in Pro Hac Vice as to Robert Greeson ( Filing fee $ 305, receipt number 34611068730.) filed by Amazon.com, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Proposed Order)(cp, COURT STAFF) (Filed on 1/3/2012) (Entered: 01/05/2012) |
| 01/06/2012 | 439 | Order granting 438 Motion for Pro Hac Vice entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/06/2012) |
| 01/10/2012 | 440 | STIPULATION and (Proposed) Order *of Dismissal With Prejudice Between Plaintiff Kelora Systems, LLC And Defendant Officemax Incorporated* by Kelora Systems, LLC, OfficeMax Inc. (Becker, Robert) (Filed on 1/10/2012) Modified on 1/11/2012 (cp, COURT STAFF). (Entered: 01/10/2012) |
| 01/11/2012 | 441 | ORDER Granting 440 Stipulation of Dismissal With Prejudice Between Plaintiff Kelora Systems, LLC And Defendant Officemax Incorporated. Signed by Judge Claudia Wilken on 1/11/2011. (ndr, COURT STAFF) (Filed on 1/11/2012) (Entered: 01/11/2012) |
| 01/13/2012 | 442 | Supplemental Brief re 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Company, Newegg Inc., Office Depot, Inc., Rockler Companies, Inc., Target Corporation, Zappos.com, Inc.. (Related document(s) 361 ) (Zembek, Richard) (Filed on 1/13/2012) Modified on 1/17/2012 (cp, COURT STAFF). (Entered: 01/13/2012) |
| 01/13/2012 | 443 | Declaration of Prof. Ray R. Larson in Support of 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief on "Resubmission"* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Company, Newegg Inc., Office Depot, Inc., Rockler Companies, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Exhibit 1 to 4, # 2 Exhibit 5 to 7)(Related document(s) 361 ) (Zembek, Richard) (Filed on 1/13/2012) (Entered: 01/13/2012) |
| 01/13/2012 | 444 | Declaration of Thomas A. Gafford and Johnette Hassel, Ph.D. in Support of Opposition re 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Company, Newegg Inc., Office Depot, Inc., Rockler Companies, Inc., Target Corporation, Zappos.com, Inc.. (Related document(s) 361 ) (Zembek, Richard) (Filed on 1/13/2012) Modified on 1/17/2012 (cp, COURT STAFF). (Entered: 01/13/2012) |
| 01/17/2012 | 445 | CLERKS NOTICE SETTING Telephonic Discovery Hearing for 1/19/2012 at 11:00 a.m. before Magistrate Judge Laurel Beeler. (ls, COURT STAFF) (Filed on 1/17/2012) (Entered: 01/17/2012) |
| 01/19/2012 | 446 | Minute Entry: Telephonic Discovery Hearing held on 1/19/2012 before Magistrate Judge Laurel Beeler (Date Filed: 1/19/2012). (Court Reporter Diane Skillman) (ls, COURT STAFF) (Date Filed: 1/19/2012) (Entered: 01/19/2012) |
| 01/20/2012 | 447 | OPPOSITION (re 442 Supplemental Brief re 361 MOTION for Summary Judgment of |

| | | |
|---|---|---|
| | | Invalidity filed byKelora Systems, LLC. (Becker, Robert) (Filed on 1/20/2012) Modified on 1/23/2012 (cp, COURT STAFF). (Entered: 01/20/2012) |
| 01/24/2012 | 448 | MOTION to Amend/Correct *Answer, Affirmative Defenses, and Counterclaims of Defendant Dell, Inc. (Unopposed)* filed by Dell, Inc.. Responses due by 2/7/2012. Replies due by 2/14/2012. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Micallef, Joseph) (Filed on 1/24/2012) (Entered: 01/24/2012) |
| 01/24/2012 | 449 | ORDER RE 12/27/2011 DISCOVERY LETTER 437 . Signed by Judge Beeler on 1/24/2011. (lblc1, COURT STAFF) (Filed on 1/24/2012) (Entered: 01/24/2012) |
| 01/25/2012 | 450 | REPLY (re 361 MOTION for Summary Judgment *of Invalidity and Non-Infringement, and Claim Construction Brief* ) filed byAmazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Company, Newegg Inc., Office Depot, Inc., Rockler Companies, Inc., Target Corporation, Zappos.com, Inc.. (Zembek, Richard) (Filed on 1/25/2012) (Entered: 01/25/2012) |
| 01/27/2012 | 451 | MOTION to Strike *the AMP Navigator Demo as Prior Art Under 35 U.S.C. § 102* filed by Kelora Systems, LLC. Motion Hearing set for 3/8/2012 02:00 PM in Courtroom 2, 4th Floor, Oakland before Hon. Claudia Wilken. Responses due by 2/10/2012. Replies due by 2/17/2012. (Attachments: # 1 Proposed Order)(Becker, Robert) (Filed on 1/27/2012) (Entered: 01/27/2012) |
| 01/27/2012 | 452 | MOTION to Shorten Time *to Consider Concurrently-Filed Motion to Strike the AMP Navigator Demo as Prior Art Under 35 U.S.C. § 102 451* filed by Kelora Systems, LLC. (Attachments: # 1 Exhibit A to Motion, # 2 Declaration of Neil Swartzberg in Support of Motion, # 3 Proposed Order)(Becker, Robert) (Filed on 1/27/2012) (Entered: 01/27/2012) |
| 01/31/2012 | 453 | ORDER by Judge Claudia Wilken denying (129) Motion to Strike ; denying (130) Motion to Shorten Time in case 4:10-cv-04947-CW; denying (451) Motion to Strike ; denying (452) Motion to Shorten Time in case 4:11-cv-01548-CW; denying (107) Motion to Strike ; denying (108) Motion to Shorten Time in case 4:11-cv-01398-CW. (ndr, COURT STAFF) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 454 | STIPULATION WITH PROPOSED ORDER *Permitting Kelora Systems, LLC, To Take the Depositions Of Audible And Zappos After Close Of Discovery* filed by Kelora Systems, LLC, Zappos.com, Inc, Target Corporation, Rockler Companies, Inc., Office Depot, Inc. Newegg Inc, Hewlett-Packard Company, Dell Inc, Costco Wholesale Corporation, Audible Inc, Amazon.com Inc (Becker, Robert) (Filed on 1/31/2012) Modified on 2/1/2012 (cp, COURT STAFF). (Entered: 01/31/2012) |
| 02/01/2012 | 455 | Order granting 454 Stipulation entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/01/2012) |
| 02/01/2012 | 456 | ERRATA *Regarding Stipulation And [Proposed] Order Permitting Kelora To Take The Depositions Of Audible And Zappos After Close Of Discovery 454* by Kelora Systems, LLC. (Becker, Robert) (Filed on 2/1/2012) (Entered: 02/01/2012) |
| 02/01/2012 | 457 | JOINT STIPULATION WITH PROPOSED ORDER *Permitting The Depositions Of Susan St. Ledger And Robert Dailey After The Close Of Fact Discovery* filed by Kelora Systems, LLC, Target Corporation, Amazon.com, Inc, Office Depot Inc, Costco Wholesale Corporation, Hewlett-Packard Company, Audible, Inc, Zappos.com Inc, Rockler Companies Inc, Dell Inc, Newegg Inc . (Becker, Robert) (Filed on 2/1/2012) Modified on 2/2/2012 (cp, COURT STAFF). (Entered: 02/01/2012) |
| 02/02/2012 | 458 | Order granting 457 Stipulation entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/02/2012) |
| 02/02/2012 | 459 | Order granting 448 Motion to Amend/Correct ; entered by Hon. Claudia Wilken. (This is a |

|  |  | text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/02/2012) |
|---|---|---|
| 02/06/2012 | 460 | Notice of Withdrawal of Motion (MacLeod, Niall) (Filed on 2/6/2012) (Entered: 02/06/2012) |
| 02/06/2012 | 461 | STIPULATION WITH PROPOSED ORDER -- *Stipulation Of Dismissal With Prejudice Between Kelora Systems, LLC, And Rockler Companies, Inc.* filed by Kelora Systems, LLC, Rockler Companies Inc. (Becker, Robert) (Filed on 2/6/2012) Modified on 2/7/2012 (cp, COURT STAFF). (Entered: 02/06/2012) |
| 02/13/2012 | 462 | STIPULATION WITH PROPOSED ORDER regarding dates for disclosure of identities and reports of expert witnesses and for rebuttal expert reports filed by Kelora Systems, LLC, Target Corporation, Amazon.com, Inc, OfficeDepot, Inc, Costco Wholesale Corporation, Hewelett-Packard Company, Audible, Inc, Zappos.com Inc, Dell, Inc, Newegg, Inc. (Becker, Robert) (Filed on 2/13/2012) Modified on 2/14/2012 (cp, COURT STAFF). (Entered: 02/13/2012) |
| 02/21/2012 | 463 | Order granting 462 Stipulation entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/21/2012) |
| 02/21/2012 | 464 | ORDER Granting 461 STIPULATION Of Dismissal With Prejudice Between Kelora Systems, LLC, And Rockler Companies. Rockler Companies, Inc. and Rockler Companies, Inc. terminated. Signed by Judge Claudia Wilken on 2/21/2012. (ndr, COURT STAFF) (Filed on 2/21/2012) (Entered: 02/21/2012) |
| 02/22/2012 | 465 | AMENDED ANSWER to *Second Amended Complaint and Counterclaims*, COUNTERCLAIM; Jury Demand against Kelora Systems, LLC byDell, Inc.. (Micallef, Joseph) (Filed on 2/22/2012) Modified on 2/23/2012 (cp, COURT STAFF). (Entered: 02/22/2012) |
| 02/29/2012 | 466 | ANSWER TO COUNTERCLAIM 465 Amended Answer to Complaint, Counterclaim , COUNTERCLAIM against Dell, Inc. byKelora Systems, LLC. (Becker, Robert) (Filed on 2/29/2012) (Entered: 02/29/2012) |
| 02/29/2012 | 467 | STIPULATION WITH PROPOSED ORDER *Permitting Kelora Systems, LLC, to Continue the Depositions of Amazon.com, Inc., and Target Corporation After Close of Discovery* filed by Kelora Systems, LLC, Zappos.com Inc, Target Corporation, Office Depot, Inc, NeweggInc, Hewlett-Packard Company, Dell, Inc, Costco Wholesale Corporation, Audible Inc, Amazon.com Inc. (Becker, Robert) (Filed on 2/29/2012) Modified on 3/1/2012 (cp, COURT STAFF). (Entered: 02/29/2012) |
| 03/02/2012 | 468 | Order granting 467 Stipulation entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 03/02/2012) |
| 03/13/2012 | 469 | STIPULATION WITH PROPOSED ORDER *Permitting Kelora Systems, LLC, to Supplement and/or Amend Its Expert Reports After Continuation of Deposition of Target Corporation* filed by Kelora Systems, LLC, Target Corporation, Amazon.com, Inc, Office Depot, Inc, Costco Wholesale Corporation, Hewlett-Packard Company, Zappos.com, Inc, DellInc, Newegg Inc. (Becker, Robert) (Filed on 3/13/2012) Modified on 3/14/2012 (cp, COURT STAFF). (Entered: 03/13/2012) |
| 03/14/2012 | 470 | Order granting 469 Stipulation entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 03/14/2012) |
| 03/16/2012 | 471 | MOTION to Withdraw as Attorney *as to Marlon Lutfiyya* filed by Dell, Inc.. Responses due by 3/30/2012. Replies due by 4/6/2012. (Bloch, David) (Filed on 3/16/2012) (Entered: 03/16/2012) |
| 04/02/2012 | 472 | MOTION to Continue *the Subsequent Case Management Conference Scheduled for April 11, 2012* filed by Amazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Company, Newegg Inc., Office Depot, Inc., Target Corporation, Zappos.com, |

| | | |
|---|---|---|
| | | Inc.. (Attachments: # 1 Declaration Theodore W. Chandler, # 2 Proposed Order)(Zembek, Richard) (Filed on 4/2/2012) (Entered: 04/02/2012) |
| 04/02/2012 | 473 | MOTION for leave to appear in Pro Hac Vice *by James J. Bosco, Jr.* ( Filing fee $ 305, receipt number 0971-6711809.) filed by Newegg Inc.. (Attachments: # 1 Proposed Order)(Shinn, Phillip) (Filed on 4/2/2012) (Entered: 04/02/2012) |
| 04/02/2012 | 474 | Order granting 472 Motion to Continue entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/02/2012) |
| 04/03/2012 | 475 | Order granting 473 Motion for Pro Hac Vice entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/03/2012) |
| 04/18/2012 | 476 | MOTION to Continue *Deadlines Until After Subsequent Case Management Conference* filed by Amazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Company, Newegg Inc., Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Declaration Dan D. Davison, # 2 Proposed Order)(Davison, Dan) (Filed on 4/18/2012) (Entered: 04/18/2012) |
| 04/19/2012 | 477 | RESPONSE (re 476 MOTION to Continue *Deadlines Until After Subsequent Case Management Conference* ) *Opposition to Continue* filed byKelora Systems, LLC. (Attachments: # 1 Declaration of Neil Swartzberg, # 2 Exhibit 1 to Declaration of Neil Swartzberg, # 3 Exhibit 2 to Declaration of Neil Swartzberg, # 4 Exhibit 3 to Declaration of Neil Swartzberg, # 5 Exhibit 4 to Declaration of Neil Swartzberg, # 6 Exhibit 5 to Declaration of Neil Swartzberg, # 7 Exhibit 6 to Declaration of Neil Swartzberg)(Becker, Robert) (Filed on 4/19/2012) (Entered: 04/19/2012) |
| 04/20/2012 | 478 | JOINT STIPULATION WITH PROPOSED ORDER *Changing the Deadline for Expert Discovery* filed by Amazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Company, Kelora Systems, LLC, Newegg Inc., Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Proposed Order)(Zembek, Richard) (Filed on 4/20/2012) Modified on 4/23/2012 (cp, COURT STAFF). (Entered: 04/20/2012) |
| 04/21/2012 | 479 | Order granting 478 Stipulation entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/21/2012) |
| 04/24/2012 | 480 | Order granting 476 Motion to Continue entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/24/2012) |
| 05/21/2012 | 481 | ORDER by Judge Claudia Wilken ON CLAIM CONSTRUCTION AND GRANTING (94 in case 4:10-cv-04947-CW); (361 in case 4:11-cv-01548-CW); (57 in case 4:11-cv-01398-CW) MOTION FOR SUMMARY JUDGMENT. (ndr, COURT STAFF) (Filed on 5/21/2012) Modified on 5/22/2012 (cpS, COURT STAFF). (Entered: 05/21/2012) |
| 05/23/2012 | 482 | CLERK'S JUDGMENT. (ndr, COURT STAFF) (Filed on 5/23/2012) (Entered: 05/23/2012) |
| 05/24/2012 | 483 | REPORT on the determination of an action regarding patent (cc: form mailed to register). (cpS, COURT STAFF) (Filed on 5/24/2012) (Entered: 05/24/2012) |
| 06/04/2012 | 484 | STIPULATION WITH PROPOSED ORDER Amending re 482 Clerk's Judgment filed by Amazon.com, Inc., Audible, Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Company, Kelora Systems, LLC, Newegg Inc., Office Depot, Inc., Target Corporation, Zappos.com, Inc.. (Attachments: # 1 Proposed Order)(Zembek, Richard) (Filed on 6/4/2012) Modified on 6/5/2012 (cpS, COURT STAFF). (Entered: 06/04/2012) |
| 06/05/2012 | 485 | Order granting 484 stipulation to amend judgment entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) |

| | | (Entered: 06/05/2012) |
|---|---|---|
| 06/05/2012 | <u>486</u> | AMENDED CLERK'S JUDGMENT in favor of Amazon.com, Inc., Audible, Inc., Cabela's Inc., Costco Wholesale Corporation, Dell, Inc., Hewlett-Packard Company, Hewlett-Packard Development Company, L.P., Microsoft Corporation, Newegg Inc., Office Depot, Inc., OfficeMax Inc., Target Corporation, Zappos.com, Inc., eBay Inc. against Kelora Systems, LLC. (ndr, COURT STAFF) (Filed on 6/5/2012) (Entered: 06/05/2012) |

| **Exhibit C:  Depositions — Civil L.R. 54-3(c)** | | | | |
|---|---|---|---|---|
| **No.** | **Deponent** | **Party** | **Date** | **Transcript** |
| 1 | Hargreaves, Timothy - Vol. 1 | Dell | 1/25/2012 | $2,232.29 |
| 2 | Hargreaves, Timothy - Vol. 2 | Dell | 1/26/2012 | $1,630.09 |
| | | | | $3,862.38 |

# I N V O I C E

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA  94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 319690 | 2/9/2012 | 252577 |
| **Job Date** | **Case No.** | |
| 1/25/2012 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph Micallef
Sidley Austin
1501 K Street Northwest
Washington, DC  20005

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Timothy Guy Hargreaves | 203.00 Pages | @ | 3.25 | 659.75 |
| 4 Day Expedite | | | | 462.84 |
| Exhibit | 514.00 Pages | @ | 0.55 | 282.70 |
| 1. Rough Draft | 175.00 | @ | 1.50 | 262.50 |
| 4. Handle/Process | | | 45.00 | 45.00 |
| Condensed Transcript | | | 27.50 | 27.50 |
| E-cd | | | 30.00 | 30.00 |
| 2. Color laser | 298.00 Pages | @ | 1.00 | 298.00 |
| 1. UPS Next Day Air | | | 164.00 | 164.00 |

**TOTAL DUE  >>>**                                   **$2,232.29**
AFTER 3/25/2012 PAY                              $2,455.52

Reference No.     :  91353546

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

**(-) Payments/Credits:**                              2,232.29
**(+) Finance Charges/Debits:**                          223.23
**(=) New Balance:**                                   **$0.00**

**Tax ID:** 76-0523238                                                Phone: 202-736-8136   Fax:

*Please detach bottom portion and return with payment.*

Joseph Micallef
Sidley Austin
1501 K Street Northwest
Washington, DC  20005

| | | |
|---|---|---|
| Invoice No. | : | 319690 |
| Invoice Date | : | 2/9/2012 |
| **Total Due** | **:** | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 252577 |
| BU ID | : | 45-SF |
| Case No. | : | |
| Case Name | : | Kelora Systems, LLC v. Target Corporation |

Remit To:   **U.S. Legal Support (CA Reporting)**
            **P O Box 79637**
            **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA  94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 319692 | 2/1/2012 | 252578 |
| **Job Date** | **Case No.** | |
| 1/26/2012 | | |

| Case Name |
|---|
| Kelora Systems, LLC v. Target Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Joseph Micallef
Sidley Austin
1501 K Street Northwest
Washington, DC  20005

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Timothy Hargreaves, Vol. 2 | 116.00 | Pages | @ | 3.25 | 377.00 |
| 3-Day Expedite | | | | | 301.60 |
| Exhibit | 1,246.00 | Pages | @ | 0.55 | 685.30 |
| 4. Handle/Process | | | | 45.00 | 45.00 |
| Condensed Transcript | | | | 27.50 | 27.50 |
| E-cd | | | | 30.00 | 30.00 |
| 1. UPS Next Day Air | | | | 163.69 | 163.69 |

|  |  |
|---|---|
| **TOTAL DUE  >>>** | **$1,630.09** |
| AFTER 3/17/2012  PAY | $1,793.10 |

Reference No.        :  91353223

Online bill pay available at www.uslegalsupport.com

|  |  |
|---|---|
| **(-) Payments/Credits:** | 1,630.09 |
| **(+) Finance Charges/Debits:** | 163.01 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 76-0523238

Phone: 202-736-8136   Fax:

*Please detach bottom portion and return with payment.*

Joseph Micallef
Sidley Austin
1501 K Street Northwest
Washington, DC  20005

| | | |
|---|---|---|
| Invoice No. | : | 319692 |
| Invoice Date | : | 2/1/2012 |
| **Total Due** | **:** | **$0.00** |

| | | | |
|---|---|---|---|
| | Job No. | : | 252578 |
| | BU ID | : | 45-SF |
| Remit To:   **U.S. Legal Support (CA Reporting)** | Case No. | : | |
| **P O Box 79637** | Case Name | : | Kelora Systems, LLC v. Target Corporation |
| **City of Industry, CA  91716-9637** | | | |

| Exhibit D:  Document Production — Civil L.R. 54-3(d)(2) | |
|---|---|
| **Description** | **Total** |
| Advanced Discovery Invoice B32014 | $36.30 |
| Advanced Discovery Invoice B32017 | $44.00 |
| Advanced Discovery Invoice B32034 | $5,095.20 |
| Advanced Discovery Invoice B35156 | $7,191.58 |
| Advanced Discovery Invoice B39801 | $5,017.33 |
| | **$17,384.41** |



**Remit to:**
**P.O. Box 415018**
**Kansas City, MO 64141-0518**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2011 | B32014 |

| Tax ID - 27-2325900 |
|---|

*Orange County ~ Chicago ~ Los Angeles ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

| Bill To | Ship To |
|---------|---------|
| Dell Inc.<br>Legal Dept MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 | Dell Inc.<br>Legal Dept.  MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| AUS000647 | Net 30 | 10/30/2011 | *CD | Kelora v Dell | Kelora | John Addington |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 0.165 | Tier 2 Processing: Includes metadata and text extraction with native file links<br>(Bates Range: Numbered Per Custodian) (P400)<br>RE:  VOL 001 | 36.30 |

Thank You!  We Appreciate Your Business..

**Signature:**

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.25%)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.



**Remit to:**
**P.O. Box 415018**
**Kansas City, MO 64141-0518**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2011 | B32017 |

| Tax ID - 27-2325900 |
|---|

*Orange County ~ Chicago ~ Los Angeles  ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

| Bill To | Ship To |
|---------|---------|
| Dell Inc.<br>Legal Dept MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 | Dell Inc.<br>Legal Dept.  MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| AUS000724 | Net 30 | 10/30/2011 | *CD | Kelora v Dell | Kelora | John Addington |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 0.2 | Tier 2 Processing; includes metadata and text extraction with native file links - per GB (P400- Linear) | 44.00 |

Thank You!  We Appreciate Your Business..

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.25%)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.



# Invoice

**Remit to:**
**P.O. Box 415018**
**Kansas City, MO 64141-0518**
**877-876-7706**

| Date | Invoice # |
|------|-----------|
| 9/30/2011 | B32034 |

| Tax ID - 27-2325900 | |

*Orange County ~ Chicago ~ Los Angeles ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

| Bill To | Ship To |
|---------|---------|
| Dell Inc.<br>Legal Dept MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 | Dell Inc.<br>Legal Dept.  MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| AUS000895 | Net 30 | 10/30/2011 | *CD | Kelora v Dell | Kelora | John Addington |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 23.16 | DELL004<br>Tier 2 Processing; Includes metadata and text extraction with native file links<br>VOL004: THARGREAVES00000001 - THARGREAVES00083801 (P400, Linear) | 5,095.20 |

Thank You!  We Appreciate Your Business..

**Signature:**

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.25%)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after
that.  Client is subject to maximum allowable finance charges on all past due accounts plus
any related attorney fees and collection charges incurred by Advanced Discovery.  Your
signature above is an agreement that the above described work has been authorized and
received.



**Remit to:**
P.O. Box 415018
**Kansas City, MO 64141-0518**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2011 | B35156 |

| Tax ID - 27-2325900 | |

*Orange County ~ Chicago ~ Los Angeles  ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

| Bill To |
|---------|
| Dell Inc.<br>Legal Dept MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 |

| Ship To |
|---------|
| Dell Inc.<br>Legal Dept.  MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| AUS000968 | Net 30 | 11/30/2011 | JPS | Kelora v Dell | Kelora v Dell | John Addington |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 32.689 | Tier 2 Processing; includes metadata and text extraction with native file links - per GB (P400, Linear)<br>(VOL005 - VOL009) | 7,191.58 |

**Signature:**

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.25%)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.



**Remit to:**
**P.O. Box 415018**
**Kansas City, MO 64141-0518**
**877-876-7706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/30/2011 | B39801 |

| Tax ID - 27-2325900 | |

*Orange County ~ Chicago ~ Los Angeles ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

| Bill To | Ship To |
|---------|---------|
| Dell Inc.<br>Legal Dept MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 | Dell Inc.<br>Legal Dept.  MS 8033<br>1 Dell Way<br>Round Rock , TX 78682 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| AUS001122 | Net 30 | 1/29/2012 | JPS | Kelora v Dell | Kelora v Dell | John Addington |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 12.84128 | Tier 2 Processing: Native File Processing; includes metadata and text extraction with native file links - Linear search - per GB (P400) | 2,825.08 |
| 5.846 | Tier 4 Production: Electronic File Conversion - B&W; includes metadata and text extraction, image files and native file links - per GB; Includes up to DELL146821: (P600) | 2,192.25 |
| | Continuing hosting and user fees, professional services and technical time included at no additional charge per agreement | |

Thank you for your business.

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.25%)** | |
| **Invoice Total** | |
| **Payments/Credits** | |
| **Balance Due** | |