KENT E. BALDAUF, JR. *(pro hac vice)*
(Pennsylvania State Bar No. 70793)
kbaldaufjr@webblaw.com
BRYAN P. CLARK *(pro hac vice)*
(Pennsylvania State Bar No. 205708)
bclark@webblaw.com
JAMES J. BOSCO, JR. *(pro hac vice)*
(Pennsylvania State Bar No. 203896)
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: 412.471.8815
Facsimile: 412.471.4094

PHILLIP F. SHINN (California State Bar No. 112051)
pshinn@foxrothschild.com
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.364.5540
Facsimile: 415.391.4436

Attorneys for Defendant
Newegg Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC, | ) Case No.: No. 4:11-cv-01548-CW |
| Plaintiff, | ) DECLARATION OF KENT E. BALDAUF, JR. IN SUPPORT OF NEWEGG INC.'S BILL OF COSTS |
| vs. | ) |
| Target Corp., et al., | ) |
| Defendants. | ) |

1

KENT E. BALDAUF, JR. declares:

1.    I am a lawyer with The Webb Law Firm and counsel of record for Newegg Inc. in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to these facts under oath.

2.    I have reviewed the items claimed in Newegg's Bill of Costs. I hereby verify that they are correct to the best of my knowledge, that they have been necessarily incurred in this action, and that the services for which fees have been charged were actually and necessarily performed.

3.    Attached as Exhibit A is a summary of the costs claimed by Newegg. This summary corresponds to the Bill of Costs filed today by Newegg. The total claimed is $31,161.09

4.    With respect to 28 U.S.C. § 1920 "Fees of the Clerk," attached as Exhibit B is an itemization and true and correct copies of the receipts showing the total payment of $855.00 for fees to the Clerk.

5.    With respect to Civil L.R. 54-3(c) "Depositions," are attached as Exhibit C is an itemization and true and correct copies of invoices showing the total payment of $12,809.60 for the costs of depositions (including videotaped deposition).

6.    With respect to Civil L.R.54-3(d)(2) "Reproduction and Exemplification," attached as Exhibit D is an itemization and true and correct copies of invoices demonstrating total payments in the amounts of $17,496.49 for the cost of reproducing disclosure or formal discovery documents used for any purpose in the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 6th day of June 2012.

_____
Kent E. Baldauf, Jr.

# Exhibit A

Summary of Newegg's Bill of Costs

| Description | Amount | Notes |
|---|---|---|
| Fees of the Clerk | $855.00 | See Exhibit B |
| Fees for Depositions | $12,809.60 | See Exhibit C |
| Fees for costs of reproducing disclosure or formal discovery documents used for any purpose | $17,496.49 | See Exhibit D |
| **TOTAL** | **$31,161.09** | |

# Exhibit B

Fees of the Clerk

| Description | Date | Amount |
|---|---|---|
| Pro hac vice application for K. Baldauf, Jr. | May 23, 2011 | $275.00 |
| Pro hac vice application for B. Clark | May 23, 2011 | $275.00 |
| Pro hac vice application for J. Bosco, Jr. | April 2, 2012 | $305.00 |
| **TOTAL** | | **$855.00** |

090096-00002

Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611007023
Cashier ID: lanahac
Transaction Date: 05/23/2011
Payer Name: San Francisco Legal Support,

PRO HAC VICE
  For: Kent E. Baldauf, Jr.
  Case/Party: D-CAN-4-11-AT-PROHAC-001
  Amount:       $275.00
PRO HAC VICE
  For: Bryan P. Clark
  Case/Party: D-CAN-4-11-AT-PROHAC-001
  Amount:       $275.00

PAPER CHECK CONVERSION
  Check/Money Order Num: 80555
  Amt Tendered:  $550.00

Total Due:     $550.00
Total Tendered: $550.00
Change Amt:     $0.00

C-11-1548-CW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

**Paulsen, Elisabeth**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, April 02, 2012 4:07 PM |
| **To:** | Paulsen, Elisabeth |
| **Subject:** | Pay.gov Payment Confirmation: CAND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any
questions or you wish to cancel this payment, please contact Pay.gov Customer Service by
phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 25687QUB
Agency Tracking ID: 0971-6711809
Transaction Type: Sale
Transaction Date: Apr 2, 2012 7:06:56 PM

Account Holder Name: FR-San Francisco
Transaction Amount: $305.00
Billing Address: 2000 Market Street
City: Philadelphia
State/Province: PA
Zip/Postal Code: 19103
Country: USA
Card Type: AmericanExpress
Card Number: ************1007

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

# Exhibit C

Deposition Transcript

| Deponent | Date | Transcript | Video | Total | Notes |
|---|---|---|---|---|---|
| James Wu, 30(b)(6) | September 7, 2011 | $794.90 | $174.00 | $968.90 | |
| Annette Kazmerski | September 8, 2011 | $301.15 | $187.00 | $488.15 | |
| Lee Cheng | September 8, 2011 | $169.00 | $187.00 | $356.00 | |
| Lee Cheng | January 31, 2012 | $620.09 | | $620.09 | |
| Christina Ching | January 31, 2012 | $315.35 | | $315.35 | |
| Richard Tseng | February 1, 2012 | $2,061.56 | | $2,061.56 | |
| Sherif Danish 30(b)(6) | February 2, 2012 | $1,887.25 | $478.00 | $2,365.25 | Video total includes synchronization only |
| Kris Kimbrough | January 31, 2012 | $2,034.00 | $440.50 | $2,474.50 | Video total includes synchronization only |
| Sherif Danish | February 1, 2012 | $1,839.20 | | $1,839.20 | |
| Thomas A. Gafford | April 23, 2012 | $1,320.60 | | $1,320.60 | |
| TOTAL | | | | $12,809.69 | |

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA  91403
Phone:818-995-0600   Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 315777 | 12/21/2011 | 236723 |
| **Job Date** | **Case No.** | |
| 9/7/2011 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

    30(b)(6) Newegg, Inc. James Wu                             794.90

                          **TOTAL DUE >>>**      **$794.90**

                          AFTER 2/4/2012  PAY      $874.39

Online bill pay available at www.uslegalsupport.com

RECEIVED
THE WEBB LAW FIRM

DEC 28 2011

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

---

**Tax ID:** 76-0523238                                         Phone: 412.471.8815     Fax:

*Please detach bottom portion and return with payment.*

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

Job No.     : 236723          BU ID      :40-GG

Case No.    :

Case Name   : Kelora Systems, LLC v. Target Corporation

Invoice No.   : 315777        Invoice Date  :12/21/2011

**Total Due**   : **$ 794.90**

AFTER 2/4/2012  PAY  $874.39

| **PAYMENT WITH CREDIT CARD**     AMEX   VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:            Phone#: |
| Billing Address: |
| Zip:         Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

Remit To: **U.S. Legal Support (CA Reporting)**
            **P O Box 79637**
            **City of Industry, CA   91716-9637**

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA  91403
Phone:818-995-0600   Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 307129 | 9/29/2011 | 236724 |
| **Job Date** | **Case No.** | |
| 9/7/2011 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

VIDEOTAPE SERVICES
  James Wu – (VIDEO)                                                                    174.00

                                              TOTAL DUE >>>                 **$174.00**
                                              AFTER 11/13/2011  PAY          $191.40

Online bill pay available at www.uslegalsupport.com

RECEIVED
THE WEBB LAW FIRM

OCT - 4 2011

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Tax ID:** 76-0523238                                      Phone: 412.471.8815   Fax:

*Please detach bottom portion and return with payment.*

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

Job No.      : 236724            BU ID      :40-GG
Case No.    :
Case Name  : Kelora Systems, LLC v. Target Corporation

Invoice No. : 307129        Invoice Date :9/29/2011
**Total Due  : $ 174.00**
AFTER 11/13/2011  PAY  $191.40

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA 91403
Phone:818-995-0600  Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 317707 | 1/12/2012 | 236726 |
| Job Date | Case No. | |
| 9/8/2011 | | |
| Case Name | | |
| Kelora Systems, LLC v. Target Corporation | | |
| Payment Terms | | |
| Due upon receipt | | |

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA 15222

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Annette Kazmerski

                                                                              301.15

                                                        **TOTAL DUE >>>**        **$301.15**
                                                        AFTER 2/26/2012 PAY          $331.27

Online bill pay available at www.uslegalsupport.com

```
RECEIVED
THE WEBB LAW FIRM
JAN 17 2012
```

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

                                                        Phone: 412.471.8815   Fax:

---

*Please detach bottom portion and return with payment.*

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA 15222

Job No.    : 236726         BU ID      :40-GG
Case No.   :
Case Name  : Kelora Systems, LLC v. Target Corporation

Invoice No. : 317707        Invoice Date :1/12/2012
**Total Due  : $ 301.15**
AFTER 2/26/2012 PAY  $331.27

**PAYMENT WITH CREDIT CARD**          AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Remit To: U.S. Legal Support (CA Reporting)**
           **P O Box 79637**
           **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA 91403
Phone:818-995-0600   Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 317708 | 1/12/2012 | 236726 |
| **Job Date** | **Case No.** | |
| 9/8/2011 | | |

| **Case Name** | | |
|---|---|---|
| Kelora Systems, LLC v. Target Corporation | | |

| **Payment Terms** | | |
|---|---|---|
| Due upon receipt | | |

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA 15222

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Lee Cheng

                                         169.00

                          **TOTAL DUE >>>**    **$169.00**
                          AFTER 2/26/2012  PAY    $185.90

Online bill pay available at www.uslegalsupport.com

```
RECEIVED
THE WEBB LAW FIRM
JAN 1 7 2012
```

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 412.471.8815   Fax:

*Please detach bottom portion and return with payment.*

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA 15222

| | | |
|---|---|---|
| Job No.    : 236726 | BU ID    :40-GG | |
| Case No.    : | | |
| Case Name  : Kelora Systems, LLC v. Target Corporation | | |

Invoice No. : 317708        Invoice Date :1/12/2012
**Total Due  : $ 169.00**
AFTER 2/26/2012 PAY $185.90

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:          Phone#: | |
| Billing Address: | |
| Zip:    Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

**Remit To: U.S. Legal Support (CA Reporting)**
            **P O Box 79637**
            **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA  91403
Phone:818-995-0600   Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 308567 | 10/11/2011 | 236727 |
| **Job Date** | **Case No.** | |
| 9/8/2011 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

---

VIDEOTAPE SERVICES
   Annette Kazmerski and Lee Cheng --- (VIDEO)                              374.00

TOTAL DUE >>>      **$374.00**
AFTER 11/25/2011  PAY    $411.40

Online bill pay available at www.uslegalsupport.com

RECEIVED
THE WEBB LAW FIRM
OCT 17 2011

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 412.471.8815   Fax:

*Please detach bottom portion and return with payment.*

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

Job No.     : 236727       BU ID       :40-GG
Case No.    :
Case Name  : Kelora Systems, LLC v. Target Corporation

Invoice No. : 308567       Invoice Date : 10/11/2011
**Total Due   : $ 374.00**
AFTER 11/25/2011  PAY  $411.40

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support (CA Reporting)**
        **P O Box 79637**
        **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA 91403
Phone:818-995-0600   Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 319782 | 2/2/2012 | 251642 |
| **Job Date** | **Case No.** | |
| 1/31/2012 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA 15222

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Lee Cheng | 105.00 Pages | @ | 3.25 | 341.25 |
| 2 Day Expedite | | | | 307.65 |
| Exhibit | 133.00 Pages | @ | 0.55 | 73.15 |
| 4. Handle/Process | | | 45.00 | 45.00 |
| Condensed Transcript | | | 27.50 | 27.50 |
| E-cd | | | 30.00 | 30.00 |
| 2. Color laser | 25.00 Pages | @ | 1.00 | 25.00 |
| 1. UPS Next Day Air | | | 78.19 | 78.19 |

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| **TOTAL DUE >>>** | **$927.74** |
| AFTER 3/18/2012 PAY | $1,020.51 |
| **(-) Payments/Credits:** | 307.65 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **620.09** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 412.471.8815   Fax:412-471-4094

*Please detach bottom portion and return with payment.*

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA 15222

| | | | | |
|---|---|---|---|---|
| Job No. | : 251642 | BU ID | : 40-GG |
| Case No. | : | | |
| Case Name | : Kelora Systems, LLC v. Target Corporation | | |
| Invoice No. | : 319782 | Invoice Date | : 2/2/2012 |
| **Total Due** | **: $620.09** | | |

Remit To:   **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA   91716-9637**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:_____

Card Number:_____

Exp. Date:_____   Phone#:_____

Billing Address:_____

Zip:_____   Card Security Code:_____

Amount to Charge:_____

Cardholder's Signature:_____

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA  91403
Phone:818-995-0600   Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 319781 | 2/2/2012 | 251642 |
| **Job Date** | **Case No.** | |
| 1/31/2012 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Christina Shawn Ching | 51.00 | Pages | @ | 3.25 | 165.75 |
| 2 Day Expedite | | | | | 149.43 |
| Exhibit | 22.00 | Pages | @ | 0.55 | 12.10 |
| 3. Ship/Handle/processing | | | | 55.00 | 55.00 |
| Condensed Transcript | | | | 27.50 | 27.50 |
| E-cd | | | | 30.00 | 30.00 |
| 2. Color laser | 25.00 | Pages | @ | 1.00 | 25.00 |
| | | **TOTAL DUE  >>>** | | | **$464.78** |
| | | AFTER 3/18/2012  PAY | | | $511.26 |

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| **(-) Payments/Credits:** | 149.43 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **315.35** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 412.471.8815   Fax:412-471-4094

*Please detach bottom portion and return with payment.*

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

| | | | | |
|---|---|---|---|---|
| Job No. | : 251642 | | BU ID | : 40-GG |
| Case No. | : | | | |
| Case Name | : Kelora Systems, LLC v. Target Corporation | | | |
| Invoice No. | : 319781 | | Invoice Date | : 2/2/2012 |
| **Total Due** | **: $315.35** | | | |

**PAYMENT WITH CREDIT CARD**                 AMEX  mastercard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **U.S. Legal Support (CA Reporting)**
            **P O Box 79637**
            **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA  91403
Phone:818-995-0600   Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 319924 | 2/3/2012 | 251643 |
| **Job Date** | **Case No.** | |
| 2/1/2012 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Richard Tseng

2,061.56

**TOTAL DUE >>>**  **$2,061.56**
AFTER 3/19/2012  PAY  $2,267.72

Online bill pay available at www.uslegalsupport.com

RECEIVED
THE WEBB LAW FIRM

FEB 17 2012

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

---

**Tax ID:** 76-0523238

Phone: 412.471.8815    Fax:412-471-4094

*Please detach bottom portion and return with payment.*

Kent Baldauf
The Web Law Firm
420 Ft. Duquesne Blvd.
Suite 1200
PIttsburgh, PA  15222

Job No.   : 251643      BU ID    :40-GG
Case No.   :
Case Name  : Kelora Systems, LLC v. Target Corporation

Invoice No. : 319924      Invoice Date :2/3/2012
**Total Due  : $ 2,061.56**
AFTER 3/19/2012  PAY  $2,267.72

| **PAYMENT WITH CREDIT CARD** | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

Remit To: **U.S. Legal Support (CA Reporting)**
        **P O Box 79637**
        **City of Industry, CA  91716-9637**

# INVOICE

THE WEBB LAW FIRM

MAR - 5 2012

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To: James J. Bosco, Jr., Esq.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

Invoice #: CA114135
Invoice Date: 02/20/2012
Balance Due: $ 1,887.25

| Case: | eBay Inc. and Microsoft Corporation v. Kelora Systems, LLC |
|---|---|
| Job #: | 132479  |  Job Date: 02/02/2012  |  Delivery: Normal |
| Location: | Sidley Austin LLP - Palo Alto Office |
| | 1001 Page Mill Road, Building 1 | Palo Alto, CA 94304 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sheri Danish 30(b)(6) Kelor | Certified Transcript | Page | 249.00 | $3.30 | $821.70 |
| 2 | | Exhibits - hard copy, scanned (B/W) | per page | 893.00 | $0.65 | $580.45 |
| 3 | | Exhibit - color copying | Per page | 13.00 | $1.50 | $19.50 |
| 4 | | CD Depo | Per CD | 1.00 | $39.00 | $39.00 |
| 5 | | Transcript - Rough ASCII | Page | 249.00 | $1.40 | $348.60 |
| 6 | | Production & Handling | | 1.00 | $50.00 | $50.00 |
| 7 | | Delivery | Package | 1.00 | $28.00 | $28.00 |

| | | |
|---|---|---|
| Notes: | Invoice Total | $1,887.25 |
| | Payment | |
| | Credit | |
| | Interest | $0.00 |
| Fed. Tax ID: 20-3132569    Term: Net 30 | Balance Due | $1,887.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: Veritext

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice # CA114135
Job # 132479
Invoice Date 02/20/2012
Balance $1,887.25

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on changes offered to our services please consult www.veritext.com/pricing.

# INVOICE

MAR 1 9 2012

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 775
Los Angeles, CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

Bill To: James J. Bosco, Jr., Esq.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

| | |
|---|---|
| Invoice #: | CA117391 |
| Invoice Date: | 03/07/2012 |
| Balance Due: | $ 478.00 |

| | |
|---|---|
| Case: | eBay Inc. and Microsoft Corporation v. Kelora Systems, LLC |
| Job #: | 132479 | Job Date: 02/02/2012 | Delivery: Normal |
| Location: | Sidley Austin LLP - Palo Alto Office |
| | 1001 Page Mill Road, Building 1 | Palo Alto, CA 94304 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sherif Danish 30(b)(6) Kelor | Video - transcript synchronization | Per hour | 6.00 | $75.00 | $450.00 |
| | | Delivery | Package | 1.00 | $28.00 | $28.00 |

| | | |
|---|---|---|
| Notes: | Invoice Total | $478.00 |
| | Payment | |
| | Credit | |
| | Interest | $0.00 |
| | Balance Due | $478.00 |

Fed. Tax ID: 20-3132569        Terms: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

| | |
|---|---|
| Invoice # | CA117391 |
| Job # | 132479 |
| Invoice Date | 03/07/2012 |
| Balance | $478.00 |

Credit Card #_____ Exp. Date_____
(SIGNATURE AS IT APPEARS ON CREDIT CARD)

(PRINT NAME AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges please call 866-299-5127 or visit us online at www.veritext.com/vericredit

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To: James J. Bosco, Jr., Esq.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

| | |
|---|---|
| Invoice #: | CA114146 |
| Invoice Date: | 02/20/2012 |
| Balance Due: | $ 2,034.00 |

| | |
|---|---|
| Case: | eBay Inc. and Microsoft Corporation v. Kelora Systems, LLC |
| Job #: | 132478  |  Job Date: 01/31/2012  |  Delivery:  Normal |
| Location: | Sidley Austin LLP - Palo Alto Office<br>1001 Page Mill Road, Building 1 | Palo Alto, CA 94304 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kris Kimbrough | Certified Transcript | Page | 250.00 | $3.30 | $825.00 |
| 2 | | Transcript - Rough ASCII | Page | 250.00 | $1.30 | $325.00 |
| 3 | | Exhibits - hard copy, scanned (B/W) | per page | 1,180.00 | $0.65 | $767.00 |
| 4 | | CD Depo | Per CD | 1.00 | $39.00 | $39.00 |
| 5 | | Production & Handling | | 1.00 | $50.00 | $50.00 |
| 6 | | Delivery | Package | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $2,034.00 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $2,034.00 |

Fed. Tax ID: 20-3132569         Term: Net 30

UPON RECEIPT: Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment**

Make check payable to:  Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA114146 |
| Job #: | 132478 |
| Invoice Date: | 02/20/2012 |
| Balance: | $2,034.00 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult : www.veritext.com/service.info

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

MAR 19 2012

THE WEBB LAW FIRM

Bill To: James J. Bosco, Jr., Esq.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

| | |
|---|---|
| Invoice #: | CA117006 |
| Invoice Date: | 03/05/2012 |
| Balance Due: | $ 440.50 |

| | |
|---|---|
| Case: | eBay Inc. and Microsoft Corporation v. Kelora Systems, LLC |
| Job #: | 132478 | Job Date: 01/31/2012 | Delivery: Normal |
| Location: | Sidley Austin LLP - Palo Alto Office |
| | 1001 Page Mill Road, Building 1 | Palo Alto, CA 94304 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | Kris Kimbrough | Video - transcript synchronization | Per hour | 5.50 | $75.00 | $412.50 |
| | | Delivery | Package | 1.00 | $28.00 | $28.00 |
| Notes: | | | | | Invoice Total | $440.50 |
| | | | | | Payment | |
| | | | | | Credit | |
| | | | | | Interest | $0.00 |
| | | | | | Balance Due | $440.50 |

Fed. Tax ID: 20-3132569       Terms: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA117006 |
| Job #: | 132478 |
| Invoice Date: | 03/05/2012 |
| Balance | $440.50 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For invoice or form questions or issues, please consult us at www.veritext.com/service info

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

MAR - 6 2012

| Bill To: | James J. Bosco, Jr., Esq.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA 15222 | Invoice #: | CA114651 |
|---|---|---|---|
| | | Invoice Date: | 02/22/2012 |
| | | Balance Due: | $ 1,839.20 |

| Case: | Kelora Systems, Llc v. Target Corporation |
|---|---|
| Job #: | 132474   Job Date: 02/01/2012   Delivery:   Normal |
| Location: | Sidley Austin LLP - Palo Alto Office<br>1001 Page Mill Road, Building 1 Palo Alto, CA 94304 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sherif Danish | Certified Transcript | Page | 280.00 | $3.30 | $924.00 |
| 2 | | Transcript - Rough ASCII | Page | 280.00 | $1.30 | $364.00 |
| 3 | | Exhibits - hard copy, scanned (B/W) | per page | 668.00 | $0.65 | $434.20 |
| 4 | | CD Depo | Per CD | 1.00 | $39.00 | $39.00 |
| 5 | | Production & Handling | | 1.00 | $50.00 | $50.00 |
| 6 | | Delivery | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | Invoice Total: | $1,839.20 |
|---|---|---|---|
| | | Payment: | |
| | | Credit: | |
| | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Terms: Net 30 | Balance Due: | $1,839.20 |

Terms: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

| Make check payable to: | Veritext | Invoice #: | CA114651 |
|---|---|---|---|
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | | Job #: | 132474 |
| | | Invoice Date: | 02/22/2012 |
| | | Balance | $1,839.20 |

Credit Card #: _____ Exp. Date: _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

Terms: Information on charges related to our services please consult www.veritext.com/services.php

# INVOICE

MAY 1 5 2012

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To: James J. Bosco, Jr., Esq.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

| | |
|---|---|
| Invoice #: | CA128420 |
| Invoice Date: | 05/09/2012 |
| Balance Due: | $ 1,320.60 |

| | |
|---|---|
| Case: | eBay Inc. and Microsoft Corporation v. Kelora Systems, LLC |
| Job #: | 141552  \|  Job Date: 04/23/2012  \|  Delivery:   Normal |
| Location: | Sidley Austin LLP - Palo Alto Office
1001 Page Mill Road \| Building 1 \| Palo Alto, CA 94304 |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| | Thomas A. Gafford | Certified Transcript | Page | 139.00 | $458.70 |
| | | Exhibit - color copying | Per page | 169.00 | $253.50 |
| | | Exhibits- hard copy, scanned (B/W) | per page | 756.00 | $491.40 |
| | | CD Depo | Per CD | 1.00 | $39.00 |
| | | Production & Handling | | 1.00 | $50.00 |
| | | Delivery | Package | 1.00 | $28.00 |

Notes:

| | | |
|---|---|---|
| Invoice Total: | $1,320.60 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,320.60 |

Fed. Tax ID: 20-3132569       Term: Net 30

TERMS Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   Veritext

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card #                             Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA128420 |
| Job #: | 141552 |
| Invoice Date: | 05/09/2012 |
| Balance : | $1,320.60 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# Exhibit D

Discovery Documents

| Description | Amount |
|---|---|
| Clicks Inv. 1149122: Imaging and Producion | $115.16 |
| Clicks Inv. 1149950: Imaging and Producion | $252.48 |
| Clicks Inv. 1150034: Imaging and Producion | $193.26 |
| Clicks Inv. 1150380: Imaging and Producion | $267.81 |
| Clicks Inv. 1152241: Imaging and Producion | $1,592.83 |
| Clicks Inv. 1152355: Imaging and Producion | $52.76 |
| Clicks Inv. 1152729: Imaging and Producion | $321.33 |
| Clicks Inv. 1153070: Imaging and Producion | $225.20 |
| Clicks Inv. 1153773: Imaging and Producion | $115.16 |
| e-Stet Inv/ LA002081.01: Imaging and Production | $14,360.50 |
| **TOTAL** | **$17,496.49** |



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1149122** |
| INVOICE DATE: | **06/14/11** |
| CUSTOMER ID: | **1364** |
| CLiCKS W.O. NUMBER: | 1207MDK |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| | | | |
|---|---|---|---|
| BILL TO: PURCHASER | **The Webb Law Firm**<br>One Gateway Center Suite1200<br>Pittsburgh PA 15222 | MAIN PHONE: | 412-471-8815 |
| CLIENT REFERENCE: | **5188-103760** | DIRECT PHONE: | |
| DELIVER TO: | **Jody M. Nelson Burgess** | DELIVERY TIME: | **12:00 PM** |
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 06/14/11 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Hourly Charge ( load file creation )<br>1 hour | 1 @ | $80.00000 | = | $80.00 |
| V3 | Cd Creation ( PRPROD001, KS001 & KS002 )<br>3 cds | 3 @ | $8.95000 | = | $26.85 |

*  INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $106.85 |
| SALES TAX: | $8.31 |

| | |
|---|---|
| for payment received  ON or BEFORE 07/29/11<br>pay Discounted Total | **$115.16** |
| for payment received  AFTER 07/29/11<br>1364<br>1149122   pay Total: | **$127.03** |

X  _____    | TIME DELIVERED:

### Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20110614:SK:1053    1187 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1149950** |
| INVOICE DATE: | **08/08/11** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1543MDK |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| | | | |
|---|---|---|---|
| BILL TO: PURCHASER | **The Webb Law Firm** One Gateway Center Suite1200 Pittsburgh PA 15222 | MAIN PHONE: | 412-471-8815 |
| CLIENT REFERENCE: | **5188-103760** | DIRECT PHONE: | |
| DELIVER TO: | **Jody M. Nelson Burgess** | DELIVERY TIME: | **12:00 PM** |
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 08/08/11 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Electronic Image Redaction 3606 images | 3,606 @ | $0.02000 | = | $72.12 |
| T1 | Image OCR 3606 images | 3,606 @ | $0.03000 | = | $108.18 |
| T2 | Image Endorse 3606 images - NEGG000001-NEGG003606 | 3,606 @ | $0.01000 | = | $36.06 |
| V3 | Cd Creation ( Vol001) 2 cds | 2 @ | $8.95000 | = | $17.90 |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $234.26 |
| SALES TAX: | $18.22 |

| | |
|---|---|
| for payment received **ON or BEFORE 09/22/11** pay Discounted Total: | **$252.48** |
| for payment received **AFTER 09/22/11** pay Total: 1364 1149950 | **$278.51** |

X ~~~~~~~~~~

| TIME DELIVERED: | |
|---|---|

### Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

**Pay by credit card or other**
**payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CliCKS     EIN: 25-1658622          20110808:SK:0745     2603 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1150034** |
| INVOICE DATE: | **08/12/11** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1430MAZ |

411 Seventh Avenue, Suite 1204
Pittsburg, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| BILL TO: PURCHASER | **The Webb Law Firm** One Gateway Center Suite1200 Pittsburgh PA 15222 | MAIN PHONE: | 412-471-8815 |
|---|---|---|---|
| CLIENT REFERENCE: | **5188-103760** | DIRECT PHONE: | |

| DELIVER TO: | **Jody M. Nelson Burgess** | DELIVERY TIME: | 12:00 PM |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 08/12/11 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Hourly Charge (Document Prep) multiple cds .5 hour | .5 @ | $80.00000 | = | $40.00 |
| T4 | Electronic Image Redaction 4047 images | 4,047 @ | $0.02000 | = | $80.94 |
| T2 | Image Endorse 4047 images - NEGG003607 - NEGG007680 | 4,047 @ | $0.01000 | = | $40.47 |
| V3 | Cd Creation ( Vol002 ) 2 cds | 2 @ | $8.95000 | = | $17.90 |

* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $179.31 |
| SALES TAX: | $13.95 |

| for payment received **ON or BEFORE 09/26/11** pay Discounted Total | **$193.26** |
|---|---|
| for payment received **AFTER 09/26/11** pay Total 1364 1150034 | **$213.18** |

X  ~~[signature]~~

| TIME DELIVERED: | |
|---|---|

**Please REMIT FROM THIS INVOICE to:**

**CliCKS - Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS   EIN: 25-1658622         20110812:SK:1019    1992 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1150380** |
| INVOICE DATE: | **09/02/11** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1155DA |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| | | | |
|---|---|---|---|
| **BILL TO: PURCHASER** | **The Webb Law Firm** One Gateway Center Suite1200 Pittsburgh PA 15222 | MAIN PHONE: | 412-471-8815 |
| **CLIENT REFERENCE:** | **5188-0103760** | DIRECT PHONE: | |

| | | | |
|---|---|---|---|
| DELIVER TO: | **Jody M. Nelson Burgess** | DELIVERY TIME: | **12:00 PM** |
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 09/02/11 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Electronic Image Redaction 7686 images redacted | 7,686 @ | $0.02000 | = | $153.72 |
| T2 | Image Endorse 7686 images | 7,686 @ | $0.01000 | = | $76.86 |
| V3 | Cd Creation ( Vol003 ) 2 cds | 2 @ | $8.95000 | = | $17.90 |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit. Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $248.48 |
| SALES TAX: | $19.33 |

| | |
|---|---|
| for payment received **ON or BEFORE 10/17/11** pay Discounted Total: | **$267.81** |
| for payment received **AFTER 10/17/11** pay Total: | **$295.42** |

1364
1150380

X _Jody Nelson Burgess_     TIME DELIVERED:

**Please REMIT FROM THIS INVOICE to:**

**CliCKS - Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

**Pay by credit card or other payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CliCKS     EIN: 25-1658622     20110902:SK:0854     2761 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1152241** |
| INVOICE DATE: | **12/22/11** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1405CR |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| BILL TO: PURCHASER | **The Webb Law Firm** | MAIN PHONE: | 412-471-8815 |
|---|---|---|---|
| | One Gateway Center Suite1200 | | |
| | Pittsburgh PA 15222 | | |
| CLIENT REFERENCE: | **5188-103760** | DIRECT PHONE: | |

| DELIVER TO: | **Jody M. Nelson Burgess** | DELIVERY TIME: | **4:00 PM** |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 12/22/11 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Production From Briefcases - Extracted Images and Fields From Summation SBF 1 Hours | 1 @ | $80.00000 | = | $80.00 |
| T1 | Production From Briefcases (OCR) 32,197 Total Images OCR'ed | 32,197 @ | $0.03000 | = | $965.91 |
| T2 | Production From Briefcases (Branding) NEGG018042 - 050238 | | | | |
| T2 | 32,197 Total Images Branded | 32,197 @ | $0.01000 | = | $321.97 |
| V3 | DVD Creation 1 Summtion 1 Concordance | 2 @ | $15.00000 | = | $30.00 |
| V3 | KS007 - Receated CD For Loading into Summation Updated Load File and Moved Text | | | | |
| V3 | Files into proper folders | 1 @ | $80.00000 | = | $80.00 |

* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $1,477.88 |
| SALES TAX: | $114.95 |

| for payment received  **ON or BEFORE 02/05/12** pay Discounted Total | **$1,592.83** |
|---|---|
| for payment received  **AFTER 02/05/12** pay Total  1364  1152241 | **$1,757.04** |

X _Jody Burgess_   | TIME DELIVERED: |

### Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 001
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS   EIN: 25-1658622      20111222:CR:1351    16421 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1152355** |
| INVOICE DATE: | **01/05/12** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1623MDK |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

---

**BILL TO: PURCHASER**  **The Webb Law Firm**
One Gateway Center Suite1200
Pittsburgh PA 15222

MAIN PHONE:   412-471-8815

**CLIENT REFERENCE:**  **5188-103760**

DIRECT PHONE:

**DELIVER TO:**  **Jody M. Nelson Burgess**

DELIVERY TIME:  **4:00 PM**

**DELIVERY INSTRUCTIONS:**

DELIVERY DATE:  01/05/12

---

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Tech Time ( load file creation ) .5 hour | .5 @ | $80.00000 | = | $40.00 |
| V3 | CD Creation 1 cd | 1 @ | $8.95000 | = | $8.95 |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid.  After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower.  In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $48.95 |
| SALES TAX: | $3.81 |

for payment received  **ON or BEFORE 02/19/12**
pay Discounted Total:  **$52.76**

for payment received  **AFTER 02/19/12**
pay Total:  **$58.20**

1364
1152355

X _____

TIME DELIVERED:

**Please REMIT FROM THIS INVOICE to:**

**CliCKS - Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

**Pay by credit card or other payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CliCKS   EIN: 25-1658622   20120105:SK:0940   544 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1152729** |
| INVOICE DATE: | **01/27/12** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1026CR |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| | | | |
|---|---|---|---|
| **BILL TO: PURCHASER** | **The Webb Law Firm** One Gateway Center Suite1200 Pittsburgh PA 15222 | MAIN PHONE: | 412-471-8815 |
| **CLIENT REFERENCE:** | **5188-103760** | DIRECT PHONE: | |
| **DELIVER TO:** | **Jody M. Nelson Burgess** | DELIVERY TIME: | **4:00 PM** |
| **DELIVERY INSTRUCTIONS:** | Project Delivered On 1-26-12 | DELIVERY DATE: | 01/27/12 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Manually Select Documents From Customer Provided Sheet 1 Hour | 1 @ | $40.00000 | = | $40.00 |
| T4 | Database Set Up - Match Provided Metadata and Extracted Text To Loaded Files | 1 @ | $80.00000 | = | $80.00 |
| T2 | Electronic Redaction - Redacted Old Control Numbers From Selected Documents 5938 Images | 5,938 @ | $0.02000 | = | $118.76 |
| T2 | Branding Branding 5938 Images | 5,938 @ | $0.01000 | = | $59.38 |
| V3 | Returned Project On Customer Provided Hard Drive - No Charge | | | | |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $298.14 |
| SALES TAX: | $23.19 |

| | |
|---|---|
| for payment received **ON or BEFORE 03/12/12** pay Discounted Total | **$321.33** |
| for payment received **AFTER 03/12/12** 1364 1152729 pay Total | **$354.46** |

X _____

TIME DELIVERED: _____

### Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 001
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222**

**Pay by credit card or other payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20120127:CR:1020    3313 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1153070** |
| INVOICE DATE: | **02/16/12** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1010DA |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| | | | |
|---|---|---|---|
| **BILL TO:** PURCHASER | **The Webb Law Firm** One Gateway Center Suite1200 Pittsburgh PA 15222 | MAIN PHONE: | 412-471-8815 |
| **CLIENT REFERENCE:** | **5188-103760** | DIRECT PHONE: | |
| **DELIVER TO:** | **Jody M. Nelson Burgess** | DELIVERY TIME: | **4:00 PM** |
| **DELIVERY INSTRUCTIONS:** | | DELIVERY DATE: | 02/16/12 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Set up Multiple Volumes for Summation Load 2.5 Hours | 2.5 @ | $80.00000 | = | $200.00 |
| V3 | Media Creation 1 DVD | 1 @ | $8.95000 | = | $8.95 |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $208.95 |
| SALES TAX: | $16.25 |

| | |
|---|---|
| for payment received <u>ON or BEFORE 04/01/12</u> **pay Discounted Total:** | **$225.20** |
| for payment received <u>AFTER 04/01/12</u> **pay Total:** 1364 1153070 | **$248.42** |

X _____   TIME DELIVERED: _____

**Please REMIT FROM THIS INVOICE to:**

**CliCKS - Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20120216:CR:0909    2322 MDK



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **1153773** |
| INVOICE DATE: | **03/26/12** |
| CUSTOMER ID: | **1364** |
| CliCKS W.O. NUMBER: | 1051MDK |

411 Seventh Avenue, Suite 1204
Pittsburgh, Pennsylvania 15219
412-261-4233 · Fax: 412-261-4422

| BILL TO: PURCHASER | **The Webb Law Firm**<br>One Gateway Center Suite1200<br>Pittsburgh PA 15222 | MAIN PHONE: | 412-471-8815 |
|---|---|---|---|
| CLIENT REFERENCE: | **5188-103760** | DIRECT PHONE: | |

| DELIVER TO: | **Jody M. Nelson Burgess** | DELIVERY TIME: | **4:00 PM** |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 03/26/12 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| T4 | Tech Time ( hourly charge )<br>1 hour | 1 @ | $80.00000 | = | $80.00 |
| V3 | CD/DVD Creation ( KS011 - KS013 )<br>3 cd/dvds | 3 @ | $8.95000 | = | $26.85 |

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the Invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $106.85 |
| SALES TAX: | $8.31 |

| for payment received **ON or BEFORE 05/10/12**<br>pay Discounted Total: | **$115.16** |
|---|---|
| for payment received **AFTER 05/10/12**<br>1364   pay Total:<br>1153773 | **$127.03** |

X _(signature)_

| TIME DELIVERED: |
|---|

**Please REMIT FROM THIS INVOICE to:**

**CliCKS - Dept 001**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

**Pay by credit card or other**
**payment questions: 800-776-9569**

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622      20120326:SK:1103    1187 MDK



e-Stet
448 S. Hill St.
Suite 608
Los Angeles, CA 90013

(213)744-1414

# Invoice

| Date | Invoice |
|------|---------|
| 01/31/2012 | LA002081.01 |

| Terms | Due Date |
|-------|----------|
| 30 Net | 03/01/2012 |

Newegg
16839 E. Gale Ave.
City of Industry, CA 91745

| | | Client Matter | Project |
|---|---|---|---|
| | | NEWEGG | Kelora |

| Quantity | Description | Price | Amount |
|----------|-------------|-------|--------|
| 31.5 | • Full native file processing (per GB) | 175.00 | 5,512.50 |
| 26 | • Conversion of native files to TIFF format (per GB) | 400.00 | 10,400.00 |
| 5 | • Technical Services (Hourly) | 175.00 | 875.00 |
| 3 | • External USB hard drive | 85.00 | 255.00 |
| 3 | • Messenger | 62.00 | 186.00 |
| 2 | • FedEx Shipping | 66.00 | 132.00 |
| -1 | • Management Discount | 3,000.00 | -3,000.00 |

| | Total | $14,360.50 |
|---|---|---|