Dan D. Davison <ddavison@fulbright.com> (*pro hac vice*)
Richard S. Zembek <rzembek@fulbright.com> (*pro hac vice*)
Daniel S. Leventhal <dleventhal@fulbright.com> (*pro hac vice*)
Gilbert A. Greene <ggreene@fulbright.com> (*pro hac vice*)
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone:      (214) 855-8000
Facsimile:      (214) 855-8200

John A. O'Malley <jomalley@fulbright.com> (Bar No. 101181)
Aaron D. Gopen <agopen@fulbright.com> (Bar No. 268451)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Los Angeles, California 90071
Telephone:      (213) 892-9200
Facsimile:      (213) 892-9494

*Attorneys for Defendants*
TARGET CORPORATION, AMAZON.COM, INC.,
OFFICE DEPOT, INC., COSTCO WHOLESALE CORPORATION,
HEWLETT-PACKARD COMPANY,
ZAPPOS.COM, INC., AND AUDIBLE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Kelora Systems, LLC, <br><br>     *Plaintiff and Counterclaim-Defendant,* <br><br>   vs. <br><br> Target Corporation; Rockler Companies, Inc.; Amazon, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; Audible, Inc.; and Zappos.com, Inc., <br><br>     *Defendants and Counterclaim-Plaintiffs.* | No. 4:11-cv-1548-CW (filed Nov. 8, 2010) <br><br> **DECLARATION OF DAN D. DAVISON IN SUPPORT OF AMAZON.COM, INC., AUDIBLE, INC., AND ZAPPOS.COM, INC.'S BILL OF COSTS** |

-1-

DAN D. DAVISON declares:

     1.      My name is Dan D. Davison and I am a partner with the law firm of Fulbright & Jaworski L.L.P.  I am counsel for Defendants  Target Corporation, Amazon.com, Inc., Office Depot, Inc., Costco Wholesale Corporation, Hewlett-Packard Company, Zappos.com, Inc., and Audible, Inc. in Case No. 4:11-cv-1548-CW.  The following facts are true and correct, within my own personal knowledge, and if called upon to do so, I could and would competently testify as to the facts under oath.

     2.      This Declaration is submitted in support of the Bill of Costs being filed today by Amazon, Audible, and Zappos.  In addition to its own costs, Amazon paid for the costs incurred during this case by its co-defendants Audible and Zappos, and therefore this Bill of Costs covers the costs incurred by Amazon, Audible, and Zappos, collectively.

     3.  I have reviewed the items claimed in Amazon, Audible, and Zappos's Bill of Costs. I hereby verify that they are correct to the best of my knowledge, that they have been necessarily incurred in this action, and that the services for which fees have been charged were actually and necessarily performed.

     4.     Attached as **Exhibit A** is a summary of the costs claimed by Amazon, Audible, and Zappos. This summary corresponds to the Bill of Costs filed today by Amazon, Audible, and Zappos. The total claimed is $102,866.46.

     5.  With respect to 28 U.S.C. §1920(1) "Fees of the clerk and marshal", and Civil L.R. 54-3(a) "Fees for Filing and Service of Process", attached as **Exhibit B** are an itemization and true and correct copies of documents demonstrating a total payment of $281.00 for fees to the Clerk.

     6.  With respect to 28 U.S.C. § 1920(2) "Fees for printed . . . transcripts necessarily obtained for use in the case" and Civil L.R. 54-3(b) "Reporters' Transcripts," attached as **Exhibit C** are an itemization and true and correct copies of documents demonstrating a total payment of $69.54 for the cost of transcripts. These transcripts were necessarily obtained for use in the case.

-2-

**DECLARATION OF DAN D. DAVISON IN SUPPORT OF AMAZON.COM, INC.,
AUDIBLE, INC., AND ZAPPOS.COM, INC.'S BILL OF COSTS**
No. 11-1548-CW

7.   With respect to Civil L.R. 54-3(c) "Depositions," attached as **Exhibit D** are an itemization and true and correct copies of documents demonstrating a total payment of $12,715.83 for the cost of depositions (including videotaped depositions).

8.   With respect to Civil L.R. 54-3(d)(2) "Reproduction and Exemplification," attached as **Exhibit E** are an itemization and true and correct copies of documents demonstrating a total payment exceeding $89,800.09 for the cost of reproducing disclosure or formal discovery documents used for any purpose in the case. The amount claimed by Amazon reflects the cost of producing documents in the format specified by Kelora in the Joint Case Management Statement:

> The parties agree to produce all documents electronically, and agree to discuss and seek agreement on protocols with respect to identification, review, and production of electronically stored information. Electronically stored information shall be produced in an electronic format to be agreed upon by the parties (e.g., OCR and TIFF files with a Concordance, summation, or like compatible load file) and to reasonably accommodate one another's requests for OCR and load-file information to allow processing of production documents by the receiving party. Additionally, the parties agree to reasonably accommodate one another's requests for production of certain documents in native format, such as financial information in native Excel format, to facilitate use by each party and their experts.

*See* ECF No. 250 at 10 (May 24, 2011).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 6, 2012.

_____
DAN D. DAVISON

-3-

**DECLARATION OF DAN D. DAVISON IN SUPPORT OF AMAZON.COM, INC., AUDIBLE, INC., AND ZAPPOS.COM, INC.'S BILL OF COSTS**
No. 11-1548-CW

1

**SIGNATURE ATTESTATION**

2

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the

3

filing of this document has been obtained from each of the other signatories shown above.

4

5

/s/ *Richard S. Zembek*

Richard S. Zembek

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DAN D. DAVISON IN SUPPORT OF AMAZON.COM, INC.,
AUDIBLE, INC., AND ZAPPOS.COM, INC.'S BILL OF COSTS**
No. 11-1548-CW

# EXHIBIT A

**Exhibit A: Summary of Amazon.com, Inc. Bill of Costs**

| Cost Desc | Amount | Notes |
|---|---|---|
| Fees of the Clerk | 281.00 | See Exhibit B |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 69.54 | See Exhibit C |
| Fees for deposition transcripts | $12,715.83 | See Exhibit D |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $89,800.09 | See Exhibit E |
| **TOTAL** | **102,866.46** | |

# EXHIBIT B

**Exhibit B: Fees of the Clerk -- Civil L.R. 54.3(a)**

| Description | Bill Date | Amount |
|---|---|---|
| Clerk of Court - Northern District of California Pro Hac Vice Application fees for: Dan D. Davidson, Gilbert A. Greene, Daniel S. Leventhal, Richard S. Zembek. Share of Court fees (share with Costco Wholesales Corporation, Hewlett-Packard Company, Office Depot, Inc. and Target Corporation). | 05/13/2011 | $220.00 |
| Clerk of Court - Northern District of California Pro Hac Vice fee for Robert Greeson. Share of Court fees (share with Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc. and Target Corporation). | 01/17/2012 | $61.00 |
| **Total** | | **$281.00** |

# FEE SCHEDULE SUMMARY

Please note that unlike in State Court there is no fee for filing answers, motions and other pleadings once the complaint has been filed. Fees may be paid in cash (exact change required), by certified check, money order or credit card. Checks and money orders must be made out to: **CLERK, U.S. DISTRICT COURT.**

| FILING FEES | |
|---|---|
| Civil Case | $  350.00 |
| Notice of Appeal | $  455.00 |
| Habeas Corpus Petition | $    5.00 |
| Miscellaneous Action (Any document that is not related to a pending case or proceeding) | $   39.00 |
| Civil Action under (LIBERTAD) Act of 1996 (22 USC § 6021-91) (This fee is in addition to the $350 civil case filing fee) | $5,431.00 |

| ATTORNEY ADMISSION FEES | |
|---|---|
| Attorney Admission (including Certificate of Admission) | $275.00 |
| Attorney Admission pro hac vice | $275.00 |
| Certificate of Admission or Certificate of Good Standing | $  15.00 |
| Power of Attorney (per attorney, per company) | $  39.00 |

| COPY SERVICE FEES | |
|---|---|
| Certification Fee (Per Document) | $   9.00 |
| Exemplification Fee (Per Document) | $ 18.00 |
| Records Search (Per Name or Item)* | $ 26.00 |
| Records Search Conducted by the PACER Service Center | $ 26.00 |
| Reproducing Fee* (For any record or paper document whether from original documents or from microfiche or microfilm reproductions of original records.) | $ 0.50/page |
| Printing Fee* For copies of any record or document accessed electronically at a public terminal in the courthouse | $ 0.10/page |
| Reproduction Fee of an Audio Recording of a Court Proceeding* | $ 26.00 |
| Record Retrieval (Federal Records Center or National Archives) | $ 45.00 |
| *The United States is required to pay these fees only if the record at issue is also available electronically. | |

| MISCELLANEOUS FEES | |
|---|---|
| Returned Check (Insufficient Funds) | $45.00 |
| Appeal to a District Judge from a Judgment of Conviction by a Magistrate Judge in a misdemeanor case | $32.00 |
| Remote Electronic Access to Court Records (per page) Via PACER or any federal court website. Total fee per document will not exceed the fee for 30 pages except for transcripts of federal court proceedings. | $  0.08 |

Note: Fees are authorized by Title 28, USC, Sec. 1914 and Civil L.R. 11-1(d) and 11-3(c). Complete texts of federal court fee schedules are available at: http://www.uscourts.gov/FormsAndFees/Fees.aspx

# FEE SCHEDULE SUMMARY (Effective November 1, 2011)

Please note that unlike in State Court there is no fee for filing answers, motions and other pleadings once the complaint has been filed. Fees may be paid in cash (exact change required), by certified check, money order or credit card. Checks and money orders must be made out to: **CLERK, U.S. DISTRICT COURT.**

| FILING FEES | |
|---|---|
| Civil Case | $ 350.00 |
| Notice of Appeal | $ 455.00 |
| Habeas Corpus Petition | $ 5.00 |
| Miscellaneous Action (Any document that is not related to a pending case or proceeding) | $ 46.00 |
| Civil Action under (LIBERTAD) Act of 1996 (22 U.S.C. §§ 6021-91) (This fee is in addition to the $350 civil case filing fee) | $6,355.00 |

| ATTORNEY ADMISSION FEES | |
|---|---|
| Attorney Admission (including Certificate of Admission) | $305.00 |
| Attorney Admission pro hac vice | $305.00 |
| Certificate of Admission or Certificate of Good Standing | $ 18.00 |
| Power of Attorney (per attorney, per company) | $ 46.00 |

| COPY SERVICE FEES | |
|---|---|
| Certification Fee (Per Document) | $ 11.00 |
| Exemplification Fee (Per Document) | $ 18.00 |
| Records Search (Per Name or Item)* | $ 30.00 |
| Records Search Conducted by the PACER Service Center | $ 30.00 |
| Reproducing Fee* (For any record or paper document whether from original documents or from microfiche or microfilm reproductions of original records.) | $ 0.50/page |
| Printing Fee* for copies of any record or document accessed electronically at a public terminal in the courthouse | $ 0.10/page |
| Reproduction Fee of an Audio Recording of a Court Proceeding* | $ 30.00 |
| Record Retrieval (Federal Records Center or National Archives) | $ 53.00 |
| *The United States is required to pay these fees only if the record at issue is also available electronically. | |

| MISCELLANEOUS FEES | |
|---|---|
| Returned Check (Insufficient Funds) | $53.00 |
| Appeal to a District Judge from a Judgment of Conviction by a Magistrate Judge in a misdemeanor case | $37.00 |
| Remote Electronic Access to Court Records (per page) Via PACER or any federal court website. Total fee per document will not exceed the fee for 30 pages except for transcripts of federal court proceedings. | $ 0.08 |

<u>Note</u>: Fees are authorized by Title 28, USC, Sec. 1914 and Civil L.R. 11-1(d) and 11-3(c). Complete texts of federal court fee schedules are available at: http://www.uscourts.gov/FormsAndFees/Fees.aspx

# EXHIBIT C

**Exhibit C: Reporter's Transcripts -- Civil L.R. 54.3(b)**

| Description | Bill Date | Amount |
|---|---|---|
| Transcript of the Case Management Conference held on 5/31/11/06212011. Share of Hearing Transcripts Costs (share with Office Depot, Inc., Hewlett-Packard Company, Costco Wholesale Corporation, and Target Corporation). | 07/18/2011 | $7.68 |
| Certified Shorthand Reporter Transcript of 12/1/11 Hearing. Share of Hearing Transcripts Costs (share with Office Depot, Inc., Hewlett-Packard Company, Costco Wholesale Corporation, and Target Corporation). | 01/17/2012 | $44.40 |
| Telephonic Hearing Transcript 1/19/12. Share of Hearing Transcripts Costs (share with Office Depot, Inc., Hewlett-Packard Company, Costco Wholesale Corporation, and Target Corporation). | 03/19/2012 | $17.46 |
| **Total** | | **$69.54** |

Sarah Goekler, CSR #13446

# Invoice

1904 Encinal Ave., #D
Alameda, CA 94501
(530)941-2621
sgoekler25@yahoo.com

| Date | Invoice # |
|------|-----------|
| 6/15/2011 | 237 |

| Bill To |
|---------|
| Fulbright & Jaworski, LLP<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>713.651.3548 |

| Item | Date | Case Name and No. | Rate/pg | Qty | Pages | Amount |
|------|------|-------------------|---------|-----|-------|--------|
| Hourly Copy | 5/31/11 | Cabela's, Inc. vs. Kelora Systems, LLC -<br>C11-1398 CW, C11-1548 CW, C11-2284 CW | 1.20 | 1 | 32 | 38.40 |

I certify that the fee charged and the page format used conform to the regulations of the Judicial Conference of the U.S. District Court.

EIN: 27-1405811

| | |
|---|---|
| **Total** | $38.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $38.40 |

# Raynee H. Mercado, RMR CRR FCRR

Certified Shorthand Reporter
5100 B-1 Clayton Road #403
Concord, CA 94521-3139

*Raynee_Mercado@cand.uscourts.gov*

| Date: | Invoice No. |
|---|---|
| 12-12-2011 | 40000748 |

| Telephone: | (510) 451-7530 |
|---|---|
| FAX | (510) 451-7530 |
| Tax I.D.: | 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 |

| BILLED TO: |
|---|

Kaywana Adams
Fulbright & Jaworski LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095

kadams@fulbright.com

| CASE CAPTION |
|---|

C11-01548CW

Kelora Systems, LLC

vs.

Target Corporation, et al.

| DESCRIPTION |
|---|

12/1/11 hearing transcript 74 pgs (.pdf, ASCII, condensed/index)

| | |
|---|---|
| Invoice Total: | 222.00 |
| Deposit Amount: | |
| Amount Paid: | |
| Balance Due: | 222.00 |

*Raynee H. Mercado*

LMSoftware, Inc., 2000 (800)

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT/CALILFORNIA

INVOICE NO:   00004559

### MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| KAYWANA ADAMS, SR. PARALEGAL<br>FULBRIGHT & JAWORSKI<br>1301 MCKINNEY, STE. 1500<br>HOUSTON, TX 77010 | DIANE SKILLMAN<br>OFFICIAL COURT REPORTER - USDC<br>1301 CLAY STREET - SUITE 490-S<br>OAKLAND, CA 94612 |
| Phone: | Phone:    (510) 451-2930<br><br>Tax ID:    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<br>Diane_Skillman@cand.uscourts.gov |

| | CRIMINAL | X CIVIL | DATE ORDERED: 01-25-2012 | DATE DELIVERED: 01-29-2012 |
|---|---|---|---|---|

**Case Style:** C-11-1548 CW (LB), KELORA SYSTEMS, LLC v TARGET CORP., ET AL.

ORIGINAL PLUS ONE TRANSCRIPT (PDF EMAILED) 1-19-12

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 18 | 4.85 | 87.30 | | | | | | | 87.30 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 87.30 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $87.30 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# EXHIBIT D

Exhibit D: Depositions -- Civil L.R. 54.3(c)

| Description | Bill Date | Amount |
|---|---|---|
| Veritext New York Reporting Co. Certified copy of depo transcript (Vol I) - Sherif Danish 04/26/2012. Share of Deposition transcripts costs (share with Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc. and Target Corporation) | 05/22/2012 | $375.99 |
| Veritext New York Reporting Co. Certified transcript - Kris Kimbrough 04/26/2012. Share of Deposition transcripts costs (share with Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc. and Target Corporation) | 05/22/2012 | $412.90 |
| Veritext New York Reporting Co. Video depo - Kris Kimbrough 04/26/2012 . Share of Deposition transcripts costs (share with Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc. and Target Corporation) | 05/22/2012 | $88.10 |
| Veritext New York Reporting Co. Certified copy of depo transcript (Vol II) - Sherif Danish 04/26/2012. Share of Deposition transcripts costs (share with Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc. and Target Corporation) | 05/22/2012 | $383.11 |
| Deposition transcripts - Veritext New York Reporting Co. Video depo (Vol I) - Sherif Danish 04/26/2012. Share of Deposition transcripts costs (share with Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc. and Target Corporation) | 05/22/2012 | $88.10 |
| Deposition transcripts - Veritext New York Reporting Co. Video depo (Vol II) - Sherif Danish 04/26/2012 . Share of Deposition transcripts costs (share with Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc. and Target Corporation) | 05/22/2012 | $95.60 |
| U.S. Legal Support, Inc. Depo. transcript of Nicholas Arnett. Share of Deposition transcripts costs (share with Costco Wholesale Corporation, Hewlett-Packard Company, Office Depot, Inc. and Target Corporation) | 11/15/2011 | $121.25 |
| Deposition transcripts - U.S. Legal Support, Inc. Depo. transcript of Scott Hayden | 03/15/2012 | $398.38 |
| Deposition transcripts - U.S. Legal Support, Inc. Depo. transcript of Jeffrey Newburn | 03/13/2012 | $1,498.78 |
| Deposition transcripts - U.S. Legal Support, Inc. Depo. transcript of Christoher Nielsen | 03/23/2012 | $1,543.81 |
| Deposition transcripts - U.S. Legal Support, Inc. Depo. transcript of Michael Zanoni | 03/13/2012 | $614.43 |
| Deposition transcripts - U.S. Legal Support, Inc. Depo. transcript of Frank Linkh | 03/27/2012 | $1,035.20 |
| Deposition transcripts - U.S. Legal Support, Inc. Depo. transcript of Brent Mills | 02/02/2012 | $2,046.76 |
| Deposition transcripts - U.S. Legal Support, Inc. Depo. transcript of  Sean Scott | 03/23/2012 | $1,372.80 |
| Deposition transcripts - U.S. Legal Support, Inc. Depo. transcript of  Foy Sperring | 03/27/2012 | $700.80 |
| Deposition transcripts - U.S. Legal Support, Inc. Depo. transcript of  Guy Story | 03/29/2012 | $1,939.82 |
| **TOTAL** | | **$12,715.83** |

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To:  Richard S. Zembek, Esq.
Fulbright & Jaworski
1301 McKinney
Ste 5100
Houston, TX 77010

| | |
|---|---|
| Invoice #: | CA114649 |
| Invoice Date: | 02/22/2012 |
| Balance Due: | $1,879.98 |

| | | Matter No. |
|---|---|---|
| Case: | Kelora Systems, Llc v. Target Corporation | |
| Job #: | 132474   \| Job Date: 02/01/2012 \| Delivery:   Normal | |
| Location: | Sidley Austin LLP - Palo Alto Office<br>1001 Page Mill Road, Building 1 \| Palo Alto, CA 94304 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sherif Danish | Certified Transcript | Page | 280.00 | $3.30 | $924.00 |
| 2 | | Transcript - Rough ASCII | Page | 280.00 | $1.30 | $364.00 |
| 3 | *Vol. I* | Exhibits- hard copy, scanned (B/W) | per page | 668.00 | $0.65 | $434.20 |
| 4 | | CD Depo w/ LEF | | 1.00 | $52.00 | $52.00 |
| 5 | | Production & Handling | | 1.00 | $50.00 | $50.00 |
| 6 | | Delivery | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | | | |
|---|---|---|---|---|
| | | | Invoice Total: | $1,852.20 |
| | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $27.78 |
| Fed. Tax ID: 20-3132569 | | Term: Net 30 | Balance Due: | $1,879.98 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 62 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:   Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA114649 |
| Job #: | 132474 |
| Invoice Date: | 02/22/2012 |
| Balance : | $1,879.98 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

## Veritext
### Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

| | | | |
|---|---|---|---|
| **Bill To:** | Richard S. Zembek, Esq.<br>Fulbright & Jaworski<br>1301 McKinney<br>Ste 5100<br>Houston, TX 77010 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CA114145<br>02/20/2012<br>$2,064.51 |

| | |
|---|---|
| **Case:** eBay Inc. and Microsoft Corporation v. Kelora Systems, LLC | **Matter No.** |
| **Job #:** 132478  \| Job Date: 01/31/2012  \| Delivery:   Normal | |
| **Location:** Sidley Austin LLP - Palo Alto Office<br>1001 Page Mill Road, Building 1 \| Palo Alto, CA 94304 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kris Kimbrough | Certified Transcript | Page | 250.00 | $3.30 | $825.00 |
| 2 | | Transcript - Rough ASCII | Page | 250.00 | $1.30 | $325.00 |
| 3 | | Exhibits- hard copy, scanned (B/W) | per page | 1,180.00 | $0.65 | $767.00 |
| 4 | | CD Depo | Per CD | 1.00 | $39.00 | $39.00 |
| 5 | | Production & Handling | | 1.00 | $50.00 | $50.00 |
| 6 | | Delivery | Package | 1.00 | $28.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,034.00 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $30.51 |
| **Balance Due:** | $2,064.51 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 64 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

---

Make check payable to:   **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CA114145 |
| **Job #:** | 132478 |
| **Invoice Date:** | 02/20/2012 |
| **Balance :** | $2,064.51 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

**Veritext**
**Western Regional Headquarters**

550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To:  Richard S. Zembek, Esq.
Fulbright & Jaworski
1301 McKinney
Ste 5100
Houston, TX 77010

| | |
|---|---|
| Invoice #: | CA117005 |
| Invoice Date: | 03/05/2012 |
| Balance Due: | $440.50 |

| | | |
|---|---|---|
| Case: | eBay Inc. and Microsoft Corporation v. Kelora Systems, LLC | Matter No. |
| Job #: | 132478   |  Job Date: 01/31/2012 | Delivery:   Normal | |
| Location: | Sidley Austin LLP - Palo Alto Office<br>1001 Page Mill Road, Building 1 | Palo Alto, CA 94304 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kris Kimbrough | Video - transcript synchronization | Per hour | 5.50 | $75.00 | $412.50 |
| 2 | | Delivery | Package | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $440.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $440.50 |

| | |
|---|---|
| Fed. Tax ID: 20-3132569 | Term: Net 30 |

TERMS: Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 50 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:   **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA117005 |
| Job #: | 132478 |
| Invoice Date: | 03/05/2012 |
| Balance : | $440.50 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

**Veritext**
**Western Regional Headquarters**

550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To:  Richard S. Zembek, Esq.
Fulbright & Jaworski
1301 McKinney
Ste 5100
Houston, TX 77010

| | |
|---|---|
| Invoice #: | CA114133 |
| Invoice Date: | 02/20/2012 |
| Balance Due: | $1,915.56 |

| | | |
|---|---|---|
| Case: | eBay Inc. and Microsoft Corporation v. Kelora Systems, LLC | Matter No. |
| Job #: | 132479   |  Job Date: 02/02/2012  |  Delivery:   Normal | |
| Location: | Sidley Austin LLP - Palo Alto Office  1001 Page Mill Road, Building 1 | Palo Alto, CA 94304 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sherif Danish 30(b)(6) Kelor | Certified Transcript | Page | 249.00 | $3.30 | $821.70 |
| 2 | | Transcript - Rough ASCII | Page | 249.00 | $1.40 | $348.60 |
| 3 | *Vol. II* | Exhibits - hard copy, scanned (B/W) | per page | 893.00 | $0.65 | $580.45 |
| 4 | | Exhibit - color copying | Per page | 13.00 | $1.50 | $19.50 |
| 5 | | CD Depo | Per CD | 1.00 | $39.00 | $39.00 |
| 6 | | Production & Handling | | 1.00 | $50.00 | $50.00 |
| 7 | | Delivery | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | Invoice Total: | $1,887.25 |
|---|---|---|---|
| | | Payment: | |
| | | Credit: | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Interest: | $28.31 |
| | | Balance Due: | $1,915.56 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 64 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:    Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                         Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA114133 |
| Job #: | 132479 |
| Invoice Date: | 02/20/2012 |
| Balance : | $1,915.56 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To: Richard S. Zembek, Esq.
Fulbright & Jaworski
1301 McKinney
Ste 5100
Houston, TX 77010

| | |
|---|---|
| Invoice #: | CA116928 |
| Invoice Date: | 03/05/2012 |
| Balance Due: | $440.50 |

| | | |
|---|---|---|
| Case: | Kelora Systems, Llc v. Target Corporation | Matter No. |
| Job #: | 132474   \| Job Date: 02/01/2012   \| Delivery:   Normal | |
| Location: | Sidley Austin LLP - Palo Alto Office<br>1001 Page Mill Road, Building 1 \| Palo Alto, CA 94304 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sherif Danish | Video - transcript synchronization | Per hour | 5.50 | $75.00 | $412.50 |
| 2 | | Delivery | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | | | |
|---|---|---|---|---|
| | | | Invoice Total: | $440.50 |
| | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $440.50 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days

**THIS INVOICE IS 50 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:    Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

_____
Credit Card #                                    Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA116928 |
| Job #: | 132474 |
| Invoice Date: | 03/05/2012 |
| Balance : | $440.50 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

**Veritext**
**Western Regional Headquarters**

550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

Bill To: Richard S. Zembek, Esq.
Fulbright & Jaworski
1301 McKinney
Ste 5100
Houston, TX 77010

| | |
|---|---|
| Invoice #: | CA117388 |
| Invoice Date: | 03/07/2012 |
| Balance Due: | $478.00 |

| | | | |
|---|---|---|---|
| **Case:** | eBay Inc. and Microsoft Corporation v. Kelora Systems, LLC | **Matter No.** | |
| **Job #:** | 132479  |  Job Date: 02/02/2012  |  Delivery: Normal | | |
| **Location:** | Sidley Austin LLP - Palo Alto Office<br>1001 Page Mill Road, Building 1 | Palo Alto, CA 94304 | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sherif Danish 30(b)(6) Kelor | Video - transcript synchronization | Per hour | 6.00 | $75.00 | $450.00 |
| 2 | | Delivery | Package | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $478.00 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $478.00 |

| | |
|---|---|
| Fed. Tax ID: 20-3132569 | Term: Net 30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days

**THIS INVOICE IS 48 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:    **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA117388 |
| Job #: | 132479 |
| Invoice Date: | 03/07/2012 |
| Balance : | $478.00 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
Phone:415-362-4346 Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 308237 | 10/7/2011 | 240318 |
| **Job Date** | **Case No.** | |
| 9/26/2011 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Daniel Leventhal
Fulbright, Jaworski-Houston
1301 Mc Kinney
Suite 5100
Houston, TX 77010

*Kel-Corp*

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Nicholas Arnett

606.25

**TOTAL DUE >>>** **$606.25**
AFTER 11/21/2011 PAY $666.88

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 713-651-8472 Fax:713-

*Please detach bottom portion and return with payment.*

Daniel Leventhal
Fulbright, Jaworski-Houston
1301 Mc Kinney
Suite 5100
Houston, TX 77010

Job No. : 240318     BU ID   :45-SF
Case No. :
Case Name : Kelora Systems, LLC v. Target Corporation

Invoice No. : 308237     Invoice Date :10/7/2011
**Total Due : $ 606.25**
AFTER 11/21/2011 PAY $666.88

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA 91716-9637**

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA  94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 323512 | 3/15/2012 | 250487 |
| **Job Date** | **Case No.** | |
| 2/3/2012 | | |

| **Case Name** |
|---|
| Kelora Systems, LLC v. Target Corporation |
| *11100370* |

| **Payment Terms** |
|---|
| Due upon receipt |

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

1 CERTIFIED COPY OF TRANSCRIPT OF:

*Scott Hayden -- Amazon.com, Inc. 30(b)(6)*

398.38

Reference No.   :  47051

**TOTAL DUE  >>>**          **$398.38**
AFTER 4/29/2012 PAY          $438.22

*Online bill pay available at www.uslegalsupport.com*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 214-855-8000   Fax:

*Please detach bottom portion and return with payment.*

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

Job No.    :  250487         BU ID      :45-SF
Case No.    :
Case Name  :  Kelora Systems, LLC v. Target Corporation

Invoice No.  :  323512        Invoice Date  :3/15/2012
**Total Due  :  $ 398.38**
AFTER 4/29/2012  PAY  $438.22

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
Phone:415-362-4346  Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 324211 | 3/13/2012 | 255571 |
| **Job Date** | **Case No.** | |
| 2/29/2012 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert Gleeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:
　　Jeffery Newburn 30(b)(6)

1,498.78

**TOTAL DUE  >>>**　　**$1,498.78**

AFTER 4/27/2012  PAY　　$1,648.66

Reference No.　:  893923

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 214-855-8000   Fax:

*Please detach bottom portion and return with payment.*

Robert Gleeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX 75201

Job No.　: 255571　　BU ID　:45-SF
Case No.　:
Case Name　: Kelora Systems, LLC v. Target Corporation

Invoice No.　: 324211　　Invoice Date :3/13/2012
**Total Due**　: **$ 1,498.78**
AFTER 4/27/2012  PAY  $1,648.66

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:　　　　　　　Phone#:
Billing Address:
Zip:　　　　Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA  94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325534 | 3/23/2012 | 255570 |
| **Job Date** | **Case No.** | |
| 2/28/2012 | | |

| **Case Name** | | |
|---|---|---|
| Kelora Systems, LLC v. Target Corporation | | |

| **Payment Terms** | | |
|---|---|---|
| Due upon receipt | | |

Robert Gleeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

1 CERTIFIED COPY OF TRANSCRIPT OF:

Chris Nielsen

1,543.81

**TOTAL DUE  >>>**          **$1,543.81**

AFTER 5/7/2012  PAY          $1,698.19

Reference No.   :  893879

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 214-855-8000   Fax:

*Please detach bottom portion and return with payment.*

Robert Gleeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

Job No.    :  255570          BU ID      :45-SF
Case No.   :
Case Name  :  Kelora Systems, LLC v. Target Corporation

Invoice No.  :  325534          Invoice Date  :3/23/2012
**Total Due   :  $ 1,543.81**
AFTER 5/7/2012  PAY   $1,698.19

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA  94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 323511 | 3/14/2012 | 250487 |
| **Job Date** | **Case No.** | |
| 2/3/2012 | | |

| **Case Name** |
|---|
| Kelora Systems, LLC v. Target Corporation |

| **Payment Terms** |
|---|
| Due upon receipt |

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

1 CERTIFIED COPY OF TRANSCRIPT OF:

Michael Zanoni -- Amazon.com, Inc. 30(b)(6)

614.43

**TOTAL DUE  >>>**   **$614.43**
AFTER 4/28/2012 PAY    $675.87

Reference No.   :  46936

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 214-855-8000   Fax:

*Please detach bottom portion and return with payment.*

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

Job No.   : 250487        BU ID      :45-SF
Case No.   :
Case Name  : Kelora Systems, LLC v. Target Corporation

Invoice No.  : 323511        Invoice Date  :3/14/2012
**Total Due  : $ 614.43**
AFTER 4/28/2012 PAY  $675.87

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Remit To:** **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA 94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325993 | 3/27/2012 | 256720 |
| Job Date | Case No. | |
| 3/16/2012 | | |
| Case Name | | |
| Kelora Systems, LLC v. Target Corporation | | |
| Payment Terms | | |
| Due upon receipt | | |

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Frank Linkh

    1,035.20

**TOTAL DUE  >>>**    **$1,035.20**
AFTER 5/11/2012  PAY    $1,138.72

Reference No.   :  162604

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 214-855-8000   Fax:

*Please detach bottom portion and return with payment.*

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX 75201

Job No.   :  256720    BU ID   :45-SF
Case No.   :
Case Name   :  Kelora Systems, LLC v. Target Corporation

Invoice No.  :  325993    Invoice Date  :3/27/2012
**Total Due  :  $ 1,035.20**
AFTER 5/11/2012  PAY  $1,138.72

## PAYMENT WITH CREDIT CARD

AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

# I N V O I C E

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA  94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 320617 | 2/10/2012 | 250486 |
| **Job Date** | **Case No.** | |
| 2/2/2012 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Brent Mills, Amazon.com, Inc. 30(b)(6) | 277.00  Pages | @ | 3.25 | 900.25 |
| 2 Day Expedite | | | | 811.61 |
| Exhibit | 148.00  Pages | @ | 0.55 | 81.40 |
| 4. Handle/Process | | | 45.00 | 45.00 |
| Condensed Transcript | | | 27.50 | 27.50 |
| E-cd | | | 30.00 | 30.00 |
| 1. UPS Next Day Air | | | 83.00 | 83.00 |
| 2. Color laser | 68.00  Pages | @ | 1.00 | 68.00 |

**TOTAL DUE  >>>**                                   **$2,046.76**
AFTER 3/26/2012  PAY                              $2,251.44

Reference No.         :   46510

Online bill pay available at www.uslegalsupport.com

**(-) Payments/Credits:**                                    0.00
**(+) Finance Charges/Debits:**                         204.68
**(=) New Balance:**                               **$2,251.44**

**Tax ID:** 76-0523238                                                 Phone: 214-855-8000    Fax:214-855-8200

*Please detach bottom portion and return with payment.*

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

| | | |
|---|---|---|
| Invoice No. | : | 320617 |
| Invoice Date | : | 2/10/2012 |
| **Total Due** | **:** | **$2,251.44** |

| | | |
|---|---|---|
| Job No. | : | 250486 |
| BU ID | : | 45-SF |
| Case No. | : | |
| Case Name | : | Kelora Systems, LLC v. Target Corporation |

Remit To:   **U.S. Legal Support (CA Reporting)**
              **P O Box 79637**
              **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA  94104
Phone:415-362-4346  Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325555 | 3/23/2012 | 257945 |
| **Job Date** | **Case No.** | |
| 3/12/2012 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert Gleeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

1 CERTIFIED COPY OF TRANSCRIPT OF:
Sean Scott

1,372.80

TOTAL DUE  >>>   **$1,372.80**
AFTER 5/7/2012  PAY   $1,510.08

Reference No.   :  47320

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 214-855-8000   Fax:

*Please detach bottom portion and return with payment.*

Robert Gleeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

Job No.     :  257945        BU ID        :45-SF
Case No.    :
Case Name   :  Kelora Systems, LLC v. Target Corporation

Invoice No. :  325555        Invoice Date :3/23/2012
**Total Due  :  $ 1,372.80**
AFTER 5/7/2012  PAY  $1,510.08

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **U.S. Legal Support (CA Reporting)**
            **P O Box 79637**
            **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA  94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325992 | 3/27/2012 | 256720 |

| Job Date | Case No. |
|---|---|
| 3/16/2012 | |

| Case Name |
|---|
| Kelora Systems, LLC v. Target Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Foy Sperring

                                                  700.80

                           **TOTAL DUE >>>**     **$700.80**

Reference No.  :  162604              AFTER 5/11/2012  PAY      $770.88

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

                                    Phone: 214-855-8000   Fax:

*Please detach bottom portion and return with payment.*

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

Job No.    :  256720       BU ID      :45-SF
Case No.   :
Case Name  :  Kelora Systems, LLC v. Target Corporation

Invoice No.  :  325992       Invoice Date  :3/27/2012
**Total Due**  :  **$ 700.80**
AFTER 5/11/2012  PAY  $770.88

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **U.S. Legal Support (CA Reporting)**
           **P O Box 79637**
           **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - SF
180 Montgomery Street
Suite 2180
San Francisco, CA  94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 326265 | 3/29/2012 | 256718 |
| **Job Date** | **Case No.** | |
| 3/15/2012 | | |
| **Case Name** | | |
| Kelora Systems, LLC v. Target Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Guy Story

                                            1,939.82

                      **TOTAL DUE  >>>**       **$1,939.82**

Reference No.   162365           AFTER 5/13/2012  PAY      $2,133.80

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

                                             Phone: 214-855-8000   Fax:

*Please detach bottom portion and return with payment.*

Robert L. Greeson
Fulbright & Jaworski-Dallas
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

Job No.     : 256718       BU ID     :45-SF
Case No.   :
Case Name  :  Kelora Systems, LLC v. Target Corporation

Invoice No.  : 326265      Invoice Date :3/29/2012
**Total Due  : $ 1,939.82**
AFTER 5/13/2012  PAY  $2,133.80

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **U.S. Legal Support (CA Reporting)**
              **P O Box 79637**
              **City of Industry, CA  91716-9637**

# EXHIBIT E

**Exhibit E: Reproduction and Exemplification -- Civil L.R. 54.3(d)(2)**

| Description | Bill Date | Amount |
|---|---|---|
| Hudson Global Resources - Invoice No. 0295029434 | 11/17/2011 | $12,078.99 |
| eLitigation Solutions, Inc. - Invoice No. 17154 | 08/31/2011 | $390.09 |
| eLitigation Solutions, Inc. - Invoice No. 18271 | 11/30/2011 | $29,466.45 |
| eLitigation Solutions, Inc. - Invoice No. 18558 | 12/31/2011 | $29,164.85 |
| eLitigation Solutions, Inc. - Invoice No. 18890 | 01/31/2012 | $12,915.71 |
| eLitigation Solutions, Inc. - Invoice No. 19235 | 02/29/2012 | $1,617.97 |
| eLitigation Solutions, Inc. - Invoice No. 19567 | 03/31/2012 | $1,552.93 |
| eLitigation Solutions, Inc. - Invoice No. 19878 | 04/30/2012 | $1,306.55 |
| eLitigation Solutions, Inc. - Invoice No. 20133 | 05/31/2012 | $1,306.55 |
| **TOTAL** | | **$89,800.09** |

 **INVOICE**

# HUDSON GLOBAL RESOURCES

| **Remit to:** | | **Invoice No.:** | 0295029-03A |
|---|---|---|---|
| Hudson Global Resources | | **Invoice Date:** | 6/1/2012 |
| Dept CH 16535 | | **Customer No:** | 2660 |
| Palatine IL 60055-6535 | | **Payment Terms:** | Net 90 Day |
| | | **Currency:** | USD |
| | | **Project No.** | 42830 |
| **Bill to:** | | **Customer PO No:** | Kelora (Hudson) |
| Amazon.com | | | |
| Lynn Radliff | | | |
| 1200 12th Ave S | | **Amount Due:** | $ 12,078.99 |
| Ste 1200 | | | |
| Seattle WA 98144-2734 | | | |

Do not send correspondence to this address.  For billing questions, please call Kristen Miller at 412-995-4600

| Description | Net Amount |
|---|---|
| Audilbe - 406 documents @ $.63 per doc. Includes 1st Pass Review, Project Management and Quality Control | 255.78 |
| Zappos - 800 documents @ $.63 per doc. Includes 1st Pass Review, Project Management and Quality Control | 504.00 |
| Amazon - 17,967 documents @ $.63 per doc. Includes 1st Pass Review, Project Management and Quality Control | 11,319.21 |

| | |
|---|---|
| **Total Amount** | **$ 12,078.99** |
| **TOTAL THIS INVOICE** | **$ 12,078.99** |



# Invoice

|  |  |
|---|---|
| **Invoice Number:** | 17154 |
| **Invoice Date:** | 8/31/2011 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**
Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA26792 | Kelora | Net 30 | 08/01/11 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 0.25 | GB of eData to TIFF Conversion | 137.50T |
| 1.75 | Hours of Data Management | 218.75T |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

| | |
|---|---|
| Subtotal | $356.25 |
| Sales Tax (9.5%) | $33.84 |
| **Total** | **$390.09** |

RECEIVED & APPROVED

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**



**Invoice**

| | |
|---|---|
| Invoice Number: | 18271 |
| Invoice Date: | 11/30/2011 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA27846 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 4,117 | Pages of Electronic Bates Numbering - 1st Prod Build | 41.17T |
| 168 | GB's of Data Filtering/Key Word Searching | 16,800.00T |
| 12 | Edata Conversion to TIFF - KELORA_01 | 6,600.00T |
| 19.25 | Hours of Data Management - Hosting Export / Production, Processing, Hosting Import / Overlay, DB Creation, DB Modifications & User Creation | 2,406.25T |
| 15.97 | GB's of Relativity Monthly Data Usage & Storage Fee - Volumes Imported: KELORA_01, KELORA_02 | 638.80T |
| 3 | Monthly User Access Fee | 300.00T |
| 2 | CDs Burned - Production | 30.00T |
| 2 | FedEx Shipping Charges | 93.78T |
| | *November 2011* | |

| | |
|---|---|
| Subtotal | $26,910.00 |
| Sales Tax (9.5%) | $2,556.45 |
| **Total** | **$29,466.45** |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

RECEIVED & APPROVED_____

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**



litigation solutions

# Invoice

| | |
|---|---|
| **Invoice Number:** | 18558 |
| **Invoice Date:** | 12/31/2011 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA28123 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 12,089 | Pages of Electronic Bates Numbering | 120.89T |
| 215.75 | GB's of Data Filtering/Key Word Searching | 21,575.00T |
| 1.25 | Edata Conversion to TIFF | 687.50T |
| 10 | Hours of Data Management - Hosting Export / Production, Processing, Hosting Import / Overlay | 1,250.00T |
| 16.26 | GB's of Relativity Monthly Data Usage & Storage Fee - Volumes Imported: KELORA_03 | 650.40T |
| 3 | Monthly User Access Fee | 300.00T |
| 2 | CDs Burned - Production | 30.00T |
| 2 | FedEx Shipping Charges | 93.78T |
| 2 | Delivered on Hard Drive | 350.00T |
| 1 | Zappos Travel Expenses - Pass Through Cost | 1,577.00T |
| | *December 2011* | |

## PLEASE PAY FROM THIS INVOICE

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

| | |
|---|---|
| Subtotal | $26,634.57 |
| Sales Tax (9.5%) | $2,530.28 |
| **Total** | **$29,164.85** |

RECEIVED & APPROVED

## PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE



litigation solutions

# Invoice

| | |
|---|---|
| Invoice Number: | 18890 |
| Invoice Date: | 1/31/2012 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA28446 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 77.5 | GB's of Data Filtering/Key Word Searching | 7,750.00T |
| 0.5 | Edata Conversion to TIFF | 275.00T |
| 7,417 | Pages of Electronic Bates Numbering | 74.17T |
| 16.25 | Hours of Data Management - Hosting Export / Production, Processing, Hosting Import / Overlay, DB Creation, DB Modifications & User Support/Creation | 2,031.25T |
| 17.33 | GB's of Relativity Monthly Data Usage & Storage Fee - Volumes Imported: KELORA_05, KELORA_06, KELORA_07, KELORA_08 | 693.20T |
| 6 | Monthly User Access Fee Users Added This Month: 3 | 600.00T |
| 4 | CDs Burned - Production | 40.00T |
| 4 | CDs Duplicated | 40.00T |
| 1 | FedEx Shipping Charges (6 Seperate Shipments) | 291.55T |
| | *January 2012* | |

## PLEASE PAY FROM THIS INVOICE

eLit recognizes project costs may be passed on to your
client for payment. Under these circumstances, unless
other arrangements are made with eLit, the payment of
this invoice is the responsibility of the party this invoice
was "Sold To".

| | |
|---|---|
| Subtotal | $11,795.17 |
| Sales Tax (9.5%) | $1,120.54 |
| **Total** | **$12,915.71** |

RECEIVED & APPROVED _____

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**


litigation solutions

# Invoice

| | |
|---|---|
| Invoice Number: | 19235 |
| Invoice Date: | 2/29/2012 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA28752 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 1 | Hours of Data Management - Processing | 125.00T |
| 17.33 | GB's of Relativity Monthly Data Usage & Storage Fee | 693.20T |
| 6 | Monthly User Access Fee<br>-No User fee for 2 users : Fay and Lynn | 600.00T |
| 1 | FedEx Shipping Charge | 59.40T |
| | *February 2012* | |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

| | |
|---|---|
| Subtotal | $1,477.60 |
| Sales Tax (9.5%) | $140.37 |
| **Total** | **$1,617.97** |

RECEIVED & APPROVED

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**



# Invoice

|  |  |
|---|---|
| **Invoice Number:** | 19567 |
| **Invoice Date:** | 3/31/2012 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA29051 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 1 | Hours of Data Management - Processing | 125.00T |
| 17.33 | GB's of Relativity Monthly Data Usage & Storage Fee | 693.20T |
| 6 | Monthly User Access Fee<br>-No User fee for 2 users : Fay and Lynn<br><br>*March 2012* | 600.00T |

## PLEASE PAY FROM THIS INVOICE

eLit recognizes project costs may be passed on to your
client for payment. Under these circumstances, unless
other arrangements are made with eLit, the payment of
this invoice is the responsibility of the party this invoice
was "Sold To".

| Subtotal | $1,418.20 |
|---|---|
| Sales Tax (9.5%) | $134.73 |
| **Total** | **$1,552.93** |

**RECEIVED & APPROVED**

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**



# Invoice

| | |
|---:|:---|
| **Invoice Number:** | 19878 |
| **Invoice Date:** | 4/30/2012 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|:---:|:---:|:---:|:---:|:---:|:---:|
| SEA29373 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|:---:|:---|---:|
| 17.33 | GB's of Relativity Monthly Data Usage & Storage Fee | 693.20T |
| 5 | Monthly User Access Fee<br>-No User fee for 2 users : Fay and Lynn<br><br>*April 2012* | 500.00T |

| | |
|:---|---:|
| Subtotal | $1,193.20 |
| Sales Tax (9.5%) | $113.35 |
| **Total** | **$1,306.55** |

## PLEASE PAY FROM THIS INVOICE

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

RECEIVED & APPROVED _____

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**


**litigation solutions**

# Invoice

| | |
|---|---|
| **Invoice Number:** | 20133 |
| **Invoice Date:** | 5/31/2012 |
| **eLit Tax Identification No:** | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(650) 691-4500

**Bill To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

**Ship To:**

Amazon.com Inc
410 Terry Ave N
Seattle, WA 98109

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SEA29634 | Kelora | Net 30 | 11/01/2011 | TB | Lynn Radliff |

| Quantity | Description | Amount |
|---|---|---|
| 17.33 | GB's of Relativity Monthly Data Usage & Storage Fee | 693.20T |
| 5 | Monthly User Access Fee<br>-No User fee for 2 users : Fay and Lynn<br>-ALL Users Deactivated on 05/31/2012<br><br>*May 2012* | 500.00T |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your
client for payment. Under these circumstances, unless
other arrangements are made with eLit, the payment of
this invoice is the responsibility of the party this invoice
was "Sold To".

| | |
|---|---|
| **Subtotal** | $1,193.20 |
| **Sales Tax (9.5%)** | $113.35 |
| **Total** | **$1,306.55** |

RECEIVED & APPROVED_____

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**